**Unity Software Inc. (U)**  **Ishita Das**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/18/2021 | 8 | $102.5600 |
| Purchase | 3/18/2021 | 1 | $102.5690 |
| Purchase | 3/31/2021 | 1 | $98.9100 |
| Purchase | 3/15/2022 | 5 | $74.0000 |
| Purchase | 4/22/2022 | 5 | $79.0000 |