# EXHIBIT A

*Source: Pomerantz LLP*

*July 06, 2022 20:27 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action Against Unity Software, Inc. and Certain Officers – U

NEW YORK, July 06, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Unity Software, Inc. ("Unity" or the "Company") (NYSE: U) and certain of its officers. The class action, filed in the United States District Court for the Northern District of California, and docketed under 22-cv-03962, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Unity securities between March 5, 2021 and May 10, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Unity securities during the Class Period, you have until September 5, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Unity creates and operates an interactive real-time 3D content platform. The Company's platform provides software solutions to create, run, and monetize interactive, real-time 2D and 3D content for mobile phones, tablets, PCs, consoles, and augmented and virtual reality devices. One of the tools on the Company's product platform is the Audience Pinpointer, a user acquisition service which uses real-time user valuation at the time of an ad request.

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) deficiencies in Unity's product platform reduced the accuracy of the Company's machine learning technology; (ii) the foregoing was likely to have a material negative impact on the Company's revenues; (iii) accordingly, Unity had overstated the Company's commercial and/or financial prospects for 2022; (iv) as a result, the Company was likely to have to reduce its fiscal 2022 guidance; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On May 10, 2022, after the market closed, Unity announced its financial results for the first quarter of 2022. The Company also reduced its fiscal 2022 guidance, citing "challenges with monetization products." Specifically, Unity stated that "a fault in [Unity's] platform . . . resulted in reduced accuracy for [its] Audience Pinpointer tool, a revenue expensive issue given that [the] Pinpointer tool experienced significant growth post the IDFA changes."

On this news, Unity's stock price fell $17.83 per share, or approximately 37%, to close at $30.30 per share on May 11, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980