# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Unity Software Inc.
**Ticker:** U
**Class Period:** March 5, 2021 to May 10, 2022
**Name:** Melanie Kight

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/18/2021 | 500 | $203.6300 | -$101,815.0000 | | $0.0000 | -$101,815.00 |
| 12/1/2021 | 100 | $152.4500 | -$15,245.0000 | | $0.0000 | -$15,245.00 |
| 1/3/2022 | 100 | $136.6900 | -$13,669.0000 | | $0.0000 | -$13,669.00 |
| 1/4/2022 | 100 | $127.2400 | -$12,724.0000 | | $0.0000 | -$12,724.00 |
| 1/13/2022 | 10 | $119.2700 | -$1,192.7000 | | $0.0000 | -$1,192.70 |
| 1/19/2022 | 1 | $114.0600 | -$114.0600 | | $0.0000 | -$114.06 |
| 1/26/2022 | 50 | $107.1000 | -$5,355.0000 | | $0.0000 | -$5,355.00 |
| 2/3/2022 | 10 | $95.0000 | -$950.0000 | | $0.0000 | -$950.00 |
| 3/10/2022 | 100 | $82.9700 | -$8,297.0000 | | $0.0000 | -$8,297.00 |
| 3/24/2022 | 25 | $96.8500 | -$2,421.2500 | | $0.0000 | -$2,421.25 |
| 3/25/2022 | 25 | $94.9800 | -$2,374.5000 | | $0.0000 | -$2,374.50 |
| 4/21/2022 | 50 | $81.9000 | -$4,095.0000 | | $0.0000 | -$4,095.00 |
| 4/21/2022 | 50 | $81.2000 | -$4,060.0000 | | $0.0000 | -$4,060.00 |
| 4/22/2022 | 10 | $75.9000 | -$759.0000 | | $0.0000 | -$759.00 |
| 5/5/2022 | 25 | $63.8000 | -$1,595.0000 | | $0.0000 | -$1,595.00 |
| 5/11/2022 | -500 | | $0.0000 | $37.5600 | $18,780.0000 | $18,780.00 |
| 5/11/2022 | -656 | | $0.0000 | $30.3000 | $19,876.7993 | $19,876.80 |

**Shares Retained:** 0

| | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|
| | $39.3241 | 0 | | |

**Subtotal:** -$136,009.71
**90-Day Average:** $0.00
**Total:** -$136,009.71

Notes

The 90-Day Average Price used in this loss chart is the average closing price between May 11, 2022 and August 8, 2022.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.