| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Reed R. Kathrein (Bar. No. 139304)<br>Lucas E. Gilmore (Bar No. 250893)<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br>reed@hbsslaw.com<br>lucasg@hbsslaw.com<br><br>*Proposed Liaison Counsel for the Class* | **LABATON SUCHAROW LLP**<br>Eric J. Belfi (*pro hac vice* forthcoming)<br>Francis P. McConville (*pro hac vice* forthcoming)<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>ebelfi@labaton.com<br>fmcconville@labaton.com<br><br>*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISHITA DAS, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>UNITY SOFTWARE INC., JOHN S. RICCITIELLO, KIMBERLY JABAL, and LUIS FELIPE VISOSO,<br><br>                Defendants. | Case No. 5:22-cv-03962-EJD<br><br>**CLASS ACTION**<br><br>**RE-NOTICE OF MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM AND INDIANA PUBLIC RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>**Date:** January 19, 2023<br>**Time:** 9:00 a.m.<br>**Courtroom:** 4 – 5th Floor<br>**Judge:** Edward J. Davila |

# RENOTICE OF MOTION

Per this Court's email dated September 7, 2022, which indicated that the below-referenced motion should be renoticed for January 19, 2023, PLEASE NOTE that on January 19, 2023 at 9:00 a.m., Courtroom 4 – 5th Floor of the Honorable Edward J. Davila at the United States District Court, Northern District of California, San Jose Courthouse, 280 South 1st Street, San Jose, CA 95113, Lead Plaintiff movant Oklahoma Firefighters Pension and Retirement System ("Oklahoma Fire") and Indiana Public Retirement System ("Indiana") by and through their counsel, hereby move (and have moved) for an Order: (i) appointing Oklahoma Fire and Indiana as Lead Plaintiff in the above-captioned securities class action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*; (ii) approving Oklahoma Fire and Indiana's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Hagans Berman Sobol Shapiro LLP ("Hagen Berman") as Liaison Counsel for the Class (the "Motion"); and (iii) granting such other and further relief as the Court may deem just and proper.

Oklahoma Fire and Indiana filed their Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel on September 6, 2022. (ECF No. 25). The motion is based on the supporting memorandum and Declaration of Lucas E. Gilmore filed therewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

DATED: September 08, 2022

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Lucas E. Gilmore*
Reed R. Kathrein (Bar. No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LABATON SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 08, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore