JORDAN ETH (SBN 121617)
JEth@mofo.com
CHRISTIN HILL (SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-1905
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHITA DAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITY SOFTWARE INC., JOHN S. RICCITIELLO, KIMBERLY JABAL, and LUIS FELIPE VISOSO, <br><br> Defendants. | Case No.   5:22-cv-03962-EJD <br><br> **DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Judge Edward J. Davila |
| KRISHNA MOVVA, Derivatively on behalf of UNITY SOFTWARE INC., <br><br> Plaintiff, <br> v. <br><br> JOHN S. RICCITIELLO, KIMBERLY JABAL, LUIS FELIPE VISOSO, ROELOF BOTHA, EGON DURBAN, DAVID HELGASON, ALYSSA HENRY, BARRY SCHULER, ROBYNNE SISCO, MARY SCHMIDT CAMPBELL, and KEISHA SMITH-JEREMIE, <br><br> Defendants, <br><br> and <br><br> UNITY SOFTWARE INC., <br><br> Nominal Defendant. | Case No. 5:22-cv-07416-JSC <br> Judge Jacqueline Scott Corley |

TOM DUONG, Derivatively on behalf of
UNITY SOFTWARE INC.,

                Plaintiff,

     v.


JOHN S. RICCITIELLO, KIMBERLY JABAL,
LUIS FELIPE VISOSO, ROELOF BOTHA,
EGON DURBAN, DAVID HELGASON,
ALYSSA HENRY, BARRY SCHULER,
ROBYNNE SISCO, MARY SCHMIDT
CAMPBELL, and KEISHA SMITH JEREMIE,


                Defendants,
    and
UNITY SOFTWARE INC.

            Nominal Defendant.

Case No. 3:22-cv-08926-SK
Judge Sallie Kim

Defendants Unity Software Inc., John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban, David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha Smith-Jeremie (collectively, "Defendants") bring this Administrative Motion pursuant to Civil Local Rules 3-12 and 7-11, for a determination that the shareholder derivative actions, *Movva v. Riccitiello, et al.,* Case No. 5:22-cv-07416-JSC (N.D. Cal.) and *Duong v. Riccitiello, et al.,* Case No. 3:22-cv-08926-SK (N.D. Cal.) (collectively, the "Derivative Actions"), are related to *Das v. Unity Software Inc.*, Case No. 5:22-cv-03962-EJD (N.D. Cal.) (the "Securities Class Action").  As discussed below, the criteria for relation are met here. These actions concern substantially the same parties, substantially similar facts, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately.  Therefore, relation is proper under Civil Local Rule 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:[1]

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Das v. Unity Software Inc., et al.,* | 5:22-cv-03962-EJD | 07/06/2022 |
| *Movva v. Riccitiello, et al.,* | 5:22-cv-07416-JSC | 11/22/2022 |
| *Duong v. Riccitiello, et al.,* | 3:22-cv-08926-SK | 12/16/2022 |

## LEGAL STANDARD

Pursuant to Civil Local Rule 3-12(a), actions are defined as related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. Loc. R. 3-12(a).

## ARGUMENT

Both criteria are met here.  First, both actions are substantially similar because they involve substantially the same parties and relate to the same events.  Specifically, the Securities Class Action and the Derivative Actions are both premised on allegations that between March 5,

---

[1] A copy of the complaints in the *Movva* and *Duong* actions are attached here as Exhibits A and B, respectively.

1

2021, and May 10, 2022, executives of Unity Software, Inc. ("Unity" or the "Company") made false and/or misleading statements concerning alleged deficiencies with Unity's monetization platform and the Company's commercial and/or financial prospects for 2022. The Securities Class Action asserts violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), based on these alleged misstatements. The Derivative Actions seek recovery for purported damages to Unity that include, *inter alia*, potential exposure in the Securities Class Action. The allegations in the Derivative Actions are based almost entirely on the allegations contained in the Securities Class Action.

Second, if the cases are conducted before different judges, it could cause an unduly burdensome duplication of labor and expense, and a potential for conflicting results. These cases would involve overlapping issues regarding the sufficiency of the pleadings, discovery, liability, and damages. Relating the actions would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues.

In accordance with Civil Local Rule 7-11(a), Defendants sought agreement on this Administrative Motion to Consider Whether Cases Should Be Related from the parties in the above-listed actions. (*See* Declaration of Christin Hill, filed herewith.) Plaintiffs in the Derivative Actions and the Securities Class Action do not oppose this motion. (*Id.*)

<u>**CONCLUSION**</u>

For all of the reasons stated above, Defendants respectfully request that the Court enter an order relating the Derivative Actions and the Securities Class Action pursuant to Civil Local Rule 3-12.

Dated:        December 23, 2022           MORRISON & FOERSTER LLP


                                          /s/ Christin Hill
                                          JORDAN ETH (SBN 121617)
                                          JEth@mofo.com
                                          CHRISTIN HILL (SBN 247522)
                                          CHill@mofo.com
                                          MORRISON & FOERSTER LLP
                                          425 Market Street
                                          San Francisco, California  94105-1905
                                          Telephone: 415.268.7000
                                          Facsimile: 415.268.7522

                                          *Attorneys for Defendants Unity Software Inc.,
                                          John S. Riccitiello, Kimberly Jabal, Luis Felipe
                                          Visoso, Roelof Botha, Egon Durban, David
                                          Helgason, Alyssa Henry, Barry Schuler,
                                          Robynne Sisco, Mary Schmidt Campbell, and
                                          Keisha Smith-Jeremie*

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Administrative Motion to Consider Whether Cases Should be Related, filed by Defendants in the above-captioned actions, the Court HEREBY ORDERS that the shareholder derivative actions *Movva v. Riccitiello, et al.*, Case No. 5:22-cv-07416-JSC and *Duong v. Riccitiello, et al.*, Case No. 5:22-cv-08926-SK, are deemed related to *Das v. Unity Software, Inc.*, Case No. 5:22-cv-03962-EJD, under Civ. Loc. R. 3-12.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                    HON. EDWARD J. DAVILA