JORDAN ETH (SBN 121617)
JEth@mofo.com
CHRISTIN HILL (SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-1905
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHITA DAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITY SOFTWARE INC., JOHN S. RICCITIELLO, KIMBERLY JABAL, and LUIS FELIPE VISOSO,<br><br>Defendants. | Case No.    5:22-cv-03962-EJD<br><br>**DECLARATION OF CHRISTIN HILL IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Edward J. Davila |
| KRISHNA MOVVA, Derivatively on behalf of UNITY SOFTWARE INC.,<br><br>Plaintiff,<br>v.<br><br>JOHN S. RICCITIELLO, KIMBERLY JABAL, LUIS FELIPE VISOSO, ROELOF BOTHA, EGON DURBAN, DAVID HELGASON, ALYSSA HENRY, BARRY SCHULER, ROBYNNE SISCO, MARY SCHMIDT CAMPBELL, and KEISHA SMITH-JEREMIE,<br><br>Defendants,<br><br>and<br><br>UNITY SOFTWARE INC.,<br><br>Nominal Defendant. | Case No. 5:22-cv-07416-JSC<br>Judge Jacqueline Scott Corley |

TOM DUONG, Derivatively on behalf of
UNITY SOFTWARE INC.,

               Plaintiff,

    v.


JOHN S. RICCITIELLO, KIMBERLY JABAL,
LUIS FELIPE VISOSO, ROELOF BOTHA,
EGON DURBAN, DAVID HELGASON,
ALYSSA HENRY, BARRY SCHULER,
ROBYNNE SISCO, MARY SCHMIDT
CAMPBELL, and KEISHA SMITH-JEREMIE,


               Defendants,

   and

UNITY SOFTWARE INC.


           Nominal Defendant.

Case No. 3:22-cv-08926-SK
Judge Sallie Kim

I, Christin Hill, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and I represent the defendants in these actions. I make this declaration in support of defendants' Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I would testify to the facts set forth in this declaration.

2. On December 21, 2022, I had a telephonic conference with counsel for the plaintiffs in *Movva v. Riccitiello, et al.,* Case No. 5:22-cv-07416-JSC (N.D. Cal.) and *Duong v. Riccitiello, et al.,* Case No. 43:22-cv-08926-SK (N.D. Cal.) (collectively, the "Derivative Actions") to inquire whether plaintiffs would agree to, or oppose, this motion.  On the same day, counsel for plaintiffs in the Derivative Actions indicated that plaintiffs would not oppose this motion.

3. On December 21, 2022, I contacted counsel for the plaintiffs in *Das v. Unity Software, Inc.*, Case No. 5:22-cv-03962-EJD (N.D. Cal.) (the "Securities Class Action"), to inquire whether plaintiffs would agree to, or oppose, this motion. On December 22, 2022, counsel for plaintiffs in the Securities Class Action indicated that plaintiffs would not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2022, at Orinda, California.

By:     */s/ Christin Hill*_____
Christin Hill