**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (Bar. No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christine M. Fox (*pro hac vice*)
James M. Fee (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cfox@labaton.com
jfee@labaton.com

*Lead Counsel for Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Indiana Public Retirement System and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE UNITY SOFTWARE INC. SECURITIES LITIGATION | Case No. 5:22-cv-03962-EJD <br><br> **CLASS ACTION** <br><br> **DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> Date Filed:  July 26, 2023 <br> Hearing Date:  October 12, 2023 <br> Time:  9:00 a.m. <br> Judge:  Hon. Edward J. Davila <br> Dept.:  Courtroom 4 – 5th Floor <br><br> Amended Complaint Filed: March 24, 2023 <br> Trial Date: Not yet set |

DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS
Case No. 5:22-cv-03962-EJD

I, Christine M. Fox, declare as follows:

1.    I am a partner at the law firm Labaton Sucharow LLP and counsel for Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Indiana Public Retirement System (together, "Lead Plaintiffs").  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.  I submit this declaration in opposition to Defendants' Motions to Dismiss the Consolidated Amended Class Action Complaint For Violations of the Federal Securities Laws (ECF Nos. 101, 102, 103) and in opposition to Defendants' Request For Judicial Notice (ECF Nos. 101-1, 104).

2.    Attached as Appendix A is a chart detailing forty (40) false and misleading statements and omissions alleged in the Consolidated Amended Class Action Complaint For Violations of the Federal Securities Laws, filed in this action on March 24, 2023 (ECF No. 71), submitted in response to a similar chart filed the by the Unity Defendants in the above-captioned matter as an attachment to their May 25, 2023 Motion to Dismiss (ECF No. 103-19).

Executed on July 26, 2023 in New York, New York.

Date:   July 26, 2023                                     Respectfully submitted,

                                                                        *Christine M. Fox*
                                                                        Christine M. Fox (*pro hac vice*)

1

DECLARATION OF CHRISTINE M. FOX IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
Case No. 5:22-cv-03962-EJD