STEPHEN P. BLAKE (SBN 260069)
sblake@stblaw.com
LAURA K. LIN (SBN 281542)
laura.lin@stblaw.com
SARAH H. BRIM (SBN 323509)
sarah.brim@stblaw.com
RYAN P. SNYDER (SBN 334846)
ryan.snyder@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for Defendant Silver Lake Group, L.L.C.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE UNITY SOFTWARE INC. SECURITIES LITIGATION | Case No. 5:22-cv-03962-EJD <br><br> **DEFENDANT SILVER LAKE'S NOTICE OF JOINDER AND JOINDER IN UNITY DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** <br><br> Date Filed:  September 5, 2023 <br> Hearing Date: October 12, 2023 at 9 a.m. <br> Judge:  Hon. Edward J. Davila <br> Location:  Courtroom 4, 5th Floor <br> Trial Date:  None set |

PLEASE TAKE NOTICE that Defendant Silver Lake Group, L.L.C. ("Silver Lake"), by and through its undersigned counsel, joins in the Unity Defendants'[1] Motion to Dismiss the Consolidated Amended Class Action Complaint ("Motion") and supporting documents filed on May 25, 2023 and September 1, 2023 in the above-captioned case, (Dkt Nos. 103, 104, 109, 111), and adopts and fully incorporates by reference the arguments set forth in those documents. Silver Lake joins in the Motion because the legal arguments made therein apply equally to the claims against Silver Lake, including that Plaintiffs have failed to state a claim for a violation of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

Date: September 5, 2023                              Respectfully submitted,

                                                    /s/ Stephen P. Blake
                                                    Stephen P. Blake (SBN 260069)
                                                    sblake@stblaw.com
                                                    Laura K. Lin (SBN 281542)
                                                    laura.lin@stblaw.com
                                                    Sarah H. Brim (SBN 323509)
                                                    sarah.brim@stblaw.com
                                                    Ryan P. Snyder (SBN 334846)
                                                    ryan.snyder@stblaw.com
                                                    SIMPSON THACHER & BARTLETT LLP
                                                    2475 Hanover Street
                                                    Palo Alto, CA 94304
                                                    Telephone: (650) 251-5000
                                                    Facsimile: (650) 251-5002

                                                    *Attorneys for Defendant Silver Lake Group, L.L.C.*

---

[1] The Unity Defendants are Unity Software Inc., Ingrid Lestiyo, John S. Riccitiello, and Luis Felipe Visoso.

1