**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (Bar. No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christine M. Fox (*pro hac vice*)
James M. Fee (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cfox@labaton.com
jfee@labaton.com

*Lead Counsel for Lead Plaintiffs
Oklahoma Firefighters Pension and
Retirement System and Indiana Public
Retirement System and
the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE UNITY SOFTWARE INC. SECURITIES LITIGATION | Case No. 5:22-cv-03962-EJD<br><br>**<u>CLASS ACTION</u>**<br><br>**LEAD PLAINTIFFS' STATEMENT OF RECENT DECISION** |

Court-appointed Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Indiana Public Retirement System (together "Plaintiffs"), pursuant to Civil Local Rule 7-3(d)(2), hereby submit this Statement of Recent Decision in further support of their Opposition (ECF No. 107) to Defendants' Motions to Dismiss (ECF Nos. 101, 102, & 103).  On March 4, 2024, the United States District Court for the Northern District of California issued an order denying a motion to dismiss a securities fraud class action under Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934 and SEC Rule 10b-5, promulgated thereunder.  *See Leventhal v. Chegg, Inc.*, Case No. 21-cv-09953-PCP, 2024 WL 924484 (N.D. Cal. Mar. 4, 2024)), attached hereto as Exhibit A.

Plaintiffs believe this recent decision will assist the Court in its consideration of the pending motions to dismiss.

Dated:        March 7, 2024

Respectfully submitted,

/s/ Christine M. Fox
**LABATON SUCHAROW LLP**
CHRISTINE M. FOX (*admitted pro hac vice*)
JAMES M. FEE (*admitted pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cfox@labaton.com
jfee@labaton.com

*Lead Counsel for Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Indiana Public Retirement System and the Proposed Class*

2

**HAGENS BERMAN SOBOL SHAPIRO LLP**
REED R. KATHREIN (SBN 139304)
LUCAS E. GILMORE (SBN 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

3

LEAD PLAINTIFFS' STATEMENT OF RECENT DECISION
Case No. 5:22-cv-03962-EJD