**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (Bar. No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Carol C. Villegas (*pro hac vice*)
Christine M. Fox (*pro hac vice*)
James M. Fee (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
jfee@labaton.com

*Lead Counsel for Lead Plaintiffs
Oklahoma Firefighters Pension and
Retirement System and Indiana Public
Retirement System and the Proposed
Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

IN RE UNITY SOFTWARE INC.
SECURITIES LITIGATION

Case No. 5:22-cv-03962-EJD

**CLASS ACTION**

**SECOND AMENDED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS**

**DEMAND FOR JURY TRIAL**

# TABLE OF CONTENTS

**Page**

GLOSSARY OF TERMS AND ABBREVIATIONS USED IN SECOND AMENDED COMPLAINT ........................................................................................ v

I. NATURE OF THE ACTION ................................................................... 1

II. JURISDICTION AND VENUE .............................................................. 8

III. PARTIES .................................................................................................. 9

    A. Plaintiffs ...................................................................................... 9

    B. Defendants ................................................................................... 9

        1. Company Defendants ...................................................... 9

        2. Controlling Shareholder Defendants ............................ 11

IV. SUBSTANTIVE ALLEGATIONS ....................................................... 16

    A. Company Background and Key Segments .................................. 16

    B. Unity's Ad Tools - the Unified Auction and Audience Pinpointer ........... 18

    C. User Tracking Data and the Loss of User Tracking Data ........... 20

        1. Identifier for Advertisers ("IDFA") ............................. 20

        2. Apple's Privacy Changes .............................................. 21

        3. Unity Boasts That the Loss of IDFA Data, Is a "Competitive Advantage" for Its Audience Pinpointer Product ........... 25

        4. Mobile Measurement Partners ("MMPs") ................... 26

    D. Confidential Witnesses ............................................................. 29

        1. Confidential Witness Descriptions ............................... 30

        2. How Unity's Ad Products Work ................................... 32

        3. Unity Reacts to Apple's Announced Privacy Changes ........... 34

        4. Unity Experiences Massive Problems With Audience Pinpointer After Its Broader Launch; the Company Receives Barrage of Customer Complaints That CWs Confirm Continued Throughout the Class Period ........... 36

i

|   |   | 5. | Unity Attempts to Respond to Customer Complaints on an Ad-Hoc Basis Because It Is Unable to Fix Audience Pinpointer | 40 |
|---|---|---|---|---|
|   |   | 6. | Unity Loses Customers | 42 |
|   |   | 7. | Unity Fails to Properly Integrate Acquisitions Made During Class Period | 43 |
|   |   | 8. | May 10, 2022 Disclosure | 43 |
|   |   | 9. | Acquisition of ironSource and Sunsetting of Audience Pinpointer | 46 |
|   | E. | Unity's Class Period Acquisition Spree Covers Up Failing Ad Business Performance | | 46 |
|   |   | 1. | June 22, 2021: Unity Acquires PiXYZ | 46 |
|   |   | 2. | July 22, 2021: Unity Acquires SpeedTree | 46 |
|   |   | 3. | August 12, 2021: Unity Acquires OTO | 47 |
|   |   | 4. | September 2021: Unity Acquires Parsec | 47 |
|   |   | 5. | November 30, 2021: Unity Acquires SyncSketch | 47 |
|   |   | 6. | December 1, 2021: Unity Acquires Weta Digital | 47 |
|   |   | 7. | January 24, 2022: Unity Acquires Ziva Dynamics | 48 |
|   | F. | ironSource Merger | | 48 |
| V. | | DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD | | 49 |
|   | A. | May 11, 2021: Q1 2021 Results | | 49 |
|   | B. | August 10, 2021: Q2 2021 Results | | 53 |
|   | C. | November 9, 2021: Q3 2021 Results | | 58 |
|   | D. | February 3, 2022: Q4 and FY 2021 Results | | 60 |
|   | E. | February 22, 2022: Unity's 2021 10-K | | 63 |
| VI. | | THE TRUTH EMERGES: MAY 10, 2022 | | 64 |
| VII. | | POST-CLASS PERIOD EVENTS | | 69 |
|   | A. | July 13, 2022: ironSource Merger Announced | | 69 |

B.    After the Disclosure of the True State of Unity's Monetization Ad Business, Defendant Riccitiello Adds Insult to Injury by Disparaging Game Developers Who Don't Try to Monetize Their Videogames with Tools from Companies Such as Unity .................................................................. 71

C.    August 9, 2022: Q2 2022 Results ............................................................ 71

VIII.    ADDITIONAL EVIDENCE OF SCIENTER ............................................................ 73

A.    Sudden Decline in Quarter-Over-Quarter Revenue Growth Within the Operate Segment Starting No Later than July 2021 .................................... 75

B.    The Majority of Unity's Revenues During the Class Period Came From Its Operate Segment, and Its Monetization of Ad Placement, and the Individual Defendants Spoke Frequently About the Importance of Audience Pinpointer ......... 76

C.    Statements By Former Unity Employees Corroborate That Defendants Knew or Recklessly Disregarded the Serious Problems With Audience Pinpointer During the Class Period and Customer Complaints About Poor ROI ...................... 78

D.    The Individual Defendants' Stock Sales During the Class Period Were Unusual and Suspicious in Timing and Amount .......................................... 79

1.    The Amount and Value of Trading by These Defendants During the Class Period Were Unusual ..................................................... 79

2.    The Nominal Amount and Percentage of Unity Stock Sold During the Class Period Were Extremely Large .............................................. 81

3.    The Individual Defendants' Stock Sales During the Class Period Were Inconsistent With Their Trading Practices in Both the Preceding Period and Post-Class Period .................................................... 81

4.    The Timing of the Individual Defendants' Stock Sales Was Suspicious ............................................................................ 83

5.    The Presence of 10b5-1 Trading Plans Adopted by the Individual Defendants Does Not Absolve Them of Liability ............................... 83

E.    Challenges Posed by Apple's Privacy Changes Were Discussed Regularly Among Senior Unity Officers and Directors at IDFA Preparation Meetings ........... 84

F.    Post-Class Period Admissions by the Individual Defendants Demonstrate They Knew or Recklessly Disregarded that Audience Pinpointer Was Not Working Properly During the Class Period .................................................. 85

IX.    LOSS CAUSATION/ECONOMIC LOSS ............................................................. 86

X.    PLAINTIFFS' CLASS ACTION ALLEGATIONS ................................................... 87

iii

XI.    CLAIMS FOR RELIEF ...................................................................................89

XII.   PRAYER FOR RELIEF....................................................................................96

XIII.  DEMAND FOR TRIAL BY JURY ..................................................................96

## GLOSSARY OF TERMS AND ABBREVIATIONS
## USED IN SECOND AMENDED COMPLAINT

| Term | Definition |
|------|------------|
| ATT | App Tracking Transparency |
| DAUs | Daily Active Users |
| IDFA | Identifier for Advertisers.  IDFA is a unique identifier assigned to a user's iOS device that is used to target a user's online behaviors for marketing and advertising purposes. |
| KPIs | Key Performance Indicators |
| LTV | A user's estimated lifetime value based on algorithms which use actual specific user behavior and the preferences to estimate future user behavior. The LTV allows advertisers to make informed decisions on how much to bid for display ads through the Unified Auction.  Users with a higher LTV are expected to have a higher probability of engaging with the display ad and, therefore, require a higher bid in the Unified Auction. |
| MAC | Media Access Control |
| MAUs | Monthly Active Users. It measures the number of users that have done something meaningful in your product in the last 30 days/calendar month, but it can also power advanced analysis like conversion and retention rates that show how "sticky" or valuable a product truly is. |
| MMP | Mobile Measurement Partners.  Third Parties that aggregate and analyze user behavior. |
| ROAS | Return on Ad Spend |
| ROI | Return on Investment |
| SDK | Software Development Kit |
| UDID | Apple's Unique Device Identifier. UDID was a 40-character string assigned to Apple devices that third parties, including app vendors, could use to track subscriber behavior such as user likes which the vendors could use to tailor advertising accordingly. Because of mounting privacy concerns on the part of device owners, in 2012, Apple began rejecting apps that make use of UDIDs. |

Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Indiana Public Retirement System ("Plaintiffs"), individually and on behalf of all others similarly situated, allege the following based on Plaintiffs' personal knowledge as to its own acts, and on information and belief as to all other matters, such information and belief having been informed by the investigation conducted by and under the supervision of Lead Counsel, which includes a review of: U.S. Securities and Exchange Commission ("SEC") filings by Unity Software Inc. ("Unity" or the "Company"); securities analysts' reports and advisories about the Unity; press releases and other public statements issued by the Company; media reports about the Company; interviews with former employees of Unity with knowledge of the matters alleged herein; and consultation with experts in the areas of loss causation and damages.[1]  Lead Counsel's investigation into the matters alleged herein is ongoing and many relevant facts are known only to, or are exclusively within the custody or control of, the Defendants. Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. On behalf of themselves and the class they seek to represent, Plaintiffs allege as follows:

## I.    NATURE OF THE ACTION

1.    This is a federal securities class action on behalf of a class consisting of all persons or entities who or which, during the period from May 11, 2021 through May 10, 2022, inclusive (the "Class Period"), purchased or otherwise acquired the publicly traded common stock or exchange-traded call options or sold exchange-traded put options of Unity, and were damaged thereby.

2.    The claims are alleged against Unity, its CEO and Executive Chairman John S. Riccitiello ("Riccitiello"), its CFO Luis Felipe Visoso ("Visoso"), and its Senior Vice President & General Manager of Operate Solutions, Ingrid Lestiyo ("Lestiyo," collectively, "the Company Defendants" and together with the Controlling Shareholder Defendants (defined below), "Defendants")[2] and three of Unity's largest shareholders, Sequoia, Silver Lake, and Unity founder

---

[1] Confidential witnesses ("CWs") will be identified herein by number (CW-1, CW-2). All CWs will be described in the masculine to protect their identities.

[2] Riccitiello, Visoso, and Lestiyo are collectively referred to herein as the "Individual Defendants."

and Board Member David Helgason(all defined below in ¶¶31-33),[3] who held his shares through the now-defunct investment firm OTEE 2020 ApS with his sole partner in the firm being former Unity CTO Joachim Chritoph Ante.  The action seeks to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its officers and directors.

3.    Unity provides software developers with a platform to create and monetize their video games for mobile phones, computers, and game consoles.  The Company's platform provides software solutions to create, run, and monetize interactive, real-time 2D and 3D content for mobile phones, tablets, PCs, consoles, and augmented and virtual reality devices.  Since many of Unity's clients use the platform to create games and applications ("apps"), the Company offers user acquisition products and monetization products through its Operate Solutions division, allowing clients to grow their users and monetize their content over time. During the Class Period, Unity's Operate Solutions division generated the majority of its total revenue (approximately 65%), mostly through a revenue-share model.

4.    One of the Company's most important user acquisition ad products offered through the Operate Solutions division during the Class Period was Audience Pinpointer, a technology that employed machine learning to monitor users' real-time in-app behavior at the moment of an ad request, thereby aiding ad clients in finding users most likely to provide value beyond the initial installation of the game or app. In short, Audience Pinpointer was marketed as an ad tool that placed online ads for Unity's customers in front of the users who were most likely to buy the customer's products.

5.    Audience Pinpointer's importance to Unity's business increased dramatically starting in mid-2020 when Apple Inc. ("Apple") announced that in 2021 it would allow users to block Identifier for Advertisers ("IDFA"), a unique identifier assigned to a user's iOS device that had

---

[3] Sequoia, Silver Lake, and Helgason are collectively referred to as the "Controlling Shareholder Defendants."

previously been used to target a user's online behaviors for marketing and advertising purposes.[4] Thus, following Apple's announcement, Unity marketed Audience Pinpointer, then only available to a few of the Company's ad clients, as a way to circumvent Apple's privacy changes because Audience Pinpointer could provide Unity's customers with user information that did not require Apple's IDFA data.[5]  But, from the start of the Class Period on May 11, 2021, Audience Pinpointer was experiencing serious problems with its machine-learning algorithms and was not a cost-effective nor functional replacement for the loss of IDFA data.

6.    Defendants knew or recklessly disregarded this business-critical information and instead, throughout the Class Period, made materially false and misleading statements and/or failed to disclose the core functionality problems the Company was experiencing with Audience Pinpointer, and the negative impact that Apple's privacy changes were having on Unity's ability to provide its ad customers effectiveness from a return on investment ("ROI") perspective.

7.    For example, during the Class Period, Defendants falsely stated that Audience Pinpointer accurately targeted users and provided its customers with "true," "positive," and "superior" ROI.  CEO Riccitiello repeatedly touted the Company's ad monetization capabilities by asserting, among other things, that Unity "appl[ies] advanced analytics and machine learning algorithms to create and manage a true ROI on behalf of our customers" and that Unity's monetization program was "based on a deep, deep understanding of user-level LTV [lifetime value] and engagement, and we succeed when we deliver superior ROI for customers. . .  And we apply

---

[4] As discussed herein, in April 2021, Apple released iPhone software update, iOS 14.5, which required apps in the App Store to obtain permission to track users across apps and websites owned by third parties for advertising and measurement purposes, effectively limiting the amount of app data developers could provide to other companies and changing how users were notified about ad tracking.

[5] Unity markets Audience Pinpointer as a "machine learning model [which] generates a real-time valuation of each user at the time of an ad request. The algorithm decides on a bid for specific users based on their individual valuations. The system updates constantly based on actual user behavior and the preferences of millions of players across Unity's platform…Acquire users who are more likely to stay up to 7 days in your game or based on their predicted value within 7 days. Depending on predicted 7-day retention or the ROAS (return on ad spend) target from the advertiser, our solution adjusts the CPI dynamically so you pay the right price for each user." *Target & Price Users,* Unity, https://unity.com/solutions/mobile-business/get-users/audience-pinpointer (last visited Mar. 24, 2023).

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

advanced analytics and machine learning algorithms to create and manage a true ROI on behalf of our customers."

8.      However, Defendants' statements during the Class Period were materially false and misleading when made in that they failed to disclose the following adverse facts which were known to or recklessly disregarded by Defendants:

(a)      From the start of the Class Period, Audience Pinpointer had serious known technical flaws that the Company has now admitted greatly reduced (or eliminated) Unity's ability to accurately target users for ads within apps and games and which Defendant Riccitiello has admitted was a "revenue-expensive issue" for Unity;

(b)      Customers of all sizes, many of whom tracked revenue from their Unity ads in real-time, were complaining to Unity that its ad monetization tool (Audience Pinpointer) was not working and they were not getting an effective ROI;

(c)      Customers were reducing ad spending with Unity and some customers were leaving for other ad competitors including ironSource Ltd. ("ironSource") and Facebook;

(d)      Unbeknownst to investors, starting in July 2021, the Operate Solutions segment experienced a drastic slowdown in quarter-over-quarter revenue growth that went from 25% in Q2 2021 to 1% in Q3 2021.  This slowdown continued throughout the rest of the Class Period with revenue growth turning negative in Q1 2022;

(e)      The Company would be materially negatively affected by the serious and unaddressed Audience Pinpointer problems as ad spending was a major source of revenue for Unity; and

(f)      As a result, Unity's financial results would be significantly below expectations due to declining customer spend in the Operate Solutions segment.

9.      Former Unity employees confirm that Audience Pinpointer, which was "absolutely rushed" to market after the Apple privacy changes were announced, experienced problems throughout the Class Period, as customers from small clients to larger enterprise clients reported complaints to Unity about declining returns on their ad spend, since many of them monitored

4

success and revenue from their in-app ads in real-time.  Indeed, there was a "tonal shift" following the broader rollout of Audience Pinpointer in April 2021, when customer feedback turned exclusively negative. Former Unity employees describe customer complaints regarding Audience Pinpointer that began in April 2021 and continued throughout the rest of the Class Period. In fact, former employees describe that Unity was witnessing a "massive" increase in complaints, which increased "fivefold," following the rollout of Audience Pinpointer in April 2021 and continuing unabated throughout the Class Period.  Moreover, profits were declining for ad solutions as customers complained about issues with the accuracy of the Audience Pinpointer tool which was not working as intended. Certain of the former Unity employees cited herein summarized these complaints in monthly reports that went directly to Unity leadership, including Defendant Lestiyo and non-defendant senior executive Jules Shumaker (then SVP of Revenue, Operate Solutions), both of whom reported to Defendant Riccitiello. Other witnesses described weekly or biweekly meetings with Lestiyo and Shumaker that would almost always be entirely about Unity's ads business.  Former employees also describe post-Class Period admissions by the Individual Defendants that the Company's failure to meet expected revenue targets in May 2022 was due to the Audience Pinpointer product failing to work properly to analyze personalized data and target ads, which caused Unity's revenue to drop, and which management described as a problem caused by its own mistakes.  According to former employees, despite the problems with Audience Pinpointer, instead of being terminated or being held responsible for the serious problems, senior leadership just kept giving itself raises and promotions, even as its products failed.

10.    Former Unity employees also confirm that as the algorithms responsible for showcasing ads on Unity games "backfired" and "stopped working," Unity began losing customers to ad competitors ironSource and Facebook.  Rather than fix Audience Pinpointer and clean up Unity's data problems, Unity tried to address the problems on an ad hoc basis without success. Eventually, after the Class Period, Unity announced it would acquire one of its competitors in the ad space, ironSource.  The witnesses cited herein provide factual support for the falsity of the Company Defendants' statements during the Class Period and for a strong inference of scienter on

1  the Company Defendants' part regarding the problems with the Company's ad products – problems
2  which existed throughout the Class Period.

3      11.    The truth became known on May 10, 2022, when, after the market closed, Unity
4  announced its financial results for Q1 2022.  Unity missed analysts' consensus estimates for Q1
5  2022, and guided Q2 2022 sales projections down by 20 percent below consensus estimates.  The
6  Company also lowered its full-year 2022 revenue guidance to a range of $1.35 billion and $1.425
7  billion from its earlier estimate of $1.50 billion. The Company disclosed that the revenue shortfall
8  in Q1 2022, and expected revenue shortfall for the rest of 2022, was due to negative Operate trends
9  caused by two major challenges that hit the Company "hard."  <u>According to Defendant Riccitiello,</u>
10 <u>"The first was a fault in our platform that resulted in reduced accuracy for our Audience Pinpointer</u>
11 <u>tool, a revenue expensive issue given that our Pinpointer tool experienced significant growth post</u>
12 <u>the IDFA changes. The second is that we lost the value of a portion of our data, training data due in</u>
13 <u>part to us ingesting bad data from a large customer</u>.  We estimate the impact to our business of
14 approximately $110 million in 2022."[6]

15     12.    Defendant Riccitiello explained that one of the early signals about the severity of the
16 technology problem with Audience Pinpointer was customers spending less money on Unity ad
17 tools "because they're getting less performance out of our Audience Pinpointer."  Riccitiello
18 attributed the source of the problem to Unity sacrificing resiliency within the Pinpointer product for
19 new features and rapid rollout. In short, with serious technology issues and significantly reduced
20 usable data, customers were not spending as much money with Unity's ad tools which was affecting
21 and would continue to affect Unity's revenues through 2022.

22     13.    On this news, Unity's stock price plunged $17.83 per share, or approximately 37%,
23 from $48.13 per share at the market's close on May 10, 2022 to $30.30 per share at the market's
24 close on May 11, 2022.

25     14.    Based on the Company's disclosures about the problems with Audience Pinpointer
26 and Unity's corrupted machine learning training data, multiple analysts cut their one-year price

---

[6] Unless otherwise noted, all emphasis has been added.

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

targets on Unity.  For example, Oppenheimer & Co., Inc. lowered its price target from $135 to $54 per share, citing the Company's "unforced errors" in Audience Pinpointer.  Likewise, Wedbush Securities lowered its price target to $55 from $125 to $70 per share due to the "self-inflicted wound" causing "unacceptable error levels" with Audience Pinpointer.

15.    Moreover, unbeknownst to investors, during the Class Period, Defendants were cashing out of their Unity stock at all-time highs before the problems with Audience Pinpointer became known to investors.  For example:

(a)    Defendants Riccitiello, Visoso, and Lestiyo had been heavily selling Unity stock in amounts totaling more than $250 million, and at prices as high at $180 per share, while in possession of material non-public information about the problems with the user accuracy of Audience Pinpointer; and

(b)    Silver Lake and Helgason (two of the Controlling Shareholder Defendants) and their affiliates, each with a seat on Unity's Board of Directors, collectively sold close to 3.8 million shares of Unity stock during the Class Period, for proceeds of more than $600 million while in possession of material non-public information about the problems with the user accuracy of Audience Pinpointer.

16.    Further exposing the depth of Unity's unresolved Audience Pinpointer and data problems, following the Class Period, on July 13, 2022, Unity announced a $4.4 billion all-stock merger with one of its biggest competitors, ironSource.  Some analysts viewed the merger as a remedial measure to improve Unity's ad targeting capabilities that were negatively impacted by (i) the Apple privacy changes, and (ii) the collapse of Unity's ad solution, Audience Pinpointer.  For example, in the *Wall Street Journal* article dated July 13, 2022, Benchmark analyst Michael Hickey called Unity's merger with its competitor, a "classic coverup deal" whereby Unity "acquire[s] a company that does much of the same thing and change[s] the narrative."  At the same time the ironSource deal was announced, Unity lowered its full year 2022 revenue guidance due, in part, to the fact that Unity's monetization business (its ad business) was still suffering substantial setbacks.

17.    The ironSource merger announcement was not the last sign of trouble, however, as Unity's data issues persisted and continued to impede Operate's performance.  The Audience Pinpointer problems continued to plague Unity's Q2 2022 results which were announced on August 9, 2022.  Unity's quarterly revenue missed analysts' expectations with revenues from the Operate segment declining 14% from Q1 2022.  Unity also guided Q3 2022 revenues down from analysts' expectations.  The 14% drop in Operate revenues in Q2 2022 and the reduced Q3 2022 revenues were due, in part, to the Audience Pinpointer issues announced on May 10, 2022, which continued to debilitate the Company and divert the attention of employees within both the Operate and Create segments. Indeed, on Unity's Q2 2022 Earnings Call, Defendants discussed significant ongoing investments by Unity to address Audience Pinpointer's reduced targeting capabilities, including creating at least eight different task forces to fix the Audience Pinpointer data issues.

18.    After the Class Period, Defendants Lestiyo and Riccitiello left the Company.

19.    As a result of Defendants' wrongful acts and omissions with respect to Unity's ability to effectively deliver results for its customers, following Apple's IDFA changes, through tools like Audience Pinpointer and the precipitous decline in the market value of the Company's stock price once the Company's wrongful acts and omissions were revealed, Plaintiffs and other Class members have suffered significant losses and damages.

## II.    JURISDICTION AND VENUE

20.    The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

21.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

22.    Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b). Unity maintains its headquarters in this Judicial District, Defendants conduct business in this Judicial District, and a significant portion of Defendants' activities took place within this Judicial District.

23.    In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## III.    PARTIES

### A.    Plaintiffs

24.    Court-appointed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System provides retirement, disability, and survivor benefits to its members – retirees and active employees. It is a sophisticated institutional investor that had approximately $3.1 billion in total pension assets under management as of June 30, 2023. As set forth in the Certification previously submitted to the Court (ECF No. 25-2), Lead Plaintiff Oklahoma Firefighters Pension and Retirement System purchased or otherwise acquired Unity common stock at artificially inflated prices during the Class Period and suffered damages thereby.

25.    Court-appointed Lead Plaintiff Indiana Public Retirement System provides retirement, disability, and survivor benefits to its members – retirees and active employees. It is a sophisticated institutional investor that had approximately $39.7 billion in total pension assets under management as of June 30, 2023. As set forth in the Certification previously submitted to the Court (ECF No. 25-2), Lead Plaintiff Indiana Public Retirement System purchased or otherwise acquired Unity common stock at artificially inflated prices during the Class Period and suffered damages thereby.

### B.    Defendants

#### 1.    Company Defendants

26.    Defendant Unity is a Delaware corporation with principal executive offices located at 30 3rd Street San Francisco, California 94103. Unity's common stock trades in an efficient market on the New York Stock Exchange ("NYSE") under the trading symbol "U."

27.    Defendant John S. Riccitiello served as Unity's Chief Executive Officer since October 2014, as Executive Chairman of the Board since June 2014, and as a Company director

since November 2013. Riccitiello left Unity unexpectedly in October 2023. Defendant Riccitiello's compensation for FY 2020 was $22,001,733, of which $360,014 was in salary, $11,252,500 was in stock awards, $9,905,019 was in option awards, and $484,200 was in non-equity incentive plan compensation. Riccitiello's total compensation jumped by 160 percent from $8,450,005 in 2019 to $22 million in 2020. Defendant Riccitiello's compensation for FY 2021 was $12,501,471, of which $376,682 was in salary, $5,478,006 was in stock awards, $6,025,215 was in option awards, and $621,568 was in non-equity incentive plan compensation. Riccitiello participated in the Company's quarterly earnings conference calls described herein and was a direct and substantial participant in the fraud.

28.     Defendant Luis Felipe Visoso has served as Unity's CFO since April 2021 when he replaced Kimberly Jabal in that position. Visoso served on Unity's Board of Directors from September 2020 until April 2021 (prior to taking the CFO position). Defendant Visoso's compensation for FY2021 was $41,580,607, of which $260,041 was in salary, $2,000,000 was in bonus, $35,210,000 was in stock awards, $3,765,720 was in option awards, $334,444 was in non-equity incentive plan compensation, and $10,402 was in all other compensation. During his tenure as CFO, Visoso participated in the Company's quarterly earnings conference calls described herein and was a direct and substantial participant in the fraud.

29.     Defendant Ingrid Lestiyo served as Senior Vice President & General Manager of Operate Solutions at Unity from August 2020 (before Unity went public in September 2020) through December 2023. According to a Form 8-K Unity filed on December 1, 2022, Lestiyo was no longer listed as an "executive officer" at the Company. Lestiyo previously served as Unity's Senior Vice President and General Manager, Monetization from July 2018 to August 2020, and as the Company's Vice President of Monetization from July 2016 to July 2018. As noted herein, Lestiyo participated in the Q4 2021 and Q1 2022 quarterly earnings conference calls and was a direct and substantial participant in the fraud.

30.     The Individual Defendants made, or caused to be made, false statements that artificially inflated or artificially maintained the price of Unity securities during the Class Period.

The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Unity's quarterly reports, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, i.e., the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance, and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with the Company and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to—and were being concealed from—the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false and misleading statements pleaded herein.

### 2. Controlling Shareholder Defendants

#### a. Sequoia

31. Defendants Sequoia Capital Operations, LLC and SC US SSF 2013 (TTGP), LLC (together with the Sequoia affiliates mentioned herein are referred to collectively as "Sequoia") are part of a venture capital firm headquartered in Menlo Park, California specializing in investments in companies in the technology sector. Roelof Botha, Managing Member at Sequoia, has served on the Board of Directors of Unity since 2009, before Unity's IPO in September 2020. During the Class Period, Roelof Botha signed Unity's 2021 Form 10-K which, as detailed herein, contained false and misleading statements and omissions.

(a) Sequoia first invested in Unity's initial Series A investment in 2009. Over the years, Sequoia and its affiliates has increased its Unity investment through Series B (2011), Series C (2016), Series D (2018) and Series E (2019) funding.[7] In January 2020, "Entities Affiliated with Sequoia Capital" purchased shares of Unity valued at approximately $59 million.[8] Then, in March

---

[7] Danny Crichton, *Sequoia strikes gold with Unity's IPO filing,* TechCrunch+ (Aug. 24, 2020), https://techcrunch.com/2020/08/24/sequoia-strikes-gold-with-unitys-ipo-filing/.
[8] Unity's 2021 Proxy Statement filed on April 28, 2021, p. 32.

1  and April 2020, "Entities Affiliated with Sequoia Capital" purchased approximately $82 million of

2  Unity's convertible Series E preferred stock at a purchase price of $22.00 per share.[9]

3         (b)     Unity's 2021 Proxy Statement, filed on April 28, 2021, disclosed that

4  "Entities affiliated with Sequoia Capital" <u>owned more than 57.4 million shares, or 20.6 %, of

5  Unity's outstanding common stock</u>. These entities include: (1) Sequoia Capital XII, L.P. ("XII")

6  (21,410,700 shares); (2) Sequoia Capital Global Growth Fund III – Endurance Partners, L.P. ("GGF

7  III") (13,991,048 shares); (3) Sequoia Capital Global Growth Fund, LP ("GGF") (12,290,518

8  shares); (4) Sequoia Capital U.S. Growth Fund VI, L.P. ("GFVI") (6,016,318 shares); (5) Sequoia

9  Capital XII Principals Fund, LLC ("XII PF") (2,288,320 shares); (6) Sequoia Technology Partners

10  XII, L.P. ("STP XII") (801,160 shares); (7) Sequoia Capital Global Growth Principals Fund, LP

11  ("GGF PF") (356,651 shares); and (8) Sequoia Capital U.S. Growth VI Principals Fund, L.P.

12  ("GFVI PF") (301,354 shares). Throughout the Class Period, Sequoia continued to hold a

13  substantial ownership interest in Unity.

14         (c)     Unity's 2022 Proxy Statement, filed on April 20, 2022, disclosed that,

15  "Entities Affiliated with Sequoia Capital" owned approximately 39.1 million shares, or 13.2 %, of

16  Unity's outstanding common stock.[10]

17               **b.**    **Silver Lake**

18       32.    Defendant Silver Lake Group, L.L.C. ("Silver Lake") is a private equity firm

19  headquartered in Menlo Park, California. Egon Durban, Managing Partner and Co-CEO of Silver

20  Lake has served on the Board of Directors of Unity since before Unity's IPO in September 2020.

21  Egon Durban signed Unity's 2021 Form 10-K which, as detailed herein, contained false and

22  misleading statements and omissions.

23

24

25  [9] Unity's 2021 Proxy Statement filed on April 28, 2021, p. 31.

26  [10] Sequoia's reported holdings in Unity decreased from 57.4 million pre-Class Period (as reported in
   Unity's 2021 Proxy filed on April 28, 2021) to 39.1 million shares (as reported in Unity's 2022

27  Proxy filed on April 20, 2022). It is not clear if the difference of 18.3 million shares was : (i) sold
   by Sequoia and its affiliates, (ii) distributed to partners or members of Sequoia and its affiliates

28  during the Class Period and then sold by them, or (iii) a combination of both.

(a)    In 2017, prior to Unity's 2020 IPO, Silver Lake invested "up to $400 million" in Unity.[11]  Then, in January 2020, "Entities Affiliated with Silver Lake" purchased shares of Unity valued at approximately $41 million.[12]  Then, in March and April 2020, Entities affiliated with Silver Lake purchased approximately $56.7 million of Unity's convertible Series E preferred stock at a purchase price of $22.00 per share.[13]

(b)    Unity's 2021 Proxy Statement, filed on April 28, 2021, disclosed that, "Entities Affiliated with Silver Lake" owned more than 40 million shares, or 14.6 %, of Unity's outstanding common stock. These entities include: (1) Silver Lake Partners IV, L.P. ("SLP IV") (25,805,254 shares); (2) SLP Union Aggregator, L.P. ("SLP Union") (4,422,668 shares); (3) Silver Lake Technology Investors IV (Delaware II), L.P. ("SLTI IV") (478,362 shares); and (4) Silver Lake Group, L.L.C. ("SLG") (73,209 shares). Throughout the Class Period, Silver Lake held a substantial ownership interest in Unity.

(c)    Unity's 2022 Proxy Statement, filed on April 20, 2022, disclosed that, "Entities Affiliated with Silver Lake" owned approximately 35 million shares, or 11.8 %, of Unity's outstanding common stock.

(d)    During the Class Period, Silver Lake and its affiliates (including Board Director Egon Durban) collectively sold 1,885,057 shares of Unity stock for proceeds of more than $360 million while in possession of material non-public information regarding serious problems with the user accuracy of Audience Pinpointer, one of Unity's main sources of revenue.

### c.    David Helgason

33.    Defendant David Helgason, a Unity co-founder, former CEO, and Chairman of the Unity Board of Directors, was one of two principals at OTEE 2020 ApS ("OTEE"), an investment firm headquartered in Copenhagen, Denmark.[14]  The other sole owner of OTEE, and co-founder of

---

[11] Danny Crichton, *Sequoia strikes gold with Unity's IPO filing,* TechCrunch+ (Aug. 24, 2020), https://techcrunch.com/2020/08/24/sequoia-strikes-gold-with-unitys-ipo-filing/.
[12] Unity's 2021 Proxy Statement filed on April 28, 2021, p. 32.
[13] Unity's 2021 Proxy Statement filed on April 28, 2021, p. 31.
[14] FN 14:  Plaintiffs effectuated service of the Consolidated Complaint (ECF No. 71) on OTEE via The Hague Convention on April 28, 2023 which Plaintiffs notified the Court of as soon as they

Footnote continued on next page

Unity, was Chief Technology Officer ("CTO") of Unity, Joachim Christoph Ante.  Helgason has served on the Board of Directors of Unity since before Unity's IPO in September 2020.[15]  During the Class Period, Forms 4 filed by OTEE reported that Helgason and Ante shared voting and dispositive power over the shares held by OTEE.[16]  In addition, David Helgason signed Unity's 2021 Form 10-K which, as detailed herein, contained false and misleading statements and omissions.

(a)    Unity's 2021 Proxy Statement, filed on April 28, 2021, disclosed that as of the Unity IPO in September 2020, OTEE owned more than 29.5 million shares, or 10.6%, of Unity's outstanding common stock.  Throughout the Class Period, OTEE held a substantial ownership interest in Unity.

(b)    Unity's 2022 Proxy Statement, filed on April 20, 2022, disclosed that OTEE, through Joachim Ante, owned approximately 18.5 million shares, or 6.3%, of Unity's outstanding common stock.

(c)    During the Class Period:

_____

received the Certificate of Service by filing a Proof of Service on the docket on September 14, 2023 (ECF No. 115). However, on October 6, 2023, counsel for Plaintiffs received correspondence from Andrew Ehrlich at Paul, Weiss, Rifkind, Wharton & Garrison LLP – a firm that has not made an appearance in this case – purporting to represent "former principals of OTEE" and claiming that service was not effectuated on OTEE because OTEE, a Danish company, had been dissolved on October 14, 2021 .  Given that there were only two principals of OTEE, Plaintiffs believe Mr. Ehrlich and his firm represent Defendant Helgason and his former OTEE co-principal, and Unity co-founder, Joachim Christoph Ante.  As set forth at footnote 16, at the time of the insider trades described herein, Defendant Helgason and Joachim Ante were reported as being "directly and indirectly the sole members of OTEE [with] equal voting and dispositive power" over the Unity shares held by OTEE until October 15, 2021 when OTEE distributed to Helgason more than 9 million Unity shares previously held by OTEE.  Relying on the representation in the October 6, 2023 correspondence, Plaintiffs have dropped OTEE as a Defendant, and added Mr. Helgason, one of OTEE's former principals, as a Defendant.

[15] Unity Board member David Helgason was Unity's CEO until 2014 when Riccitiello took over the CEO role.  Helgason was re-appointed as a Unity Board Member in 2015. At the time, Helgason represented that he was staying on at the Company and would be "heavily involved" in Unity's future direction.  *See* Eric Johnson, *Unity CEO David Helgason Replaced by John Riccitiello*, Vox (Oct. 22, 2014), https://www.vox.com/2014/10/22/11632142/unity-ceo-david-helgason-replaced-by-john-riccitiello.

[16] Helgason and Ante were reported as being "directly and indirectly the sole members of OTEE [with] equal voting and dispositive power" over the Unity shares held by OTEE until October 15, 2021 when OTEE distributed to Helgason more than 9 million Unity shares previously held by OTEE.

(i)    OTEE and its affiliates collectively sold 1.2 million shares of Unity stock for proceeds of at least $132.4 million while in possession of material non-public information regarding serious problems with the user accuracy of Audience Pinpointer, one of Unity's main sources of revenue.

(ii)    Board Director David Helgason sold 688,629 shares of Unity stock for proceeds of at least $107.5 million while in possession of material non-public information regarding serious problems with the user accuracy of Audience Pinpointer, one of Unity's main sources of revenue.[17]

34.    Defendants Sequoia, Silver Lake, and Helgason are referred to herein as the "Controlling Shareholder Defendants."

35.    According to the Company's annual proxy statement filed with the SEC on April 20, 2022, as of April 1, 2022, Sequoia, Silver Lake, and OTEE were Unity's largest stockholders.

36.    Silver Lake and Helgason (two of the Controlling Shareholder Defendants) and their affiliates, each with seats on Unity's Board of Directors, collectively sold close to 3.8 million shares of Unity stock during the Class Period, for proceeds of more than $600 million while in possession of material non-public information about the problems with the user accuracy of Audience Pinpointer:

| Unity Insider Seller | Shares Sold | Proceeds |
|---|---|---|
| Silver Lake fund (Director Egon Durban) | 1,885,057 | $ 360.4 M |
| OTEE fund (CTO Joachim Ante and Director David Helgason) | 1,200,000 | $ 132.4 M |
| Board Member David Helgason | 688,629 | $ 107.5 M |
| **TOTAL** | **3,773,686** | **$ 600.3 M** |

---

[17] Helgason disposed of much of this stock at near Class Period highs. Indeed, Helgason sold so much Unity stock in such a short period of time (from November 22, 2021 to December 13, 2021), that articles cited Helgason's stock sales as the reason Unity's stock price was decreasing during this time – falling from $189.75 per share on Friday November 19, 2021 to $139.75 per share on Monday December 13, 2021.  *See* Preeti Singh, *Unity Software slips as director David Helgason sells more shares*, Seeking Alpha (Dec. 9. 2021), https://seekingalpha.com/news/3778833-unity-software-slips-as-director-david-helgason-sells-more-shares; Gaurav Batavia, *Unity Software director sells $26M in common shares*, Seeking Alpha (Dec. 01, 2021), https://seekingalpha.com/news/3776093-unity-software-director-sells-26m-in-common-shares.

1

2 IV.    **SUBSTANTIVE ALLEGATIONS**

3        A.    **Company Background and Key Segments**

4        37.    Founded as Over the Edge Entertainment in Denmark in 2004, the Company

5 reorganized in the United States as a Delaware corporation in 2009.  At the time of the

6 reorganization, the Company rebranded itself as Unity Software Inc. Today, the Company's

7 principal corporate offices are in San Francisco, California.

8        38.    Unity provides software developers with a platform to create and monetize their

9 video games for mobile phones, computers, and game consoles.  The Company focuses on

10 providing real-time 3D development tools and services for creating and growing 2D, 3D,

11 augmented and virtual reality experiences.  A significant number of video games developed on

12 Unity's platform are played on devices operating on Apple's operating system, commonly referred

13 to as "iOS."

14        39.    On September 18, 2020, Unity conducted its IPO by selling 25 million shares of

15 common stock to the public at a price of $52 per share, valuing Unity at approximately $13.7

16 billion.[18]  Following its IPO, Unity's stock has traded on the NYSE under the ticker symbol "U."

17        40.    The Registration Statement for Unity's IPO stated that:

18        [M]any of our current directors were appointed by our principal stockholders. As
         a result, such persons or their appointees to our board of directors, acting together,
19       will have the ability to control or significantly influence all matters submitted to
         our board of directors or stockholders for approval, including the appointment of
20       our management, the election and removal of directors and approval of any
         significant transaction, as well as our management and business affairs.
21
         41.    Notwithstanding that it has been operating for nearly two decades, Unity has
22
   reported financial losses every year since its founding.  Partly because of Audience Pinpointer
23
   (described below), Unity has enjoyed modest revenue growth since 2019.  For the year ended
24
   December 31, 2021, Unity reported $1.1 billion in revenues; for the year ended December 31, 2020,
25

26

27   _____

28   [18] Following the Unity IPO, Sequoia and its affiliates and Silver Lake and its affiliates were Unity's
     largest shareholders, owning 21.8% and 16.4%, respectively, of the Company's stock.

Unity reported $772.4 million in revenues; and for the year ended December 31, 2019, Unity reported $541.8 million in revenues.

42.    During the Class Period, Unity derived revenue primarily from two business segments: (1) Create Solutions ("Create"); and (2) Operate Solutions ("Operate").[19]

43.    The Create business segment at Unity offers developers tools for designing and building high-definition, real-time 2D and 3D content. According to Unity's 2022 Form 10-K, these "tools are used by artists, designers, and developers across a range of industries ranging from games to aerospace, film to retail, medical to manufacturing, and beyond."[20] Within the Create segment, Unity generated 30% of its overall revenue during the Class Period by charging subscription fees to developers for access to its tools for creating video game content.

44.    The Operate business segment at Unity provides customers with the opportunities to monetize (or derive revenue from) the content they develop while using Create or another platform to design simple 2D puzzle games or complicated, multiplayer, multiplatform games, or other 3D interactive content. According to Unity, the gaming industry has become increasingly competitive, and acquiring users through organic growth is becoming more difficult: "Nowadays, all successful games studios display ads in other games or platforms to reach their desired audience and redirect them to their game. This is what's called user acquisition."[21] In short, this means Unity helps game developers serve ads on their gaming platforms to generate revenues, a portion of which is shared with Unity in a revenue-sharing model. Within its Operate segment, Unity generated 65% of its overall revenue, during the Class Period, primarily by facilitating the placement of display ads within the developers' games through revenue-sharing contracts with the game developers.

(a)    During the Class Period, Defendants falsely boasted that advertisers could target certain high spending users with Unity's ad solutions, specifically its Audience Pinpointer ad

---

[19] In its 2022 Form 10-K filed on February 27, 2023, Unity announced that it had renamed the Operate business segment "Grow Solutions" following the Company's merger with ironSource. In this Complaint, Plaintiffs use the term "Operate" or "Operate Solutions" because that was the operative title of the business segment during the Class Period.

[20] Unity 2022 Form 10-K, filed 2/27/23, p. 1.

[21] *Attribution Support*, Unity, https://docs.unity.com/analytics/en/manual/AttributionSupport (last visited Mar. 24, 2023).

1    tool which could deliver to the advertiser the type of user advertiser wanted to target, even in the

2    absence of IDFA data.

3        (b)    Months before the Class Period starts, Unity's then-CFO Kimberly Jabal

4    represented that advertising revenue was the largest piece of the Company's Operate business.[22]

5        **B.    Unity's Ad Tools - the Unified Auction and Audience Pinpointer**

6        45.    During the Class Period, the Unified Auction and Audience Pinpointer were Unity's

7    key tools for generating Operate segment revenue through display ad placement.  These tools allow

8    Unity to recognize revenue when an end user installs an application after seeing an advertisement

9    (contracted on a cost-per-install basis) and when an advertisement starts (contracted on a cost-per-

10   impression basis).[23]

11       46.    Unity runs something called the "Unified Auction" which allows advertisers to

12   submit competing bids for the placement of their ads within developers' games on Unity's platform.

13   For online screen space within a Unity game that is being auctioned off to competing advertisers,

14   the highest bidder in the Unified Auction gets to display its ad in front of the user.  Once the

15   winning bidder displays its ad on the Unity platform, the Company shares the amount of this bid as

16   an advertising fee with the game developer.  In prior SEC filings, Unity had stated that "[o]ur

17   revenue represents the amount we retain from the transaction we are facilitating through our Unified

18   Auction."

19       (a)    According to CW-2 (discussed below), Unity was "tracking every penny

20   from the ads business and would have been aware of declining revenue in that business."  Put

21   differently, there was no delay between the time of a transaction and when the revenue split would

22   be known to the Company.

23

24

---

25   [22] Unity's 2/4/21 Earnings Call, p.18.

26   [23] In addition to the revenue-share model, during the Class Period, Unity derived a much smaller
     portion of its Operate revenue through consumption-based model for cloud-based products the
27   Company offers, such as deltaDNA, Multiplay, and Vivox.  Unlike the revenue-share model, Unity
     only recognizes revenue from these offerings as services are provided.

28

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

47.     In the digital advertising world, a high return on investment, known as "ROI," is crucial to advertisers.  Advertisers seek a high ROI for the ads they purchase through the Unified Auction and display within Unity games.  In other words, advertisers invest money in online ads with the expectation of a higher return on that investment that is measured by user clicks and product purchases.  Therefore, it is critical that Unity accurately track users' activity on their Apple phones and other devices so that advertisers are paying an economically sensible price for ads that will target specific users who will likely click and purchase the advertisers' products.

48.     Audience Pinpointer is Unity's user acquisition product that allows game developers to acquire players based on a target return on their ad spend.  Audience Pinpointer purportedly tracks users' activity based on a machine-learning algorithm, analyzes that user data, and assigns each user with a real-time lifetime value ("LTV") at the time of an ad request. The algorithm decides on a bid for specific users based on their individual valuations. The system is dynamic and constantly updates based on actual user behavior and the preferences of millions of players across Unity's platform. The LTV allows advertisers to make informed decisions on how much to bid for display ads through the Unified Auction.  Users with a higher LTV are expected to have a higher probability of engaging with the display ad and, therefore, require a higher bid in the Unified Auction.

49.     The ability to accurately track a user's activity allows Unity to assign a LTV to the user that accurately reflects that users' behavior, so that advertisers are paying a fair price for user acquisition through the Unified Auction.  *If Pinpointer does not accurately track a user's activity, it will misstate or overstate that user's LTV which will cost an advertiser more money for less monetization, causing an advertiser's ROI to fall.*  Predictably, when advertisers learn that their ROIs are declining, they will spend less money with Unity, which, as detailed in Section IV(D), is exactly what happened during the Class Period.

### C.    User Tracking Data and the Loss of User Tracking Data

#### 1.    Identifier for Advertisers ("IDFA")

50.    In 2012, Apple introduced the IDFA to its mobile devices.[24] The IDFA gives a unique, <u>anonymous</u> identifier to each mobile device in order to allow advertisers access to data around consumer behavior both in-app and across the web.[25]  IDFA allows Apple to track a user's clicking activity including websites visited, downloads, and other specific online interactions.  The IDFA can be used to analyze user behavior with the help of in-app events in product analytics. Since the inception of IDFA, Apple users have always had the ability to turn off or reset their IDFA within the privacy settings of their devices.

51.    Advertisers use IDFA to deliver custom advertising and measure advertising performance. Advertisers who track IDFAs when running mobile campaigns have better clarity about the qualities of those users and can tell if they installed an app because of the ad campaign. If it is true that the user installed the app because of the ad, the advertiser would know that the user is responsive to ads and choose to track them across the web.

52.    Similarly, if an advertiser likes the user behavior or type of user, it can instruct ad networks to help it find more high-quality users with behaviors like the original user. The other benefits that advertisers gain from IDFA include behavioral data to help advertisers deliver personalized ads, retarget ads based on previous user actions, and better optimize or manage their ad campaigns. IDFA data also helps advertisers recognize when their target users are suffering from ad fatigue and helps them figure out the best ad networks for app installs based on attribution data.[26]

---

[24] IDFA was a replacement for Apple's Unique Device Identifier ("UDID") and Media Access Control ("MAC") Address. UDID was a 40-character string assigned to Apple devices that third parties, including app vendors, could use to track subscriber behavior such as user likes which the vendors could use to tailor advertising accordingly. Because of mounting privacy concerns on the part of device owners, Apple began discouraging app developers from tracking customers with UDIDs. And in 2012, Apple began rejecting apps that make use of UDIDs.  *unique device identifier (UDID),* TechTarget, https://www.techtarget.com/whatis/definition/unique-device-identifier-UDID (last visited Mar. 24, 2023).

[25] Joshua Dreller, *Mobile Marketing 101: What is IDFA? What is ATT? Yes, They're Different*, Skai (Aug. 10, 2022), https://skai.io/blog/what-is-idfa-and-att/.

[26] *What is an Apple IDFA? How Apple's iOS 14 Update Will Impact Your Game Marketing*, Game Marketing Genie,(Dec. 8, 2021), https://www.gamemarketinggenie.com/blog/apple-idfa-changes-game-marketing.

20

53.     This type of precision allowed for very accurate targeting information that Unity used to facilitate the placement of display ads through the Unified Auction.  Therefore, advertisers on the Pinpointer platform were getting good ROI for the money they were spending through the Unified Auction.

### 2.     Apple's Privacy Changes

#### a.     Apple Preannounces Privacy Changes in June 2020

54.     In June 2020, three months before Unity's IPO, Apple publicly announced new data privacy features that would be rolled out in a future software update in 2021. These features would allow Apple device users to prohibit companies (such as Unity) from using the very data that had been tracked and recorded under IDFA.

55.     With the knowledge that advertisers would have restricted access to IDFA data once Apple's software update was rolled out, companies were forced to develop alternative tools to target users to preserve their ability to monetize through personalized advertising.

56.     On June 18, 2020, Facebook published a blog post titled, "The Value of Personalized Ads to a Thriving App Ecosystem," where it shared internal test results – that advertisers would lose 50% revenue without personalized targeting and optimization.[27] According to the post:

> In conversations with our advertiser and publisher partners, we hear how important privacy-enabled advertising is in enabling new business models and increasing the diversity of online content in the ecosystem. Many apps cannot rely on other forms of monetization, such as subscriptions and in-app payments. This is especially the case for smaller app developers or specific types of content, such as casual games, which have been on the rise in recent years — where publishers have to rely on personalized advertising to sustain their business.
>
> As industry conversations about the future of advertising progress, the Facebook Audience Network team has run tests to better understand the importance of personalized ads to the publisher ecosystem:
>
> Facebook ads use multiple systems to select and deliver personalized ads for people -- and we deploy this personalization on behalf of 3rd party publishers and app developers. We ran a test that constrained delivery to just mobile app install ads for a small portion of Audience Network Traffic, then compared personalized ranking to non-personalized ranking. We observed more than a 50% drop in publisher revenue between these two treatments, with no changes made to

---

[27] *The Value of Personalized Ads to a Thriving App Ecosystem*  Meta (June 18, 2020), https://developers.facebook.com/blog/post/2020/06/18/value-of-personalized-ads-thriving-app-ecosystem/.

21

targeting. (For an illustration of different factors that influence how ads are selected, see how Facebook Uses Machine Learning to Deliver Ads.)

These results are consistent with others we've seen published by the Interactive Advertising Bureau (IAB) and Google. Dave Grimaldi, IAB EVP for Public Policy notes: "Personalized ads are essential to maintaining a vibrant ecosystem, enabling a wide array of developers and publishers to flourish. For many years we have seen evidence of the value that is created by personalized ads, such as Harvard Business School Professor John Deighton's study published in February 2020, which found personalization contributes billions of dollars to publisher revenue. Facebook's research is yet another data point that underscores the positive impact of personalization." Together, these results demonstrate the immense importance of personalized advertising to the publisher ecosystem.

As we support industry efforts to strengthen privacy online, these examples highlight why it's critical that we also work to preserve publishers' ability to monetize through personalized advertising. We've heard many partners express the importance of sharing their perspectives with the broader industry -- we encourage app developers and publishers to engage with industry groups like the IAB to ensure their voices are heard as digital advertising practices evolve. We are committed to supporting the broader publisher and app ecosystem, and look forward to continued engagement on this important issue.

Facebook CFO David Wehner confirmed that the upcoming changes to Apple's iOS 14 would hurt the social network's ability to target ads to users.[28]

**b.    Unity Prepares for Apple Privacy Changes**

57.    Unity recognized the challenges it was facing with the upcoming privacy changes which it characterized as "a major change" "upending the mobile advertising industry."  Indeed, as early as 2019, the Company put together an internal team, including Defendant Visoso who was then a member of Unity's Board of Directors, to prepare for Apple's privacy changes and the loss of IDFA.

---

[28]  Eugene Virnik, *The Mobile App Market Leaders About iOS 14 and IDFA changes*, Qonversion, https://qonversion.io/blog/the-mobile-app-market-leaders-about-ios-14-and-idfa-changes/ (last visited Mar. 24, 2023).

58.    In February 2021, Unity released an "iOS 14 App Readiness Guide" which the Company made available on its website.[29]  The guide noted:

> In 2021, new privacy rules are upending the mobile advertising industry. Announced by Apple as part of their iOS 14 update, the ad tracking changes, and data collection declarations will compel developer to prepare their apps technologically and strategically.
>
> To help both app publishers and advertisers prepare, this guide offers a comprehensive checklist of the steps to take to ensure monetization and user acquisition efforts with Unity Ads remain effective under the new rules.  This guide also gives an overview of several of the new frameworks and processes publishers and advertisers need to be aware of with iOS 14.
>
> This is a major change affecting the mobile advertising industry at large.  Please be assured that Unity is ready to meet the needs of our publisher and advertiser communities and is committed to your success.

59.    Unity data scientists attempted to develop solutions to replace the data that would be lost once the Apple privacy changes went into effect, such as trying to track users through analyzing behavioral patterns.  These efforts purportedly also involved the development of a contextual ad model that did not rely on IDFA, which ultimately became known as Audience Pinpointer.  The intent of this new ad model was to leverage in-game data to deliver relevant advertising despite users opting into stricter privacy settings. Before the Class Period, Audience Pinpointer was still in beta testing with only a small number of customers using it.  However, once the Apple privacy changes went into effect, Unity rolled out Audience Pinpointer to a large segment of its Operate ad customers.

### c.    Apple's Privacy Changes Go Into Effect in April 2021

60.    Apple released its iPhone software update, iOS 14.5, in late April 2021.[30] During the week of April 26, 2021, Apple started requiring apps in the App Store to obtain permission to "track" users across apps and websites owned by third parties for advertising and measurement purposes through its App Tracking Transparency ("ATT") framework which prevents developers from freely accessing client data for targeting purposes. ATT did not replace IDFA. Instead, it

---

[29] *iOS 14 app readiness guide*, Unity, https://resources.unity.com/ios-14-resources/ios-14-app-readiness-guide (last visited Mar. 24, 2023).

[30] iOS 14 was released in September 2020, but as of February 2021, the second version of theSKAdNetwork attribution framework, initially introduced in 2018, as well as App Tracking Transparency, had not been implemented.

23

switched consent for tracking – requiring the user to opt-in to sharing data instead of opting out.[31]
As predicted, ATT effectively limited the amount of app data developers could provide to other
companies and changed how users were notified about ad tracking.[32] ATT also required developers
to ask for permission when they used certain information from other companies' apps and websites
for advertising purposes, even if they already had user consent.[33]

61.    Without IDFA tracking, mobile attribution became significantly more difficult
especially when running Facebook and Google ads. The IDFA changes meant that publishers would
have very little demographic data about the users who opted out of tracking and reduced visibility
into key metrics that showed how ads drive conversions (like app installs and sales).[34] As a result,
advertisers were losing their ability to attribute their ad spend for different campaigns.[35]

62.    The IDFA changes also had an out-sized impact on app monetization. App
monetization depends on knowing your users. When you understand your users and what they want,
you can serve high-quality ads and earn more money through impressions and clicks. The IDFA
changes kept from publishers the data they needed to serve targeted ads. As a result, users arguably
were not interacting as well with their ads.

63.    As iPhone users installed the iOS 14 software update and opted into this privacy
feature over the following months, IDFA generally became unavailable to Unity and social media
platforms such as Facebook, Google, and Twitter which previously tracked clicks through to third-
party sites.

---

[31] Apple displays the ATT as the consent notice that appears when users install an app. *Update: how
to manage Apple's iOS 14 live changes,*  Meta (Apr. 26, 2021).

[32] Dreller, *supra* note 24, https://skai.io/blog/what-is-idfa-and-att/.

[33] Christophe Combette, *Preparing our partners for Apple's iOS 14 policy updates*, Google (Jan.
27, 2021), https://blog.google/products/ads-commerce/preparing-developers-and-advertisers-for-
policy-updates/.

[34] Although some users did not immediately upgrade their operating systems in April 2021 and
therefore were still provided IDFA tracking data for a short period of time, those users were not
representative of the total body of users, and therefore the information obtained from those non-
upgraded users was not very robust.

[35] *Supra* note 25, https://www.gamemarketinggenie.com/blog/apple-idfa-changes-game-marketing.

64. According to social media platforms like Facebook/Meta:

[P]ublishers monetizing via Audience Network should prepare for ad revenue to decline in the near future. . . Apple's requirements will likely have implications across targeting, optimization, and measuring campaign effectiveness for businesses that advertise on mobile devices and across the web. We have continued to outline our guidance around iOS 14 in our latest Meta for Developers blog so that developers and publishers can take action and continue monetizing now that Apple has introduced their new requirements.[36]

65. For a Company like Unity, the IDFA changes affected how advertisers value and bid on ad impressions in the Unified Auction.

### 3. Unity Boasts That the Loss of IDFA Data, Is a "Competitive Advantage" for Its Audience Pinpointer Product

66. As discussed below, throughout the Class Period, Defendants represented that despite the loss of IDFA data, Audience Pinpointer was "proving to be a competitive advantage" and that Unity was continuing to provide advertisers with "true" and "positive [ROI]."

67. For example, before the start of the Class Period, on February 4, 2021, during Unity's Q4 2020 Earnings Call, Kimberly Jabal, Unity's then-CFO stated:

The changes related to IDFA are going to require that our customers recalibrate much of what they're doing related to their acquisition, their monetization and their marketing strategies. And we've been working really closely with customers to help them do this. And I would say that we've been preparing for this for a long time. We are leveraging our learnings from GDPR, from our contextual advertising product, which does not rely on IDFA. And we're working hard to mitigate the risk, both to Unity and to our customers.

So as John mentioned in our earnings release, we estimate that the IDFA changes will impact our revenue by about $30 million this year, assuming a rollout in the spring. And this estimate is not a perfect science, but we have very detailed models that help us forecast the impact here. We leverage country-by-country data, including impression levels for iOS versus Android. We look at current and historic opt-out rates, the adoption rates of our contextual ad products and our experience with GDPR.

So we feel pretty confident in our estimates here.

68. With respect to preparation for the IDFA changes, Jabal represented that Unity had "honestly for years, we've been preparing for this. We knew that this risk -- that this was a risk and that this moment could come. . . we feel very confident in our ability to forecast our business. This does certainly introduce some uncertainty, but we feel confident that we're able to predict the

---

[36] *Supra* note 30.

25

impact to our business. . . I would just say that there will be a short-term impact. Initially, as advertisers adjust to the changes, we feel that there will certainly be an impact in the year, and that's why we've articulated the $30 million. But we do believe, over time, there's a real opportunity for us to gain market share."

69.    Similarly, on the Q4 2020 Earnings Call, on February 4, 2021, Defendant Riccitiello stated:

> On IDFA, there's -- as important as this is, and it's certainly made a lot of crash [sic], from our perspective, the – it's 1 of 3 -- one way to think about it, 1 of 3 factors. One is overall growth in the industry around user acquisition-driven engagement and growth. I don't see that going anywhere. The game industry is very robust. It's growing. We feel confident in that.
>
> Within that world, we're gaining market share and have been growing market share based on a better product and better service. And within that, there is a bit of a shift in the force with IDFA, and we've quantified for that. And as you can tell, it's not a major part of our revenue stream in terms of its impact. So we feel pretty confident that we're in the right place doing the right things.

70.    On that same call, on February 4, 2021, Defendant Riccitiello boasted about the monetization side of Unity's business, the robustness of Unity's data in the ad space, and low rate of IDFA opt-outs:

> When we do a forecast, we're very analytical at Unity...We're even better at that when it comes to the monetization and services side because we have a lot more data. In this case, I just wanted to give you a couple of highlights, just to let you know. We did build our model up in a very detailed way. We have a handle on this. Point to start with in the beginning of the model is only about 30% of our impressions are from iOS. In many of these, a significant portion have already opted out for limited ad tracking. So we take data like that. We take information, extreme detail on our experience with opt-outs when people are presented with new user flows for a game or other application, and we build it up step by step. We have a good understanding… We've got a very detailed model in place, and we think we understand where we're going.

### 4.    Mobile Measurement Partners ("MMPs")

71.    On its website, Unity informs customers that "[t]o correctly run Unity ad campaigns, you must have a third party or in-house attribution service provider," which is more commonly known as a mobile measurement partner or "MMP."[37]  This means that, large portions of a Unity

---

[37] *Track installs with a server-to-server integration*, Unity, https://docs.unity.com/acquire/en/manual/s2s-install-tracking (last visited Mar. 24, 2023).

customer's business on the Unity platform involves the work of a third party whose data, among other things, is necessary for Unity's products to function properly.

72.    An MMP is a third-party company that collects and organizes app data to deliver an overview of an ad campaign's performance.  MMPs help app marketers to determine which channels, media sources, publishers, or campaigns are leading to user conversions. Advertisers use MMPs to understand the ROI of their ad campaigns and how to further optimize them.

73.    MMPs can offer server-to-server connections or a Software Development Kit ("SDK"), which can be integrated into an app for the purpose of linking ad engagements with app installs and in-app events. The SDK serves to attribute app installs and other post-install events to the specific user acquisition source and ad campaign. This provides the advertiser with insights such as which ad delivers which users, and which particular ad won those users over.

74.    MMPs utilize something called "multi-touch attribution" to identify every touchpoint that influenced a user's decision to install. An MMP can offer analytics on how users interact with ads via impressions, clicks, installs, session lengths, in-app events, and in-app revenue.  MMPs can also identify users and campaigns with most value via user lifetime value ("LTV"), conversion rate, and return on ad spend ("ROAS").  These analytics are helpful to understanding the success of an ad campaigns.

75.    According to its website, Unity uses data sent by MMPs (including Appsflyer, Adjust, Singular, Kochava, Branch, and Tenjin) for assessing post-install ad campaign performance.[38]  As noted above, Unity customers rely on the data from MMPs and SDKs for a variety of information is used to paint a picture of the success of their monetization efforts.

76.    For example, Unity provides explicit thresholds to its customers for when they are eligible to unlock information about ROAS and retention campaigns.[39]  A retention campaign acquires users who are more likely to use a Unity customer's app for seven or more days whereas a ROAS campaign acquires users based on their predicted value in a Unity customer's app and return

---

[38] *Pass post-install events using an MMP*, Unity, https://docs.unity.com/acquire/en/manual/APP-post-install-events-MMP (last visited Mar. 24, 2023).
[39] *FAQ: Launching User Acquisition Campaigns with Unity,* Unity, https://unity.com/resources/gaming-services/user-acquisition-faqs (last visited Mar. 24, 2023).

on ad spend during their first seven days in that app.[40]  On its website, Unity explains there are different user thresholds necessary to obtain this information depending upon whether a customer is passing data through an SDK, MMP, or a combination of the two:

| | SDK only | MMP only | SDK and MMP |
|---|---|---|---|
| **Retention campaign** | Minimum 10 retained users in a geography over 30-day cohorts. This is counted over all installs, not just Unity-attributed installs. | Minimum 100 retained users in a geography over 30-day cohorts. | Minimum 10 retained users in a geography over 30-day cohorts. This is counted over all installs, not just Unity-attributed installs. |
| **In-app purchases (IAPs) – ROAS campaigns** | Minimum 10 paying users in a geography over 30-day cohorts. This is counted over all installs, not just Unity-attributed installs. | Minimum 10 paying users in a geography over 30-day cohort. This is counted over Unity-attributed installs. | Minimum 10 paying users in a geography over 30-day cohort. |
| **In-app advertising (IAA) revenue campaigns** | N/A | Minimum 200 installs (attributed to Unity) in a geography over 30-day cohort.  The cohort must have generated some ad revenue passed to Unity via MMP, but the cohort can also include users who have not generated revenue. | N/A |

77.    According to user guides published by MMPs for Unity customers using their service, Unity users can "[c]hoose which data Unity Ads receives [] by customizing your setup."[41] Among the data customizations available to Unity users on MMP Adjust, for example, are the options to: (1) only forward data attributed to Unity Ads; (2) forward ad revenue; (3) forward

---

[40] *Audience Pinpointer campaigns*, Unity, https://docs.unity.com/acquire/en/manual/APP-campaigns (last visited Mar. 24, 2023).

[41] *See, e.g., Set up Unity Ads*, Adjust, https://help.adjust.com/en/integrated-partners/unity-ads (last visited Mar. 24, 2023).

sessions; and (4) forward in-app events.  However, MMP Adjust also informs users that there are 36 data points that Unity Ads requires MMPs to send to Unity.  Among the data Unity Ads requires the MMP to send are the device model number, device type, device operating system, revenue in whole currency units, revenue in US dollars, name of the app, ad network that displayed the add, and ad unit that generated the revenue.[42]

78.    Thus, during the Class Period, Unity relied on both the game developers and MMPs to track user activity and provide Unity with user data. Audience Pinpointer used that data from the MMPs and game developers and analyzed it in terms of number of users, impressions, and similar data, to determine the value of the data for game advertisers.

79.    However, Unity's heavy reliance on MMPs for user data (including user activity and user impressions for advertisers) introduced another potential vulnerability for Unity - any bad data ingested by Unity could negatively impact the Audience Pinpointer algorithms rendering them less accurate.  And, if the integration of the tracking software with the game was poor, or there were any anomalies (or bugs) in a game developer's integration, then the data transmitted to Unity would be in poor condition and could gum-up the Pinpointer algorithms rendering them less accurate.

80.    Indeed, bad data transmitted to Unity from one of its third parties was purportedly one of "several" problems affecting Pinpointer's accuracy during the Class Period. On May 10, 2022, Unity revealed that it lost a portion of its Audience Pinpointer machine learning training data "due in part to us ingesting bad data from a large customer."[43]

**D.    Confidential Witnesses**

81.    Former Unity employees confirm that Audience Pinpointer, which was "absolutely rushed" to market after the Apple privacy changes were announced, experienced problems throughout the Class Period, as customers from small clients to larger enterprise clients reported complaints to Unity about declining returns on their ad spend, since many of them monitored success and revenue from their in-app ads in real-time.  Indeed, there was a "tonal shift" following the broader rollout of Audience Pinpointer when customer feedback turned exclusively negative.

---

[42] *Id.*

[43] Unity's Q1 2022 Earnings Call Transcript (May 10, 2022).

Former Unity employees describe customer complaints increasing "fivefold." Moreover, profits were declining for ad solutions as customers complained about issues with the accuracy of the Audience Pinpointer tool which was not working as intended. Certain of the former Unity employees cited herein summarized these complaints in monthly reports that went directly to Unity leadership, including Defendant Lestiyo and non-defendant senior executive Jules Shumaker (then SVP of Revenue, Operate Solutions), both of whom reported to Defendant Riccitiello. Other witnesses described weekly or biweekly meetings with Lestiyo and Shumaker that would almost always be entirely about Unity's ads business.

82.     Former Unity employees also confirm that the algorithms responsible for showcasing ads on Unity games had "backfired" and had "stopped working." As a result, Unity began losing customers to ad competitors ironSource and Facebook. Rather than fix Audience Pinpointer and clean up Unity's data problems, Unity tried to address the problems on an ad hoc basis without success. Eventually, after the Class Period, Unity announced it would acquire one of its competitors in the ad space, ironSource. The witnesses cited herein provide factual support for the falsity of the Company Defendants' statements during the Class Period and for a strong inference of scienter on the Company Defendants' part regarding the problems with the Company's ad products – problems which existed throughout the Class Period.

### 1.    Confidential Witness Descriptions

83.     CW-1 was a Senior Business Intelligence Manager focused on Customer Insights and worked at Unity throughout the Class Period. CW-1 was hired by former Senior Manager, Product Research and was under Jules (Julie) Shumaker who at the time was the Vice President of Revenue, Operate Solutions who reported directly to CEO John Riccitiello. CW-1 explained that he was hired to help build out Unity's resources to assess its customer data. CW-1 noted that other Vice Presidents of Operate included SVP & GM Operate Solutions Ingrid Lestiyo and Jeff Collins, then SVP Engineering, Operate Solutions. CW-1 noted that in January 2022, he transitioned to another role within Unity. CW-1 noted that the Company's two segments, Operate and Create,

1    were "constantly at war" and there was a "clear misalignment between the two halves of the

2    business strategically."

3           84.     CW-2 was a Senior Manager, Product Research at Unity from May 2020 until

4    August 2022. CW-2 was tasked with starting Unity's Client Journey Team. According to CW-2, his

5    team was tasked with looking at the customer experience by product and tracking the customer

6    journey. CW-2 explained that the team was focusing on the day-to-day customer experience and

7    getting customer feedback or "pain points" and providing this information to the Unity's product

8    teams.  CW-2's team was creating a "voice of the customer" database and handling the qualitative

9    customer data.

10           85.     CW-3 was a Senior Software Engineer at Unity from before the Class Period through

11    January 2022. CW-3 worked in the In-App Purchases division where the engineers responsible for

12    Audience Pinpointer and Unified Auction worked. CW-3 reported to Jean-Francois Paradis, (then

13    Manager, Monetization Software Development, and Matthieu Smith, then Senior Lead, In-App

14    Purchasing Team. According to CW-3, Paradis and Smith reported to Vice President of Engineering

15    Shanti Gaudreault.

16           86.     CW-4 worked in the Operate Segment for more than 70% of the Class Period.[44]

17           87.     CW-5 was formerly employed at Unity as a Software Engineer from before the Class

18    Period through September 2021. CW-5 reported to an Engineering Manager who reported to the

19    Director of Unity's Technical Organization. CW-5 worked in the Operate segment creating user

20    authentication programs for Unity's game services.

21           88.     CW-6 was formerly employed at Unity from approximately May 2018 through

22    February 2024 in a variety of positions.  CW-6's most recent role was Senior Program Manager

23    from March 2022 through February 2024.  In that position, CW-6 reported to executives who

24    reported into Jules Schumacher.  Prior to that position, CW-6 was Senior Partner Manager in the

25    Operate Segment from November 2020 through April 2022.  CW-6 explained that during this time,

26    _____

27    [44] Plaintiffs believe that the details of the responsibilities of all of the CWs contained herein are
sufficient to satisfy the requirements of the PSLRA. However, Plaintiffs can provide additional
specificity, including exact titles for CW-4, CW-5, and CW-7 to the Court through an *in camera*

28    submission.

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

he worked under the "Operate" umbrella at Unity, which provided tools for game developers to monetize existing apps with ad revenues.

89.    CW-7 was formerly employed at Unity as a Product Manager from approximately April 2022 through the end of the Class Period in Canada.

## 2.    How Unity's Ad Products Work

90.    CW-4 reported that Audience Pinpointer was dependent on the bid, target, and outcome clients wanted. According to CW-4, the algorithm searches for "whales," or users most likely to click on an ad and download a game, and that "everyone is looking for whales." CW-4 explained that "whales" make up less than 4% of total players. CW-4 stated that supply and demand was an important aspect of Audience Pinpointer as there were only so many "whales" and they would only download so many games.

91.    CW-4 explained that the algorithm used for Audience Pinpointer would continuously adapt based on the data put into it. CW-4 also explained that the stored data has evolved over the months to become iOS compliant by using only data whose sharing has been legally consented by the users or anonymized. According to CW, Audience Pinpointer was initially launched in approximately late 2018, and was gradually expanded to more clients. CW noted that Audience Pinpointer was still in beta for many users.

92.    According to CW-4, a client has to run a "CPI" initial campaign for a certain period of time before it could activate Audience Pinpointer. CW explained that this was so the algorithm could "learn from" a large amount of data and then make assessments regarding performance. CW-4 noted that there were also dependencies on other teams within Unity and third-party data sources that were necessary to make sure Audience Pinpointer was effective.

93.    CW-3 explained that analysis of the performance of customers' ad spending could come from either the customers themselves or from Unity's internal data scientists or data engineers. CW-3 noted that the data scientists tracked longer-term and near real-time analysis of customer advertising, including whether and how the customers' ad spending was performing in terms of end-user impressions and, more importantly, end-user engagement with the ads. CW-3 also

explained that engagement meant the end-user clicking through on the ads, as clicking on the ads showed that the ads were relevant to the user. CW-3 noted that Unity used machine learning to gauge advertising performance based on users' history of engagement or click-throughs, and based on users' collective history, made predictions for how effective similar ads would be in the future.

94.    CW-3 explained that he and his colleagues worked on a now-defunct product called IAP Promo, which was separate from ad solutions Auctioneer and Audience Pinpointer, although it "plugged into" the Auction function. CW-3 noted that IAP Promo was a program that was used to enable gamers to purchase in-game tokens, player upgrades, and other benefits within the games, also called "in-app purchases," to improve the gaming experience or give the user playing advantages. CW-3 stated IAP Promo "plugged in" to Unity's advertising software backend and included client and services components, in which the services component included a series of servers with connection to the internet and other services, including Auctioneer.

95.    CW-3 reported that IAP Promo was a microservice that ran in the same software environment as Auctioneer and communicated with Auctioneer both internally and, through related components, through semi-public channels. CW-3 noted that, while his product was integrated with the advertising software and pipeline for the games, it was not external to the game; it only advertised features for sale within the games themselves. In contrast, according to CW-3, Unified Auction and Audience Pinpointer were used to advertise products and services external to the games. CW-3 explained that Audience Pinpointer was used to track who were the best end-users to be targeted by certain advertisers, while Unified Auction was used to determine the value of those users to a particular advertiser.

96.    CW-1 recalled that, in November 2020, and after speaking with internal stakeholders and reviewing issues, he identified problems within Unity's Operate segment including in its ads business. CW-1 described Unity's data in the Operate segment as "definitely unclean" and "in such a bad way."

97.    According to CW-2, the ads business was a "race to the bottom" as competitors constantly undercut each other on price, such that eventually there would be no more money to be

had. CW-2 said that Unity had enjoyed great success during COVID when people were at home playing games on their phones. CW-2 said the Company was aware of this and "panicked" once Apple instituted their new privacy changes. CW-2 added that "money and ego" got in the way of helping Unity's customers and making good business decisions.

### 3.     Unity Reacts to Apple's Announced Privacy Changes

98.    CW-4 confirmed that Apple's privacy changes had a "huge impact" on the industry and forced it to "completely rethink" how it was going to handle advertising. CW-4 explained that before the changes, the Adtech industry knew it was "you" behind your device, but afterwards they no longer had the visibility to administer personalized ads. According to CW-4, Apple is still sending some anonymized data to Adtech actors, such as device specifics (laptop or phone, model, iOS) and the installation information if a user clicked on an ad and downloaded a game, including the game name and ID. CW-4 explained that prior to the privacy changes Apple sent more specific data, such as a user's IP address, but after the changes, the IP address received was always anonymized. CW-4 noted that additional data received was now anonymized, including encrypted e-mail address, so Adtech actors had no way to directly contact users.

99.    CW-3 recalled that when Apple announced changes to its privacy policies which would affect IDFA, the new policy immediately was recognized within Unity as being "terrible" for the company and caused "panic." According to CW-3, the "tone and concern" within Unity shifted after Apple's announcement. CW-3 confirmed that Apple delayed implementation of its new privacy policy, and that one of Unity's software engineers proposed an idea to deal with the problem caused by Apple's policy changes and the resulting lack of data for advertisers.

100.   According to CW-5, after Apple's privacy policy changes, Unity switched to different programs to obtain user information for its advertisers, such as using the anonymized user authentication tokens which eliminated references to specific user devices. CW-5 explained that Unity provided this service to developers, so the developers would not have to create their own system to authenticate users of their games or applications. CW-5 stated that the authentication system created an anonymized "token" for each user when that user signed in to access the game or

34

1  app. CW-5 confirmed that the advertising team at Unity used information from the authentication

2  tokens that his team created.

3      101.    CW-5 clarified that, initially, Unity experimented with programs which tried to

4  differentiate mobile users from desktop or laptop computer users, but that that plan was scrapped in

5  favor of using the anonymized user tokens. CW-5 explained that the anonymized user

6  authentication tokens did not have much information about the users. CW-5 noted that the user

7  authentication tokens tracked user behavior, not characteristics, so that users' activities across

8  different games or apps were tracked, but the tokens provided no personal information on the users.

9      102.    CW-2 recalled that Unity told "the street" that Audience Pinpointer was the solution

10  to Apple's privacy changes that went into effect in April 2021.

11     103.    CW-1 confirmed that the Apple privacy changes instituted with iOS14 were a "big

12  focus" of the teams.  CW-1 explained that the teams at Unity had been working on Apple's privacy

13  changes "for some time," which included the period between the announcement of the changes and

14  their implementation in April 2021.

15     104.    According to CW-1, in November or December 2020, he realized Operate did not

16  have visibility into: (i) its sales pipeline; or (ii) a holistic view of revenue by customer across all

17  Operate products.  CW-1 stated that his team built a back-end system to better assess and account

18  for customer data in approximately one month, but then Ingrid Lestiyo, VP & GM Operate

19  Solutions, informed the team that Unity was no longer interested in this information and had

20  pivoted. CW-1 explained that this was common and expectations for his team's work and their

21  goals changed frequently during his tenure with Unity's Operate segment. CW-1 recalled trying to

22  train clients on the sales pipeline they were trying to build, but they were preoccupied with

23  addressing the privacy changes.

24     105.    According to CW-4, Unity created "cohorts" of users, based on what type of device

25  they used and what type of games they were playing. CW-4 noted that the Audience Pinpointer

26  algorithm was trained to predict which ads you were likely to click on and Unity determined ad

27

28

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

1    placement by "in-game behavior". According to CW-4, the cohorts continued to become more and

2    more specific from the initial population.

3          106.    CW-4 also reported that Unity collected data on games created with Unity and games

4    created on other game engines needed to include Unity's Software Developer Kit (SDK). CW-4

5    recalled that Unity was working to address losses in visibility through the use of their SDK, an issue

6    that also involved Unity's legal team to assess data concerns. According to CW-4, if a user clicked

7    on an ad that brought them to an installation screen for a game that did not use Unity's game engine

8    or SDK, the Company would not know if a download occurred, which is legally expected of Adtech

9    actors in the context of global privacy compliance.

10                      **4.    Unity Experiences Massive Problems With Audience Pinpointer After Its
                              Broader Launch; the Company Receives Barrage of Customer
11                            Complaints That CWs Confirm Continued Throughout the Class Period**

12         107.    CW-3 recalled hearing in February 2021 that Audience Pinpointer had problems.

13   CW-3 confirmed that in February 2021, he attended an all-hands engineering team status meeting, a

14   biweekly meeting led by Jeff Collins (Senior Vice President of Engineering, Operate Solutions),

15   during which the Audience Pinpointer problems were discussed, and where it was discussed that

16   Pinpointer's engineers needed to "re-route" certain data which would take approximately two weeks

17   to analyze and fix. CW-3 indicated that his understanding was that Audience Pinpointer was having

18   problems with its ability to gather and transmit data for analysis and that to fix it, the engineers

19   needed to disconnect the data pipeline from one point and reconnect it to another point which they

20   ultimately were able to do. CW-3 recalled that those working to fix the problems included the same

21   engineers who created Audience Pinpointer.

22         108.    According to CW-3, Jeff Collins (Senior Vice President of Engineering, Operate

23   Solutions), collaborated closely with Ingrid Lestiyo and communicated frequently with CEO John

24   Riccitiello. CW-3 explained that Jeff Collins frequently spoke about collaborating with Lestiyo on

25   various projects and business activities. CW-3 noted that there were not very many "intermediaries"

26   among that level of management and that everyone at that level was very "hands-on."

27

28

109.    According to CW-2, upon the introduction of Apple's IDFA changes in April 2021, his team was immediately seeing customer complaints that Audience Pinpointer was not working. CW-2 explained that Unity's customers monitor the success of their ads in "real time" and noticed "pretty quick" after the privacy changes that they were having issues. CW-2 explained the complaints regarding Audience Pinpointer that began in April 2021 were received in varying increments based on the source of the information throughout the remainder of his tenure in August 2022. CW-2 relayed that his team was composed of multiple researchers speaking with clients, and that information regarding complaints also came from "second parties," meaning other teams within Unity.

110.    CW-2 recalled a "tonal shift" following the broader use of Audience Pinpointer. According to CW-2, customer feedback previously contained a combination of positive and negative sentiment, but after Audience Pinpointer was launched more broadly customer feedback was exclusively negative. CW-2 recalled that the "tonal shift" extended to both internal and external parties, noting that it was "obvious" to customers and Unity employees that Audience Pinpointer did not fully solve the loss of IDFA tracking as it had been proclaimed to do.

111.    CW-2 stated that this negative tonal shift did not improve during his tenure and customers "just weren't happy with how this business was going." CW-2 recalled that there was a lot of "hype" around Unity's introduction of the Audience Pinpointer tool as a solution to Apple's privacy changes, but it was "obvious" the Company was trying to pivot following the onset of issues during the rollout in April 2021 that persisted throughout 2021 and continued through the end of CW-2's tenure at Unity, after the conclusion of the Class Period. CW-2 recalled customers expressing that they had been "getting the run around" by other groups, whether that be product, sales, or customer success, and looking for anyone that could help them.

112.    CW-2 recalled issues coming from customers of all sizes, from SMB (small and medium-sized businesses) to Enterprise customers. CW-2 recalled the topic of Audience Pinpointer being brought up in meetings with clients, even if the meetings' primary purpose was to discuss

1   other topics.  CW-2 explained that larger, more sophisticated customers may have seen problems

2   more quickly after Audience Pinpointer was introduced in April 2021 than smaller customers.

3        113.    According to CW-2, Unity was witnessing a "massive" increase in complaints which

4   he recalled increased "fivefold."  CW-2 confirmed that profits were declining for ad solutions as

5   customers complained about issues with the "accuracy" of the Audience Pinpointer tool, which was

6   not working as intended.  CW-2 explained that, after spiking sharply after the rollout of Audience

7   Pinpointer in April 2021, the volume of complaints regarding Audience Pinpointer remained

8   consistent throughout 2021 and 2022, and that they did not improve over the course of his tenure.

9   According to CW-2, he spoke with members of other internal teams at Unity, such as those in Sales,

10  Customer Success, Product, other researchers, and Technical Account Managers regarding

11  Audience Pinpointer complaints.  CW-2 and his team communicated with these other Unity

12  employees using an internal network to exchange information about Customers in order to compile

13  information to be eventually passed along to leadership.

14       114.    CW-2 explained that Audience Pinpointer "absolutely rushed" to market and

15  explained that given his team's awareness of the problems with the tool, other teams with even

16  more direct access to Audience Pinpointer would have had their "circuit board[s]" on "fire." CW-2

17  reiterated that when you "rush" technology to market and do not "pressure test" it, problems like

18  what happened with Audience Pinpointer will occur.

19       115.    According to CW-2, his team had weekly or biweekly meetings with Ingrid Lestiyo

20  and Jules ("Julie") Shumaker that would last for approximately one hour and the heads of each of

21  the major development groups in Operate.  CW-2 explained that while the meetings were about a

22  variety of topics, they would primarily be about the ads business.  According to CW-2, the purpose

23  of these meetings was to report on what was going on with product development and general

24  business beats, and that there was a lot of stress throughout the Class Period about Audience

25  Pinpointer's problems (and a variety of other topics).  CW-2 stated these conversations would get

26  heated to the point of being uncomfortable.  CW-2 continued to say that conversations that got

27  heated often were taken offline to discuss further out of view of the larger group.

28

116.    CW-2 confirmed that his team prepared reports on at least a monthly basis, and on an ad-hoc basis, for things such as major complaints from a customer.  According to CW-2, his team sent emails detailing customer complaints, including Audience Pinpointer, to Lestiyo and Shumaker.  CW-2 confirmed the reports were sent to Unity leadership and to the Product and Customer Service Teams.  CW-2 explained that, in addition to Lestiyo and Shumaker, his team wanted "as many folks as we could" on the e-mails to get the issues "in front of people."

117.    According to CW-2, if leadership was interested in the report topic, they would be "very engaged," but if not, they would not follow-up on the reports.  CW-2 continued to explain that at times there was "just silence" and at other times it seemed issues "hit a nerve," and that there was a fast follow-up e-mail asking what else a customer had said or instructing CW-2 to re-engage the customer. CW-2 recalled feeling like complaints pertaining to Audience Pinpointer were "being sent into the abyss" while voice chat and multiplayer issues got more attention. CW-2 added that all resources went to ad solutions and that Lestiyo and Shumaker were not listening to the customers or the market.

118.    In Summer 2021, CW-1's team presented to Defendant Lestiyo, Jules Shumaker, and approximately 100 employees on the Customer Success side an analysis they had prepared regarding cross-selling products within the Operate segment. CW-1 said that during that presentation, Defendant Lestiyo told him to "just take it down" and that she did not want to see the presentation on the screen any longer.  CW-1 added that Shumaker told employees not to be "distracted" by any of what was being presented by CW-1 and urged participants in the meeting to "stay narrow and deep" with individual product lines.  CW-1 explained that Unity's interests continued to pivot throughout his tenure, but after the May 2022 disclosure, a new team was tasked with tackling similar issues.

119.    According to CW-1, he and his team had created a "sentiment analysis" program for customers which showed "significant" low customer sentiment "for a while."  Specifically, CW-1's team conducted a review of complaints in September or October 2021 that involved manually

1 reviewing thousands of customer complaint tickets from approximately May or June 2021 through
2 the following three months, to help train the machine learning portion of the ad tool.

3        120.    CW-1 explained that his team found there was low sentiment and customer
4 complaints across all Operate products, including within the ads business. CW-1 explained that
5 some of the issues detailed in complaints from customers involved things not working within
6 Operate, algorithms not performing as intended or not matching up, and the system itself not
7 working properly. CW-1 reiterated that these complaint tickets were from a three-month period
8 starting in May/June 2021.

9        121.    CW-1 also described complaints about the algorithm outputs not being as effective
10 as customers wanted.  CW-1 explained that he became aware in September/October 2021, through
11 his customer sentiment analysis, that the algorithms responsible for showcasing ads on games had
12 "backfired" and the algorithms "stopped working" and were now having the opposite effect as
13 intended.

14        122.    CW-1 confirmed that Unity's ads business was what kept Unity afloat during his
15 tenure, so fixing the data problem should have been on someone's radar before May 2022.

16        123.    According to CW-1, there also was an imbalance in hiring as leadership needs and
17 business needs were not aligned. According to CW-1, Unity leadership pushed for sales and
18 revenue drivers, such as hiring additional salespeople, while the Company really needed additional
19 employees in data analysis, product development and engineering, and IT.

20              **5.    Unity Attempts to Respond to Customer Complaints on an Ad-Hoc Basis
                        Because It Is Unable to Fix Audience Pinpointer**

21

22        124.    CW-1 explained that he became aware of faults in Unity's data after collecting
23 internal discovery and analyzing external data from customers.  CW-1 explained that no one
24 "synthesized" this data, instead the Customer Success teams were focused narrowly on their clients
25 and only addressing each customer issue.  CW-1 said game developers also were complaining
26 because of the problems with the ads.

27        125.    CW-1 explained that each issue was being treated on an individual customer basis
28 rather than conducting any holistic analysis on wider issues related to Operate's services and

40

offerings. According to CW-1, the main issue was that there was data available and complaint tickets were being addressed, but only individually and that there was no "holistic view" of the data or wholesale effort to fix the source of the problems. CW-1 explained that his team was working on segmenting the customer complaints by product within Operate.

126.    CW-1 noted that there was an automated system in place for customers to send their complaints in to Unity electronically and then the complaints would be collected in a report and routed to the relevant team. CW-1 explained that his team pulled all of the "raw data" to provide a more "bird's eye view across the board" in relation to complaints. CW-1 added that while his team was looking at issues on the data side, former Senior Manager, Product Research and his team were doing "in-depth" interviews with customers.

127.    CW-1 explained that he prepared a monthly report regarding his work he believes was titled Monthly Customer Insights which included customer information from a data perspective. CW-1 confirmed that Lestiyo was aware of the work his team was doing and that Lestiyo receive these monthly reports and findings from his team. According to CW-1, in addition to Lestiyo, Operate leadership and directors from Customer Success, Marketing, and Products, including Felix The (then-VP Product Management – Operate Solutions) also received the reports. CW-1 thought maybe CEO John Riccitiello received his team's monthly reports too, but he couldn't be certain.

128.    Regarding customer complaints, CW-3 explained that, when a problem occurred – whether discovered internally by Unity or as a result of a customer notifying the company – it is logged as an "incident," and an incident channel is created in Slack. CW-3 explained that the incident channel would be used to address that incident only, and that no other chat (such as small talk or other discussions) was permitted in the channel.

129.    CW-3 described that Unity had a "multi-layered" response plan for handling real-time service issues, and that the plan included both automated elements and site reliability engineers, or SREs. CW-3 explained that SREs were brought in for problems or issues that were larger or beyond the scope of specific features, such as issues that affected multiple features,

41

network issues, or other problems.  According to CW-3, SREs were generally charged with making sure that software services were operating as expected.

130.    According to CW-3, the SREs were tasked with responding to both internal (such as software) and external (such as system outages) problems. CW-3 further explained that Unity had checklists of people to be notified and steps to be taken to address problems, and that the SREs would not always be the first people to be notified, depending on the situation. CW-3 indicated that sometimes the engineer on call would be first to be notified. CW-3 added that the SREs or engineers on call addressing the incident had the implicit authority to "rope in" any other resources – including bringing in other engineers – to fix the problem. CW-3 noted that Unity did not maintain a separate team of engineers whose sole purpose was to respond to incidents or problems and that the SRE role was in addition to these engineers' normal work functions. CW-3 confirmed that, as part of the incident response checklist, there were procedures for escalating incidents and notifying more senior management at Unity.

131.    According to CW-3, Jeff Collins (Senior Vice President of Engineering, Operate Solutions) created a structure for accountability which was rolled out in phases during CW-3's employment (from before the Class Period through January 2022). CW-3 explained that a color scheme of white, yellow, red, and green was used to report project status to upper management which "bubbled" through Jeff Collins to Ingrid Lestiyo. CW-3 explained that the document containing color-coded project status was reviewed in regular meetings and reported up to senior management. CW-3 added that the engineering teams responsible for the specific projects would have contributed the document.  CW-3 stated that most issues were communicated to director level and higher through less formal channels than a document checklist process.

### 6.    Unity Loses Customers

132.    CW-1 confirmed that the Company was seeing "a lot" of ads clients moving to Unity's competitors, including ironSource and Facebook. CW-1 discussed with his colleagues how Lestiyo and Shumaker were aware of Unity's customers leaving them for competitors.

133.    CW-2 confirmed it was "impossible" that Unity was not aware of the declining revenue growth in the Operate segment starting in the summer of 2021 because "Unity is an ads business" and they were "tracking every penny" from the ads business and would have been aware of declining revenue in that business. CW-2 confirmed that Lestiyo would have known. CW-2 stated, "without debate," Unity could have told "the street" that there was a problem as it was occurring.

### 7.    Unity Fails to Properly Integrate Acquisitions Made During Class Period

134.    CW-1 noted that the Company did not have an onboarding or training program for Unity hires and had no method to integrate the many acquisitions Unity made on the Operate side of the business. CW-1 explained that a "proper effort" was not made to integrate acquisitions into Unity's existing tech stack. According to CW-1, there were issues such as multiple versions of Salesforce running for Unity and the acquired entities. CW-1 explained that IT was working on this issue in what was described as a 2-year long process.

135.    According to CW-1, Unity was focused on acquiring companies to "get our [Unity's] share [price] up" while they "shunned," or ignored, their own internal problems.  CW-1 explained that Unity failed to integrate its acquisitions on any level and implementation and integration became a big issue for Unity's customers. CW-1 explained that all of the Company's data was kept separate, including information acquired through acquisitions.

### 8.    May 10, 2022 Disclosure

136.    CW-1 recalled that in May 2022, Lestiyo's team was in the middle of the "biggest fire Unity had ever faced" and Operate was taking people from Create to help assist with the data ingestion issue that had corrupted Unity's algorithms. According to CW-1, it was "all hands-on deck" and everyone was told to "drop what you're doing" in the town halls and impromptu meetings that followed. CW-1 confirmed that in the weeks prior to the issue being made public, Unity employees were told that it was a "big problem" and that "we [Unity] need to keep quiet about this."

137.    CW-2 recalled that once *SeekingAlpha* and the *Wall Street Journal* were publishing articles about Unity following the May 2022 admission of issues with Audience Pinpointer, the Company was in "bail water out of the ship mode" and internally began circulating "nonsensical PR letters." CW-2 said that at this point he could tell that Unity "got caught" and the Company held an all-hands meeting that was "very hand-wavey." According to CW-2, the issue was discussed as an "engineering hiccup" and there was a "mad scramble" with employees being pulled from multiple teams to address it.

138.    CW-2 noted that, contrary to the Company's public disclosure, the data problems announced in May 2022 did not appear to be caused by a single customer. CW-2 explained that he was "not surprised" by the layoffs that followed and that he could tell that, "things were not going [according] to plan." CW-2 added that Unity subsequently turned into "an internal [expletive]show."

139.    CW-1 added that "we [Unity] were too late" and that they had attempted to fix the problem in the eleventh hour. CW-1 recalled current members of the Operate team reaching out to him and other members of his team that had remained with the Company following their redundancies and asking for their research.

140.    CW-6 described discussions at the Company about Apple's privacy policy changes, and that those changes were a "huge deal" for the ads business because Unity would no longer be able to target users for advertising using IDFA information.  CW-6 stated that management presented Audience Pinpointer as the solution to that problem.

141.    CW-6 confirmed that he was aware of the problems on the ads side during his time as Senior Program Manager, Operate Services.  CW-6 explained that there was a "big discrepancy" between the Company's public statements regarding its expected ad revenues and the revenues which were actually brought in.  CW-6 learned of this discrepancy during regular "all-hands" video meetings for the Operate segment.  CW-6 noted that the problems with Audience Pinpointer were bought up more than once at meetings.  CW-6 recalled that the most in-depth discussions of the problem were in the summer of 2022, after a big dip in the Company's share price.

142.    CW-6 also recalled that the explanation for the Company's failure to meet the expected revenue targets in May 2022 was due to the Audience Pinpointer product failing to do its job properly, which caused revenue to drop.  CW-6 explained that information regarding revenues was presented by Unity's CFO, Luis Felipe Visoso.  CW-6 noted that there was a Q&A session at the end of each of these all-hands meetings, and that Ingrid Lestiyo, former Senior Vice President and General Manager of Operate Solutions, fielded the questions about the problems with Audience Pinpointer.  CW-6 reiterated his understanding that the revenue problems were due to Audience Pinpointer, which was presented as a solution to changes in Apple's IDFA policies, but it did not work properly.  CW-6 noted that the problems with Audience Pinpointer also were discussed with the whole company at Town Hall meetings.

143.    CW-6 noted that, despite the problems with Audience Pinpointer, senior leadership just kept giving itself raises and promotions, even as its products failed, while laying off employees who were not responsible for those failures.  CW-6 criticized the lack of accountability by senior management for the failures of Audience Pinpointer and related problems.

144.    CW-7 stated that he and his team learned of the Audience Pinpointer problems during a July or August 2022 Company-wide "town hall" meeting in which the Company's leadership described that there had been a problem with gathering and analyzing user data for tracking and monetizing advertising.  CW-7 recalled that the general tone of the town hall discussion was that the Company had made mistakes, but they were in the process of fixing them.  CW-7 added that former CEO John Riccitiello led this town hall meeting but that a female executive addressed the Audience Pinpointer problems.  CW-7's general understanding of the problem was that after Apple stopped providing personalized user data, the Company tried to use Audience Pinpointer to replace the data but the tool did not work the way it was supposed to in order to analyze personalized data to target ads.  CW-7 noted that the Company spent more time on this issue than on most topics addressed during town halls.  CW-7 recalled his reaction at the time was surprise that the people who were in charge, and responsible for the failure of the program, had not been terminated.

9. **Acquisition of ironSource and Sunsetting of Audience Pinpointer**

145.    CW-2 explained that following the Audience Pinpointer issues, the acquisition of ironSource was a "wag the dog" and a "bait and switch," stating that the Company purchased another ads business so that they could "sunset" or bury their screw-up product (Audience Pinpointer), rather than try to fix it and instead could rely on ironSource's ads products. According to CW-2, Unity wanted to be able to say the issues were addressed; it was all about getting the ads business back on track.

E.    **Unity's Class Period Acquisition Spree Covers Up Failing Ad Business Performance**

146.    During the Class Period, as the problems with Audience Pinpointer mounted, yet remained uncorrected, Unity was highly acquisitive, purchasing no fewer than seven entities and absorbing them into the Company.  This more than $2.1 billion spending spree masked the deteriorating state of affairs at Unity as the problems caused by Audience Pinpointer's failures and shortcomings grew in severity and cost.  In the midst of this highly acquisitive period, on Unity's November 9, 2021 earnings call, Defendant Visoso stated, "We do not see M&A as a strategy per se, but as a way to execute our business strategies."

1. **June 22, 2021: Unity Acquires PiXYZ**

147.    On June 22, 2021, Unity acquired Metaverse Technologies Limited ("PiXYZ"), an Ireland-based provider of software solutions for optimizing 3D data through its PiXYZ products. PiXYZ is part of Unity's Create suite of products.  Unity had originally formed a partnership with PiXYZ in 2018 to enable industrial and automotive designers to quickly import, prepare and optimize large computer-assisted design, mesh and point cloud models for real-time visualization in Unity.  Unity paid $45.7 million in cash for PiXYZ.

2. **July 22, 2021: Unity Acquires SpeedTree**

148.    On July 22, 2021, Unity announced its acquisition of Interactive Data Visualization, Inc. ("SpeedTree"), a provider of graphics tools for rendering 3D animated plants and trees, based in South Carolina and founded in 2000, and the creator of the popular SpeedTree environmental

46

creation suite. SpeedTree is part of Unity's Create suite of products. A review of publicly available records indicates that Unity did not disclose the price it paid to acquire SpeedTree.

### 3. August 12, 2021: Unity Acquires OTO

149. On August 12, 2021, Unity acquired OTO, an artificial intelligence-based provider of conversation intelligence services, founded in 2017 and based in New York. Unity purchased OTO's voice recognition technology, which is "able to detect a wider and more accurate range of disruptive behavior" in Unity games' voice chat. Unity integrated OTO into its pre-existing Vivox platform within the Operate segment at the Company. A review of publicly available records indicates that Unity did not disclose the terms of the deal to acquire OTO.

### 4. September 2021: Unity Acquires Parsec

150. In September 2021, Unity completed its acquisition of Parsec Cloud, Inc. ("Parsec"), a Utah-based provider of cloud gaming and remote working solutions founded in 2016, for approximately $333 million. Parsec designs and develops remote access streaming technology, including a proprietary desktop capturing application primarily used for playing games through video streaming.

### 5. November 30, 2021: Unity Acquires SyncSketch

151. On November 30, 2021, Unity acquired SyncSketch, a provider of services for a workflow management platform, based in California and founded in 2016. SyncSketch is a collaboration software for visual artists that allows a team to view, review, and provide feedback on each other's work. SyncSketch is part of Unity's Create segment. A review of publicly available records indicates that Unity did not disclose the terms of its deal for SyncSketch.

### 6. December 1, 2021: Unity Acquires Weta Digital

152. On December 1, 2021, Unity acquired Weta Digital, an established player in the visual effects space that had been in operation since 1993, with its headquarters in Wellington, New Zealand. Weta Digital is a visual effects studio for the media and entertainment industry. Unity acquired Weta's tools, pipeline, technology, and engineering talent for $1.625 billion in a combination of cash and stock. Weta has become part of Unity's Create segment.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 7.    January 24, 2022: Unity Acquires Ziva Dynamics

153.    On January 24, 2022, Unity announced that, in December 2021, it had acquired Ziva Dynamics ("Ziva"), a Vancouver, Canada-based provider of VFX animation software, founded in 2015.  Ziva is a part of Unity's Create segment.  Unity paid approximately $127.7 million in cash for Ziva.

### F.    ironSource Merger

154.    No later than February 2022, Unity reached out to ironSource, an Israeli advertising monetization technology company with products similar to Unity's Audience Pinpointer.  By that point, Unity was already experiencing almost-insurmountable technological problems with Pinpointer.

155.    In early March 2022, executives from Unity participated in additional meetings with executives from ironSource during which the details of a merger were further discussed. Indeed, according to documents filed in connection with the ironSource merger, in early March 2022, Defendant Lestiyo met with ironSource's co-founder, Chairman, and CEO, to discuss what the Registration Statements describe as "future opportunities of collaboration between the two companies." Later in March 2022, Lestiyo met with ironSource cofounder and Chief Revenue Officer, "to discuss a potential partnership between the two companies." Discussions between members of the two companies' management teams continued through late March and April 2022.

156.    On April 22, 2022, the parties "agreed that continued exploratory discussions regarding a potential business combination would be appropriate."

157.    Management-level discussions continued through the first weeks of May 2022. On May 17, 2022, Unity and ironSource entered into a mutual nondisclosure and confidentiality agreement. On May 19 and 20, 2022, the parties' management teams met in person at ironSource's headquarters in Tel Aviv for diligence meetings.

158.    On June 2, 2022, the Unity Board of Directors held a regularly scheduled Board meeting attended by the Company's outside lawyers. Unity's management team provided an overview of the potential ironSource transaction to the Board. Following that discussion, the Unity

Board approved resolutions authorizing the creation of a special committee and "vested it with the authority to review the potential business combination with ironSource and to consult with Unity's management team regarding the potential business combination."  Additional discussions and meetings with financial advisors, lawyers, senior management and directors of Unity, and its largest shareholders Sequoia and Silver Lake continued through June 2022.

159.    On July 13, 2022, Unity formally announced the $4.4 billion all-stock agreement to merge with ironSource. Upon completion of this deal, Unity's shareholders would own 73.5% of the combined company, with ironSource's shareholders owning the balance.[45]  The deal closed on or about November 7, 2022.

## V.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD

160.    Plaintiffs allege that the statements ***highlighted in bold and italics*** within this section were materially false and misleading because, among other reasons, they omitted to disclose material information of which Defendants were aware or were reckless in not knowing.  As alleged herein, such statements artificially inflated or artificially maintained the price of Unity securities and operated as a fraud or deceit on all persons and entities that purchased or otherwise acquired those securities during the Class Period. Because Defendants chose to speak on the issues described below, it was important that they not mislead investors or withhold material information. As described below, Defendants created an impression of a state of affairs at Unity that differed in a material way from the one that actually existed.

### A.    May 11, 2021: Q1 2021 Results

161.    The Class Period begins on May 11, 2021, when Unity issued a press release announcing the Company's Q1 2021 financial results which beat consensus estimates.

162.    That same day, after the market closed, Unity hosted an earnings call with investors and analysts to discuss the Company's Q1 2021 results (the "Q1 2021 Earnings Call"). Among

---

[45] According to the updated information in an Amended Registration Statement filed on September 8, 2022, upon consummation of the Merger, current Unity stockholders would own approximately 72.9% and former ironSource shareholders would own approximately 27.1% of the combined company, respectively.

others, Defendants Riccitiello and Visoso participated in the Q1 2021 Earnings Call. During the scripted portion of the Q1 2021 Earnings Call, Unity raised its revenue guidance for full year 2021 from $950 million - $970 million to $1.0 billion - $1.015 billion and stated, "In summary, we are encouraged by a strong start to the year with Q1 results above expectations. This strong start gives us confidence to raise our guidance for the year as we continue to lead the 2D to realtime 3D transformation. We're well positioned in the industry and continue to invest to capture new opportunities."

163.    During the Question & Answer (Q&A) portion of the Q1 2021 Earnings Call, Defendants Riccitiello and Visoso discussed Unity's Pinpointer product. Visoso said, "[Pinpointer] *which very importantly does not rely on IDFA, is working well*," while Riccitiello stated that Unity *"understand[s] the LTV of our customers*."

164.    Defendant Visoso also said that the Company was well prepared for Apple's privacy changes because the "team has been preparing for IDFA for at least the last 2 years. I was part of several of these conversations as a Board member before joining Unity, and I was always very impressed by the quality of the thinking. But now that I'm on the other side, I've been even more impressed and see the plans in detail." Visoso also represented that "*we work with every network and none of them are able to compete with Unity when it comes to . . . readiness and reactiveness [to the Apple changes]*."

165.    Defendant Visoso also touted Audience Pinpointer and Unity's ability to manage Apple's privacy changes stating, in relevant part:

> Our Operate organization captures and analyzes 50 billion in-app events each day. If you do the math, that' about 35 million in-app events every minute, and we do this across 20 platforms. This includes roughly 1 billion in-app events in iOS 14.5 each day. *We believe that the ability to analyze this data positions us very well in the industry*. So as we talk to the teams, there are probably 5 key takeaways that I would like to leave you with. First, spending on our platform is very strong.
>
> There is a shift towards ROI-based campaigns on our platform through Audience Pinpointer . . . when advertisers determine the outcome that they want from the campaign, and *we determine the right channels and price for them to achieve their KPIs.* So that's point number one.
>
> Point number two, our contextual model, which very importantly does not rely on IDFA, is working well. We need to perform for our customers even in a more

privacy-aware environment. Unity's game engine leadership is a strength, and it provides us with deep context for our ads business.

Third point, our scale and depth provides us access to a vast amount of end user engagement and platform performance data, which is the point I was mentioning earlier. It's about this 50 billion in-app events every day and across these 20 platforms.

**The fourth point, which is probably one of my favorites, is the customer feedback we're getting is very strong . . . .**

\* \* \*

So if I look at everything with this customer feedback, I'm fairly confident that we're in a very strong competitive position.

And the last point I wanted to make on this is we're raising our guidance by $50 million, and the driver of that increase is the Operate business. So, we have momentum. We beat Q1 expectations and are raising our forecast for the year. **So IDFA will most likely impact the ads industry, but we believe that our data and analytics advantage plus this advanced preparation that I was mentioning, position us very well to manage the IDFA.** And we'll obviously keep you informed as we learn more.

166.    During the Q&A portion of the Q1 2021 Earnings Call, Defendant Riccitiello stated, in relevant part:

We understand engagement, LTV, cost to acquire.  Literally, in every country in the world, minute to minute, **our data understanding is huge.**

\* \* \*

What we've done well in this market is take our data advantage to better understand and build a network around the optimization of LTV versus CAC. So, we understand the cost to acquire. **We understand the LTV of our customers**. We understand the interplay at a level of nuance, it really helps us do a better job for our customers, and that's what our network really is.

\* \* \*

Now to amplify on some of the data that Luis highlighted, we had 50 billion app events on over 20 platforms. **And that's the important reason why we're able to develop these deep insights into customer behavior. We work behind the scenes to recommend what would be interesting or new to an existing customer base on multiple factors. And that's the core tenet in how we built our marketplace for consumers to drive recommendations.**

167.    When asked a question about emerging competitive marketing or digital advertising marketplaces, Defendant Riccitiello responded:

It's on the basis of being competitive in the marketplace that we're going to succeed. When I was answering the last question I said, *we increase our take rate, by increasing the value we add. We're constantly focused on that.*

*Short term, we can always maybe eke out a few dollars by messing around with pricing or messing around with other things that are hard to lap. Value add is easy to scale. And that's what we're investing in. And I'm highly confident in our monetization platform as part of Operate is going to continue to win.*

168.    Analysts credited Defendants' representations that Unity would not be impacted negatively by the IDFA changes because they were so well-prepared.

(a)    For example, in a note published on May 12, 2021 titled "Impressive Start to 2021: Expected Positive Momentum Leads to Significant Guidance Raise," analysts at William Blair reported, "We believe the scale and depth of [Unity's MAUs] is unparalleled in the gaming industry . . . and presents an expanding competitive moat as Unity can more effectively generate value through outcome-based ad campaigns."

(b)    That same day, analysts at D.A. Davidson issued a report titled, "Beat & Raise Quarter; Recent Selloff Creates Buying Opportunity," and stated, "[Unity] is doing a good job at mitigating the impact from IDFA deprecation."

169.    Some analysts even upgraded their estimates and ratings for Unity based on the Company's May 11, 2021 statements about IDFA's lack of impact on the Company.

(a)    For example, on May 12, 2021, analysts at Piper Sandler published a note titled, "Solid Start to 2021 for Real-Time 3D Pioneer; IDFA Headwinds Less Than Feared," in which they said of Unity, "IDFA headwind less than feared, raising estimates."

(b)    Similarly, on May 14, 2021, Oppenheimer analysts published a note titled, "Upgrading U to Outperform; Good 1Q21 Results," in which they wrote, "IDFA headwind is expected to account for <3% of FY21E revenues, as Unity's contextual model is not reliant upon IDFA," and underlined upgraded their rating for Unity stock to Overperform from Perform.

170.    As a result of Defendants' misrepresentations and omissions, Unity's stock price was artificially inflated and/or artificially maintained.

171.    Defendants' statements, contained in ¶¶163-67, were materially false and misleading when made in that they failed to disclose the following adverse facts which were known to or recklessly disregarded by Defendants:

(a)    From the start of the Class Period, Audience Pinpointer had serious known technical flaws that the Company has now admitted greatly reduced (or eliminated) Unity's ability to accurately target users for ads within apps and games and which Defendant Riccitiello has admitted was a "revenue-expensive issue" for Unity;

(b)    Customers of all sizes, many of whom tracked revenue from their Unity ads in real-time, were complaining to Unity that its ad monetization tool (Audience Pinpointer) was not working and they were not getting an effective ROI;

(c)    Customers were reducing ad spending with Unity and some customers were leaving for other ad competitors including ironSource Ltd. ("ironSource") and Facebook;

(d)    The Company would be materially negatively affected by the serious and unaddressed Audience Pinpointer problems as ad spending was a major source of revenue for Unity; and

(e)    As a result, Unity's financial results would be significantly below expectations due to declining customer spend in the Operate Solutions segment.

**B.    August 10, 2021: Q2 2021 Results**

172.    On August 10, 2021, Unity issued a press release announcing the Company's Q2 2021 financial results. The press release stated, in relevant part:

> "We had another consecutive strong quarter, with revenue for the quarter at $273.6 million, up 48% year-on-year as we added new customers and expanded our business with existing customers," said Luis Visoso, Chief Financial Officer, Unity. "***While our strong performance is broad based, we are particularly proud of the performance from our Operate Solutions group that expanded market share in a tough environment***. Our strong performance gives us confidence to raise guidance for the year, again."

173.    That same day, after the market closed, Unity hosted an earnings call with investors and analysts to discuss the Company's Q2 2021 results (the "Q2 2021 Earnings Call"). Among

others, Defendants Riccitiello and Visoso participated in the Q2 2021 Earnings Call. During the

scripted portion of the Q2 2021 Earnings Call, Defendant Riccitiello stated, in relevant part:

> We generated strong growth across all our product lines and geographies with important growth in both Operate and Create. ***Within Operate, both monetization and Multiplay services posted strong growth…***

* * *

> Now let's turn our sight to the Operate business. If I had to distill the business challenge most game developers face every day, it's one equation. It would be how to ensure that . . . the cost of user acquisition is less than his or her lifetime value to the game.  That [ ] cost [has] got to be below LTV. This is not an easy equation to master.  ***Our operations solutions help developers solve this vision. We offer an end-to-end platform for content creators to deliver the best player experience and build robust and profitable businesses.  We provide a growing suite of services that content creators can use to acquire new users, optimize user engagement and LTV by our monetization platform***.

* * *

> ***Another critical part of this integrated system has been our ability to leverage contacts and data insights effectively through ML-driven optimization from a reach of 3.4 billion monthly active users as of June '21 and can deliver the best ROI for our customers***. This, combined with the tight linkage to our Create platform, have enabled us to gain share across these important markets.

174.     During his prepared remarks, CFO Visoso asserted that "***we were well prepared for the Apple's privacy changes.  And as a result of excellence in execution, we build market share this quarte***r" and "***[o]ur advanced analytics, context and insights are proving to be a competitive advantage.***"

175.     During the Q&A portion of the Q2 2021 Earnings Call, Defendant Riccitiello also touted the Company's ad monetization capabilities by asserting that Audience Pinpointer was "***proving to be a competitive advantage***" and that "***we apply advanced analytics and machine learning algorithms to create and manage a true ROI on behalf of our customers***."

176.     Riccitiello also stated, in relevant part:

> Our monetization is -- program is based on a deep, deep understanding of user-level LTV and engagement, and we succeed when we deliver superior ROI for customers. This means it's really about data.

> We leveraged 3 billion. You heard me announce earlier, it was 3.4 billion at the end of last quarter. 3 billion MAUs producing petabytes of data for Unity's SDKs and integration with our engine. ***And we apply advanced analytics and machine learning algorithms to create and manage a true ROI on behalf of our***

54

*customers. So what we're optimizing for is engagement in LTV, not spread. It's a really different business.*

Now there's more going on out there. It's complicated and really intermediate lately. It seems like the world may be moving into more of a closed and silent platform based on first-party data. Here, we have an advantage. We've got our own proprietary data. But I believe creators want options, so they can choose the tools, services and monetization partners that are best for them.

It's important to note that our monetization tools are open. We have over 50 partners at our unified [auction], and *we have the goal of maximizing revenue for publishers.* That's our North Star. And at Unity, we believe more choices are better than less, better than fewer. *And ultimately, if we optimize for the success of our creators, our publishers will be rewarded with their business growth.* We saw that this last quarter and the last several years. Our near- and long-term results have improved, but it's true so far, and we continue down that path.

*     *     *

*Now our view is advertisers, publishers are going to continue to spend as long as they're getting quality payers at a positive ROI, that's what we do. In fact, we've got tools like Audience Pinpointer that allows advertisers to find what ROAS they'd like to target or based on retention or IAP or ad revenues, so they can get a guaranteed return regardless of what's happening or changes in attribution. That's what we are delivering.* Our results reflect continued increase in ad spending on the Unity network, something we've been consistent with.

*     *     *

The harsh reality is when you change some of the monetization mechanisms that are out there, as IDFA did and as GDPR did before, it affects the relative fortunes who's at the top of the stack, who is second, who is third. *I am happy to say through this, whether it was GDPR or IDFA, we've anticipated well enough to be net winners in those equations.*

*     *     *

I think the longer term–– let me be really clear. I think the longer term for Unity is a bigger box than we're operating with in monetization. We're experimenting constantly. The–– we have a more data-centric play in advertising that all but a few of the players you learned to love and admire like a Google and a Facebook. *There are precious few companies anywhere with our sophistication around advertising and data. And those are skills that we want to apply more broadly and will.* But when you're posting 60% quarters, you're focused on the core, and tha''s what we're doing now outside of our business.

177.    During the Q&A portion of the Q2 2021 Earnings Call, Defendant Visoso stated, in relevant part:

And we talked about IDFA last quarter. And if you remember what I said back then is that we prepare for IDFA for over 2 years. And I also mentioned that our Operate organization captures and analyzes 50 billion in-app events each day.

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

And that's, whatever, 35 million every single minute. So tha''s pretty amazing. And we do that across these 20 platforms.

And I mentioned that our spending across our platform was really strong, and I expected some market growth. ***And really, the reason for that is our contextual models, which actually do not rely on IDFA, we're working very well.*** Our scale and depth provide us access to vast amounts of data, which is really based on end users' engagement and platform performance data. ***And the feed[back] that we were getting even back then was very strong from our customers.***

***Now I think some of our customers were saying things like, "Hey, we partner with every single network out there, and Unity's readiness and guidance are far above anybody else***. And that allowed us a quarter ago to raise our guidance by about $50 million.

And really, what we continue to see is exactly the same things as we saw last quarter, the same advantages. And as John mentioned, IDFA is clearly having an impact in the industry, but it's impacting different players in different way. Some of them are accelerating, some of them are decelerating. ***We are fortunate to be prepared and to have the data and all of this analytics, Audience Pinpointer being one at Q1 where we're actually accelerating. And that is, again, allowing us to raise our guidance by this $45 million that we talked earlier.***

So it's the same message that we talked, Matt, a quarter ago, we just continue to see it play out.  And it's – ***we're performing very strongly in this environment.***

178.    Defendant Visoso also stated: "While our strong performance is broad-based, ***we are particularly proud of the performance from our Operate Solutions group that expanded market share in a tough environment. Our strong performance gives us the confidence to raise guidance for the year, again***."

179.    Analysts reacted favorably to Unity's Q2 2021 results.  On August 10, 2021, Piper Sandler analysts published note titled, "'Howling at Nothing'; Share Gains Boost Operate Growth to 63%; Top 2H Idea," in which they raised their price target and revenue estimates for Unity because they "believe the company's ability to achieve durable gains despite the impact of IDFA, expanded footprint in a diverse set of digitizing industries, and continued Create & Operate strength warrant a premium valuation."

180.    The next day, August 11, 2021, analysts continued to praise Unity's ability to withstand the pressures of the IDFA changes and herald its prospects for success.

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

1          (a)     For example, analysts at Credit Suisse published a note titled, "Gaining Share

2    in the Operate Business," and said, "Unity is emerging as a net beneficiary of IDFA for now and

3    appears to be gaining market share."

4          (b)     In a noted titled "Gaining Share in the Midst of IDFA," analysts at Barclays

5    struck a similar tone and declared, "We think that Unity will likely stand to continue to benefit from

6    the changing advertising ecosystem due to being able to leverage data from 3B+ [Monthly Active

7    Users] using Unity developed apps to generate better ROI compared to its peers."

8          (c)     Likewise, analysts at D.A. Davidson published a note titled, "IDFA Who?

9    Unity Gains Share in Post-IDFA Era," and credited Unity's purported "several quarters of

10   preparation" as having "clearly bore fruit" and allowing "Unity [to] successfully navigat[e] the sea

11   of uncertainty in the market that was created by the privacy changes in iOS."

12         (d)     Analysts at William Blair published a note titled, "Blowout Quarter as

13   Business Momentum Continues; Conservative Guide Implies 45% Normalized Growth," and wrote,

14   "[M]anagement commentary suggested continued strength in its Operate segment, despite the recent

15   rollout of Apple's IDFA changes, which we believe highlights the value and differentiation of the

16   company's unique data asset and contextual focus… that is less reliant on device-level identifiers."

17         181.    As a result of Defendants' misrepresentations and omissions, Unity's stock price was

18   artificially inflated and/or artificially maintained.  Indeed, Defendants' statements drove the price of

19   Unity's shares up by 13.25 % percent, to close on August 11, 2021, the following trading day, at

20   $121.35 per share.

21         182.    Defendants' statements at ¶¶172-78 were materially false and/or misleading when

22   made for the reasons described in ¶171.

23         183.    In addition, Defendants knew or recklessly disregarded a drastic slowdown in

24   revenue growth within the Operate segment starting as early as July 2021, when quarter-over-

25   quarter revenue growth in Operate went from 25% to 1%. (¶¶237-38). This breakneck slowdown

26   continued throughout the rest of the Class Period. When Defendants started to see such an abrupt

27   slowdown in advertiser spending in mid-2021, they knew or recklessly disregarded the severity of

28

the Audience Pinpointer issues at that time.  At a minimum, they should have further investigated the problems with Unity's data which, according to former Unity employees, they did not.

### C.    November 9, 2021: Q3 2021 Results

184.    On November 9, 2021, Unity issued a press release announcing the Company's Q3 2021 financial results. In the press release, CFO Visoso, was quoted as saying: "We delivered another strong quarter in Q3 2021 with $286 million in revenue, continuing to add new customers and expanding our business within existing customers. The strong momentum gives us the confidence to raise our revenue growth guidance to 40% for the full year."

185.    That same day, after the market closed, Unity hosted an earnings call with investors and analysts to discuss the Company's Q3 2021 results (the "Q3 2021 Earnings Call"). Among others, Defendants Riccitiello and Visoso participated in the Q3 2021 Earnings Call.   During the Q&A portion of the Q3 2021 Earnings Call, Defendant Riccitiello stated, in relevant part:

> So on the Operate side and particularly monetization, I'd be remiss if I didn't point out that outside of monetization, the rest of our Operate stack is working extremely well. ***So it's across-the-board right, inside of our Operate portfolio. So we're gaining scale everywhere.*** So we feel really good about our business there.
>
> But specifically to Operate, I think topical right now and challenging for investors is you see a lot of quarterly results and some companies pop up as a winner and some companies haven't popped up as a winner post the roll-through of the IDFA changes introduced by Apple. ***Something I've been saying for a very long time is that Unity benefits from a very unique data set, driven by over 3 billion people, MAUs in our analytics platform and hundreds of millions on our IAP platform***.
>
> So I'm going to introduce something that I think probably most of you think is pretty obvious, but I'm going to emphasize it again. ***Most ad networks, their business is based on the identity, the specific identity of the user interacting with the application. Ours is not, ours is based on understanding contextually where they are and what they're doing and what they've done before and what they're going to do next using predictive models based on AI on the 50 billion-plus data events we adjust per day***.
>
> ***And as we intimated in the call nearly a year ago when we were talking about the early innings of IDFA, we felt that, that would lead to a relative competitive advantage for us, as one advantage for the alternative way of driving modernization became weaker, relatively weaker. And that's exactly what's happened.***
>
> So I would argue that the puts and takes, it comes down to a really simple thesis. ***Ours is a better way to monetize even absent the changes that were introduced by Apple with IDFA and choice are on privacy.  And on a relative basis, we***

58

1   *gained advantage to all those who use identity, individual identity, they know*
2   *you and your brother, whose birthday it is that became relatively weaker, and*
    *we became relatively stronger and we have the single largest data insight based*
3   *on the largest MAU count for anybody in our world.*  And more or less it played
    out to a script almost exactly as we'd hoped, but better than we were willing to
4   forecast given how cloudy it was a year ago.

5       186.    As during prior quarters, market analysts believed Defendants' representations about

6   the strength of Unity's business and repeated them to the market the next day, on November 10,

7   2021. For example:

8           (a)     Analysts at Macquarie Research published a note titled, "Enabling the

9   Metaverse," in which they wrote, 'IDFA changes had no negative impact given Unity's use of

10  contextual, not ID-based targeting; in fact59gmt.t. said the impact was even better than hoped."

11          (b)     Similarly, analysts at Morgan Stanley published a noted titled, "Enter the

12  Weta-verse," in which they said, "Operate revenue [] came in 8% ahead and, consistent with our

13  expectations, continues to show a net benefit from the IDFA privacy changes."

14          (c)     In a report titled, "Tapping Into The Artist Ecosystem," analysts at Barclays

15  reported that: "Unity continues to show strength within its Operate segment post IDFA as it

16  structurally benefits from its data advantage with its 3B+ MAUs using Unity-made apps and

17  hundreds of millions within its IAP platform compared to its peers."

18          (d)     Analysts at Piper Sandler published a note titled, "All About Weta, Not Meta;

19  Create Segment Reaccelerates; Raising PT to $180," in which, despite "IDFA uncertainty," they

20  declared, "[t]he verdict is clear that U has emerged as a share gain beneficiary, which increases our

21  confidence in the durability of Operate growth prospects."

22      187.    As a result of Defendants' misrepresentations and omissions, Unity's stock price was

23  artificially inflated and/or artificially maintained.  Indeed, Defendants' statements drove the price of

24  Unity's shares up by approximately 3% percent, to close on November 10, 2021, the following

25  trading day, at $176.45 per share.

26      188.    Defendants' statements at ¶185 were materially false and/or misleading when made

27  for the reasons described in ¶¶171, 183.

28

59

**D.    February 3, 2022: Q4 and FY 2021 Results**

189.    On February 3, 2022, Unity issued a press release announcing the Company's Q4 and full year 2021 financial results. In the press release, CFO Visoso, was quoted as saying: "We are encouraged by our performance in 2021 with strong results across Create and Operate Solutions. . . *The business momentum coupled with the quality of our innovation plans gives us confidence to guide to a revenue growth range of 34% to 36% in 2022 as we continue to improve margins*."

190.    That same day, after the market closed, Unity hosted an earnings call with investors and analysts to discuss the Company's Q4 2021 and full-year 2021 results (the "Q4 2021 Earnings Call"). Among others, Defendants Riccitiello, Visoso, and Lestiyo participated in the Q4 2021 Earnings Call. During the scripted portion of the Q4 2021 Earnings Call, Defendant Riccitiello stated, in relevant part:

> Unity is an innovation machine. Monetization is a great example. We entered this business in 2014 and have not stopped innovating ever since. We hire the best and brightest product leaders, engineers, data scientists and focus on improving player experience. *We operate with the developer's interest in mind and ensure our products contribute to the long-term success.*
>
> *    *    *
>
> Now I'm proud of what we've achieved so far at Unity and I'm excited about the future that we can and will create. We are executing with excellence in a large and growing market that we are strategically expanding through internal innovation and acquisition. *We have a defensible platform that adds significant value to our customers and keeps on getting better.*

191.    During his prepared remarks, Defendant Visoso stated, in relevant part:

> Operate had a terrific year. We're passionate about partnering with our customers from the 2-person development team who pursue their passion of making games to the large game publishers with millions of players who need to constantly innovate to stay competitive and keep their players engaged…*We also saw strong performance from our sophisticated analytics tools and products such as Audience Pinpointer that deliver strong return on investment to our customers without manual guesswork.*
>
> *To win in a highly competitive market, we're constantly innovating, optimizing our machine learning models, improving our campaign and performance models and generating actionable insights for our customers' campaigns and enabling them to make informed decisions. As a result, we estimate that our monetization business has been over each of the last 5 years, including 2021, consistently growing about twice as fast as the market.*
>
> *    *    *

I also want to call out Unity Mediation, which we launched last quarter. Our offering includes waterfall and bidding to help developers build strong revenue streams by easily optimizing demand from their best-performing ad formats and network partners within the same editor and interface they build and manage their game experience. We're seeing strong initial traction in the market in the short period of time since launch, including some of our top -- including some of the top publishers.

192.    During the Q&A portion of the Q4 2021 Earnings Call, Defendant Riccitiello stated, in relevant part:

The second part of it, and the analogy is a little bit more stretched here, if I want to think about it as a steam engine, but every one of these websites needs an engine. ***An engine for monetization, for analytics, for streaming, for the build process. That's what our Operate team does. And so we're not necessarily out there with picks and shovels looking for nuggets of gold, we are serving the entire collection of multiple industry companies that are building and deploying products both to create those products and to help those products operate. We generate money in both ways.***

193.    During the Q&A portion of the Q4 2021 Earnings Call, Defendant Lestiyo stated, in relevant part:

So our contextual approach provides numerous advantages. Even the largest game companies out there have a few hundred million DAUs or so. We reached more than 3 billion devices. And unlike any other ad tech companies, the majority of mobile games out there are made with Unity, using our engine and our game services, that's not quite the same as an ad tech company claiming a 3 billion reach. ***We have deep, deep context about game play, what the players like to play, when and how they play the game. And in gaming, that has proven to be the most relevant data for advertising. And it's going to take quite a while for anyone even to get to 1/4 of the context we bring to our developer audiences every day***.

\* \* \*

***All of those experience will need monetization, and that requires, obviously, some intelligence and data to be able to serve the most relevant monetization solution.*** And engagement, whatever -- whoever is the creator of that experience would need to engage with their users and they want to run engagement campaigns, et cetera, that requires a similar set of data that we use today to make sure that our developers are successful in running their games.

194.    Analysts again credited Defendants' representations that Unity was thriving and built to continue growing in the post-IDFA world because of how it collected and used data differently from its competitors.  For example:

(a)    On February 4, 2022, Barclays analysts published a note titled, "Firing On All Cylinders," in which they said, "Unity continues to gain share within its Operate segment post

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

1    IDFA as it structurally benefits from its data advantage with its 3B+ MAUs using Unity-made apps

2    and believes it will take years for its competitors to even reach 25% of its contextual knowledge."

3              (b)    Analysts at Morgan Stanley invoked the same "tailwind" notions in a note

4    titled, "Creating An Engine for Growth," in which they wrote, "[W]e view the continued IDFA-

5    related challenges for larger ad networks as a sustainable tailwind for U[nity] to retain the

6    incremental ad dollars it attracted in '21."

7              (c)    That same day, BTIG analysts declared in a report titled, "Create/Operate

8    Well Positioned with an Increasing Array of Tailwinds" that "IDFA remains a tailwind with budget

9    share shifting to Unity."

10             (d)    Similarly, analysts at D.A. Davidson published a note titled, "Meta's Woes

11   are Its Own; Unity Gains Share," and stated, "[W]e view Unity as a net winner in this post IDFA

12   era . . . [W]e believe Unity is likely to outperform for many years."

13             (e)    Analysts at William Blair also heralded Unity's supposed advantages in a

14   note titled, "Impressive End to Calendar 2021; Above-Consensus Guide Highlights Sustainable

15   Momentum," in which they wrote, "With the industry's most refined data set on more than 3.5

16   billion monthly active users, we believe this unparalleled reach and contextual insights have

17   allowed Unity to efficiently navigate the recent iOS changes due to minimal reliance on end-user

18   profiling."

19             (f)    In a note titled, "Step Aside Facebook, There Is a New Ad Sheriff in Town,"

20   Wedbush analysts explained, "We expect Unity to deliver significant top-line growth for several

21   years."  The Wedbush analysts continued, "We believe many investors expected weakness in

22   Operate, which primarily consists of ad delivery for mobile games, as investors wrongly assumed

23   that Apple's IDFA/ATT changes would hurt Unity's ad delivery business."  The Wedbush analysts

24   also declared that "[I]t is now clear that Apple's privacy changes made in-game advertising a *more*

25   attractive option… We expect this phenomenon to persist for the foreseeable future… Unity is in

26   the early innings of its growth."

27

28

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

195.    As a result of Defendants' misrepresentations and omissions, Unity's stock price was artificially inflated and/or artificially maintained.  Indeed, Defendants' statements drove the price of Unity's shares up by 17.4 % percent, to close on February 4, 2022, the following trading day, at $108.66 per share.

196.    Defendants' statements, at ¶¶190-93, were materially false and/or misleading when made for the reasons described in ¶¶171, 183.

### E.    February 22, 2022: Unity's 2021 10-K

197.    On February 22, 2022, Unity filed its 2021 Annual Report on Form 10-K with the SEC, reporting the Company's financial and operating results for the year ended December 31, 2021 (the "2021 10-K"). The 2021 10-K contained the following descriptions of the Company's business, solutions, competitive strengths, and user acquisition and monetization:

198.    In discussing the Company's user acquisition and monetization, the 2021 10-K stated, in relevant part:

> Our user acquisition products enable advertisers to efficiently acquire new end-users at scale. Our focus and strength are in pay-for-performance end-user acquisition, where advertisers pay us based on a tangible outcome or set goal, such as number of installs, rather than on a cost-per-impression basis. As a result, a large number of our advertisers have open spending limits with us as ***they can clearly measure the positive return on their spend***.

199.    The 2021 10-K also claimed that Unity's "***algorithm maximizes reach and identifies the audience with the highest propensity to install***" and that the Company's "***algorithm dynamically adjusts the cost per installed based on the likelihood of customer retention over 7-day, 14-day and other retention periods . . . minimize[ing] the risk that our customers will spend to acquire end-users that are unlikely to yield attractive returns, including those that churn out almost immediately***."

200.    With regard to "respecting stricter privacy elections," the 2021 10-K stated that "***the depth and breadth of our in-game data***" enabled Unity to "***deliver highly relevant adverting***" because its "Contextual Advertising" (i.e. Audience Pinpointer) is "***designed for cases in which our customers or their end-users opt-out of personalization within apps***."

201.    Regarding Unity Ads and Unified Auction specifically, the 2021 10-K stated:

*[Unity Ads] enables developers to seek the highest value for each impression of their inventory, through our Unified Auction*, from a broad range of advertisers including direct Unity customers as well as demand-side platforms, or DSPs. *Each time an event is triggered within our customer's application, our auction determines the best advertisement to show the end user.* Customers can access Unity Ads through a software development kit that enables ad delivery, rendering, and transactions.

202.    The 2021 10-K claimed that "***Our Operate Solutions offer customers the ability to grow and engage their end-user base, as well as run and monetize their content with the goal of optimizing end-user acquisition and operational costs, while increasing the lifetime value of their end users***."

203.    Appended to the 2021 10-K as an exhibit was a signed certification pursuant to SOX by Defendants Riccitiello and Visoso, attesting that the "information contained in [the 2021 10-K] fairly presents, in all material respects, the financial condition and results of operations of Unity Software Inc."

204.    As a result of Defendants' misrepresentations and omissions, Unity's stock price was artificially inflated and/or artificially maintained.

205.    Defendants' statements, at ¶¶198-202, were materially false and/or misleading when made for the reasons described in ¶¶171, 183.

## VI.    THE TRUTH EMERGES: MAY 10, 2022

206.    On May 10, 2022, after the market closed, Unity issued a press release announcing the Company's Q1 2022 financial results. Unity reported revenue of $320.1 million, missing analysts' consensus estimate of $321.5 million. Defendants also reduced Q2 2022 guidance to between $290 and $295 million, almost 20 percent below the consensus estimates of $361 million. The Company also lowered its full-year 2022 revenue guidance to a range of $1.35 and $1.425 billion from its earlier estimate of $1.50 billion. The press release stated, in relevant part: "Unity delivered record quarterly revenue in the first quarter of 2022, the highest in the company's history, up 36% compared with the first quarter of 2021, with Create over-performing at 65% year-on-year growth, **offset by slower growth in Operate**," said John Riccitiello, President and Chief Executive

Officer, Unity. "We remain focused on the massive opportunity we see in front of us long-term. **Short-term, we are laser-focused on accelerating growth in Operate**."[46]

207.    That same day, Unity hosted an earnings call with investors and analysts to discuss the Q1 2022 results (the "Q1 2022 Earnings Call"). On the Company's Q1 2022 Earnings Call, Defendant Riccitiello disclosed for the first time:

> Our report today is a tale of two cities; **first, we experienced challenges in monetization that negatively affected revenue in February and March, and more persists through the third quarter with minimal impact on the fourth**. Second, we continue to perform very well in Create both with our gaming customers and with our non-game digital twins business where we saw meaningful growth, a trend we expect to continue.
>
> For the total company, revenue of $320 million was up 36% from a year earlier and came in at the top end of our guidance range. Upside with the forecast in Create was **offset by challenges in Operate's monetization business**. Non-GAAP operating margin of minus 7.2% improved 280 basis points from the first quarter of last year as we continued to invest in innovation to capture the very large opportunity in front of us, while improving non-GAAP operating margins.
>
> I'd like to address our Operate business first. **Operate started the year strong in January, but then significantly slowed down in February and March**. This resulted in first quarter revenue of $184 million, an increase of 26% year-on-year. While there are external factors to consider, **the Operate challenge is mostly caused by internal factors in Unity monetization in an otherwise healthy market. We see these challenges as temporary and not structural and do not expect them to impact future prospects of our business beyond 2022**.
>
> The most succinct framing for the challenges we are facing is that we built more for growth and less for resiliency. **Following years of rapid growth and working through the challenges of Apple's privacy changes, we got hit hard by two issues. The first was a fault in our platform that resulted in reduced accuracy for our Audience Pinpointer tool, a revenue expensive issue given that our Pinpointer tool experienced significant growth post the IDFA changes**.
>
> **The second is that we lost the value of a portion of our data[,] training data due in part to us ingesting bad data from a large customer. We estimate the impact to our business of approximately $110 million in 2022 with no carryover impact to 2023. Luis will provide a more granular update to our guidance in a few minutes**.
>
> **Here, I will provide a deeper explanation of the specific revenue impacts. First, we have a direct near-term impact resulting from the 2 issues I just mentioned, affecting the first and second quarters**. Second, we expect the recovery to go through steps in sequence, data rebuilding, model training and improvement, and then revenue recovery as our customers scale up further on

---

[46] Text that is **bolded and underlined** indicates the partial revelation of the truth or the materialization of previously undisclosed risks.

65

Unity Monetization. And third, **as a consequence of reprioritizing work in our teams to thoroughly address the resiliency and data training issues, we delayed the launch of certain revenue-driving features such as mediation, header bidding and new releases for Audience Pinpointer versus our original plan**.

We understand the problems, and we are well advanced in addressing them. We are deploying monitoring, alerting and recovery systems and processes to promptly mitigate future complex data issues. We are strengthening and innovating our Audience Pinpointer product, and we are already scaling Unity Mediation. Once done, we should be ahead of where we were at our very best.

We have the right strategy to address today's challenges, and we have the right talent that has overcome many challenges in the past and come out ahead. We are on it.

208.    In clarifying the severity of the Audience Pinpointer malfunctions and how the Company became aware of the issues, CEO Riccitiello admitted that:

We spent a fairly substantial amount of time, as you might imagine, understanding exactly what happened. We've got deep insights into each of the component parts. And it gets divided over correcting problems that we're in the process of completing. So we're well through a fair amount of the work it takes to address the problems we've outlined . . .And so the corrections are like the inverse of a performance enhancement, and we still have the feature map that we've always had. And so it's really just drilling down and doing what we've always done for our forecasting. But this time around, if you will, it's almost like a feature to correct the problem because it has the same impact.

\* \* \*

**[O]ne of the early signals we saw was we saw less revenue. And so they're spending less because they're getting less performance out of our Audience Pinpointer** . . .and I saw a multivariant analysis showing each individual component part, and that was driven in part by some of the data issues we talked about… Those same advertisers, when they start to see the performance that we know we can drive as new data fills in and we train those models, it's a straightforward process of bringing them back up into their share of wallet.

209.    In response to a question on the impact of the Audience Pinpointer challenges, Defendant Lestiyo, Senior VP & GM of Unity Operate Solutions added:

**[T]he whole impact is not because of this 1 data from the customer. There were several factors that was outlined. The first was a fault in our platform that resulted in reduced accuracy for our Audience Pinpointer tool. As we grew significantly last year in Audience Pinpointer, as John mentioned, we paid more attention for growth and new features versus resiliency. So this was an expensive issue given that Pinpointer is a big component of our business post Apple's privacy changes…So the first component that I just mentioned is -- I wouldn't say is a – it's a combination of different things that reduced the accuracy for our Audience Pinpointer. And the second factor that we experienced with several incidents that impacted our data set, that is**

66

**an input to our machine learning model training for Audience Pinpointer.**
**And one specific example of that -- exactly, is that we set a large amount of**
**that data from a customer**.

\* \* \*

[W]e have some challenges and issues as a result of these temporary technology
issues and reduction in data.

210.    Defendant Visoso also acknowledged that Q1 2022 revenues were negatively
affected by the Pinpointer issues: "the impact to March was larger, so you'll see a partial impact in
Q1."

211.    In terms of remediation, Defendant Lestiyo outlined Unity efforts to rebuild its data
sets and to retrain existing algorithms to correct ad performance deterioration.

The recovery will go through several steps. The first is data rebuilding. The
second is model training, and this is an iterative process. And as we train the
model more, the performance will improve. And the third is then as the customer
experiences these improvements, they will increase their spending and
monetization with us, and that's when we will see the impact on our revenue.

212.    On May 11, 2022, multiple analysts responded to this news with shock and disbelief,
as many reacted by cutting their one-year price targets on Unity.  For example:

(a)    In a note titled, "Unforced Errors Hurt 2022 Outlook, Lowering PT to $54,"
analysts at Oppenheimer slashed their price target for Unity stock from $135 to $54 per share – a
decrease of 60% – and cited the Company's "unforced errors" in Pinpointer as the reason.

(b)    Likewise, analysts at Wedbush published a note titled, "Houston, We Have a
(Solved) Problem; PT to $70," in which they dramatically cut their price target for Unity stock 44%
from $125 to $70 per share due to the "self-inflicted wound" causing "unacceptable error levels"
with Audience Pinpointer.

(c)    Barclays issued a report on Unity titled "Not Operating Properly in FY22,"
which reported that Unity's second quarter revenue guidance "came in 19% below Street . . . due to
issues internally within the Operate segment… As a result, FY22 guidance was lowered by over
$100mn."  In their note, Barclays analysts specifically cited the "two main issues" for Unity's ad
business model as: "1) its Audience Pinpointer tool seeing reduced accuracy due to erroneously
losing a subset of data, 2) ingesting bad data from one of its large customers."  The Barclays note

67

concluded by highlighting "issues around the accuracy of the Audience Pinpointer tool" as among "Negative Items To Monitor" at Unity.

> (d)    BTIG issued an analyst report on Unity titled, "Monetization Surprise Weighs on Guide; PT to $110 from $145," which deemed the "headline" of Unity's second quarter 2022 earnings announcement as "a substantial negative surprise on forward guidance, due to Operate." The BTIG analysts noted that the "data and algos" issue Unity revealed "will take time to address."

> (e)    Analysts at Piper Sandler reacted negatively to the news of problems at Unity's Operate segment, slashing their price target 62% for Unity's stock in a note titled, "Lowering Estimates, PT to $55; Data Pothole Pressures Gaming Advertising." In their note, the Piper Sandler analysts noted that Audience Pinpointer "contributed to healthy game advertising share gains post IDFA" but that "share gains are poised to reverse in 2022 after the Pinpointer algorithms have become less effective after data corruption and calculation errors that are just now being fixed."

213.    On May 11, 2022, Macquarie Capital issued a research report on Unity titled "Unity Software – Not the kind of miss we were worried about," which reported:

Bad data

- Unity reported a Q1 miss and lowered guidance due to 2 wholly unexpected issues that we think are company specific. One was a platform error that led to a zeroing out of data, affecting its Pinpointer user acquisition tool for app developers; the 2nd was bad data ingested through an API feed from a game-developer customer. **Both were noticed in February, when their cumulative effect over the prior several weeks on Unity's machine learning for ad placements led to deteriorated effectiveness.** Because of these, Unity also delayed the launch of its ad mediation and header bidding tools, which were important elements of its near-term growth.

Response

- Unity took remedial action to eliminate the source of the problems so that the engineering error causing the data loss was corrected and the intake of corrupted customer data would no longer occur. While both issues have now been resolved, Unity is now undergoing an iterative process to re-train its ML models to regain previous levels. **Mgmt noted that, given the breadth of gaming apps it serves, it is not a matter of customer loss, but customers will need to see ROI metrics return to prior levels as the processes improve.**

- This will take 6 months or so; hence, mgmt. estimates $110m of further lost sales in 2022, with 60% in Q2, 30% in Q3, and 10% in Q4. As a result, mgmt. reduced revenue guidance at the midpoint from $1.5bn to $1.39bn and adj. OI guidance from $(40m) to $(68m). To help offset this, Unity also announced a new cost reduction initiative expected to save $100m in annual costs beginning in 2H'22.

214.    In reaction to Unity's shocking announcement of its unexpected, self-inflicted wound with the ineffectiveness of its highly touted IDFA-difference maker, Audience Pinpointer, Unity's stock price plunged $17.83 per share, or approximately 37%, from $48.13 per share at the market's close on May 10, 2022, to $30.30 per share at the market's close on May 11, 2022 on usually high trading volume.

215.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiffs and other Class members have suffered significant losses and damages.

## VII.    POST-CLASS PERIOD EVENTS

### A.    July 13, 2022: ironSource Merger Announced

216.    On July 13, 2022, the $4.4 billion all-stock merger agreement with ironSource was announced. Upon completion of this deal, Unity's shareholders would own 73.5% of the combined company, with ironSource's shareholders owning the balance.  This deal was subject to a shareholder vote at ironSource and Unity and was expected to close during Q4 2022.[47]

---

[47] Unity also announced it would buy back as much as $2.5 billion of its own shares in the 24 months after the ironSource merger closed. Its two largest investors, Silver Lake and Sequoia, also agreed to invest a combined $1 billion in convertible notes in Unity at the close of the merger.

69

217.    Some analysts viewed the merger as a remedial measure to improve Unity's ad targeting capabilities that were negatively impacted by the Apple privacy changes.  For example, on July 15, 2022, Eileen Segall, a Bloomberg analyst, noted that "IronSource may improve Unity's capabilities in advertising technology — a bigger contributor to revenue than the core tools-subscriptions business . . . amid pressure on walled gardens due to Apple's recent changes to Identifier for Advertisers, which give advertisers fewer signals for targeting."[48]

218.    Benchmark analyst Michael Hickey took a more skeptical view, calling the merger a "classic coverup deal" whereby Unity "acquire[s] a company that does much of the same thing and change[s] the narrative."

219.    At the same time this deal was announced, Unity lowered its 2022 revenue guidance to a range of $1.300 to $1.350 billion from $1.350 to $1.425 billion, due in part to the "competitive dynamic with [Unity's] monetization business."

220.    CEO Riccitiello was cited in an interview as conceding the two companies have "some overlap," citing the two companies' ad networks and ability to "collect a lot of data." However, Riccitiello says it would "take years" for Unity to internally build parts of IronSource's ad technology, which gives game developers tools to find customers, make their games stickier, and earn money faster.

221.    On this news, Unity stock dropped 17.5% to close at $32.82 per share on July 13, 2022.

222.    The ironSource merger, which ultimately closed in November 2022, announced on the heels of a massive decline in quarter-over-quarter revenue growth in Unity's Operate Segment, and the Company's inability to fix the algorithms used for Audience Pinpointer, suggests that Pinpointer had such serious problems that Unity had to resort to an expensive acquisition because it could not make Pinpointer work correctly.

---

[48] Vainavi Mahendra, *Unity to buy ironSource in $4.4 billion deal for ad tech,* msn.com (July 15, 2022), https://www.msn.com/en-in/money/topstories/unity-to-buy-ironsource-in-2444-billion-deal-for-ad-tech/ar-AAZBfbO#:~:text=%E2%80%9CBuying%20IronSource%20may%20improve%20Unity%E2%80%99s%20capabilities%20in%20advertising,Bloomberg%20Intelligence%20analyst%2C%20wrote%20in%20a%20research%20note.

**B.**    **After the Disclosure of the True State of Unity's Monetization Ad Business, Defendant Riccitiello Adds Insult to Injury by Disparaging Game Developers Who Don't Try to Monetize Their Videogames with Tools from Companies Such as Unity**

223.    On July 13, 2022, in an interview with PocketGamer.biz, Defendant Riccitiello shocked the videogame world when he called videogame developers who resist monetization efforts "some of the biggest fucking idiots[,]" because, in his opinion, an ill-considered payment model can tank what would otherwise be a successful game.  According to media reports, Riccitiello's words sparked almost immediate backlash, particularly from the gaming development community.

**C.**    **August 9, 2022: Q2 2022 Results**

224.    On August 9, 2022, Unity released its Q2 2022 results for the quarter ended June 30, 2022.  Its quarterly revenue of $297.0 million missed analysts' expectation of $298.3 million. Within these results, its Operate segment revenues declined to $158.5 million for the quarter, a 14% decrease from Q1 2022.  Unity also guided Q3 2022 revenues in the range of $315 to $335 million, short of the $340.8 analysts' expectation. The 14% drop in Operate revenues in Q2 2022, and lowered Q3 2022 guidance, were both due, in part, to lingering Audience Pinpointer accuracy issues and "the complexity of accurately forecasting the timing of the changes in trajectory of the monetization business."

225.    On the related Q2 2022 Earnings Call, Defendant Lestiyo stated, in relevant part:

Last quarter, in addition to external factors, such as the competitive landscape, we identified 2 separate yet interrelated issues that impacted our monetization business. One data quality issue and the other, our audience pinpoint products accuracy.

Starting with the data quality issue, this 1 is behind us. We have removed the bad data that was inadvertently ingested from interacting with any of our models. Furthermore, we have fortified our monitoring capabilities and observability for our machine learning models to mitigate these rare types of events, should they occur again in the future.

In this process, we also improved our data incident response time to address issues more comprehensively and promptly. We have added significant investment in our audience product, innovating on our models and customer experience to address our past scaling challenges. As a result, we have seen performance and accuracy improvements at scale, particularly in our contextual product, that is most meaningful for our customers impacted by privacy changes… We remain confident in the long-term outlook for monetization in games. In fact, we are not shying away from making bold moves during this time.

71

We seized an opportunity and announced our intention to merge with ironSource to leapfrog our road map and accelerate value creation for our customers, Unity and our shareholders, which John will touch upon in a moment.

226.    Defendant Riccitiello discussed the Company's significant ongoing investments to address Pinpointer's targeting capabilities, including assembling eight (8) different task forces to fix these issues. Specifically, Riccitiello stated:

Now in terms of the issues around our own platform, at a very high level, I can tell you one of the things Ingrid did, and I'm really proud of the work that she had our team have pulled together here.

They pulled together 8 task teams. It literally worked 7-day weeks on everything from resiliency and redundancy to the data side, to the engineering issues we wanted to focus on to the new products and features. It has been a magnificent effort on their part. And what they've been able to show me is really strong KPIs around some things that are pre-revenue, but you need accuracy around pinpoint or for the revenue to ultimately grow.

And I'm going to let her expand on that, but it's tough coming from a period where we've had some misses, but it's great to see the team rebound top of their game and really start to execute, which is what I'm saying from my vantage point.

\* \* \*

We're measuring a lot of things we didn't use to measure and we built redundancy and resiliency around it. I see data sets that I wasn't saying around data accuracy in a variety of things that give us an early warning for things that we would otherwise want to deal with. No data-driven business is without errors. And now we're in a position to catch them fast and fix them as we go along and not suffer the kinds of challenges we had earlier in the year.

227.    Adding to Defendant Riccitiello's comments about the Audience Pinpointer remediation efforts, Defendant Lestiyo stated:

On our part, just to build on what John said about the task forces, we've added significant investment in audience pin pointer. And across the board, One of the things just connecting your macro question to this is that constraint drives focus and the best innovation.

So during this time, we've become really disciplined in our resources, we've doubled down on those ad products and services that drive the most value to our customers and Unity. And without the luxury of excess spend, this is really an exercise to drive performance with less for our customers such as finding more installs with fewer dollars, right?

So this means that we need to innovate and find new ways to increase the velocity of our model development, for example, pushing the boundaries of machine learning, digging into every part of our system optimization opportunities and making sure that our systems are all resilient to anticipate further incidents that happens. And we really expect all of these actions to provide resiliency both in

72

1    the systems as well as performance in the current challenging environment. So we
2    expect to emerge – our goal is to emerge on the other side with our products
     stronger than ever that enables us to best capture the market opportunity in hand.

3                                           *   *   *

4    It's hard to kind of divide up like what component is attributed to macro versus
5    audience pinpointer and data issues. But absolutely, I think that the – obviously,
     the data issues and audience report at the beginning of the year, impacted our
6    performance. But now we're at a place where the data incidents are fixed and
     behind us and the audience product is strengthened day by day. So right now,
7    we're seeing kind of a slower uptick in advertiser spend just because they're more
     judicious due to the macroeconomic factors.

8          228.    On October 9, 2023, Unity announced that Defendant Riccitiello would retire,

9    effective immediately, despite the fact that the Company had not yet hired or appointed a permanent

10   replacement CEO.  James Whitehurst, advisor to Defendant Silver Lake, was appointed as interim

11   CEO, president, and board member.

12         229.    In December 2023, Defendant Lestiyo left Unity, after being removed from the

13   Company's ranks of "executive officer" on year earlier, according a December 1, 2022 Form 8-K

14   Unity filed with the SEC.

15   **VIII.   ADDITIONAL EVIDENCE OF SCIENTER**

16         230.    As alleged herein, Defendants acted with scienter throughout the Class Period, in

17   that Defendants knew, or recklessly disregarded, that the public documents and statements issued or

18   disseminated in the name of the Company, or in their own name, were materially false and

19   misleading; knew or recklessly disregarded that such statements or documents would be issued or

20   disseminated to the investing public; and knowingly and substantially participated or acquiesced in

21   the issuance or dissemination of such statements or documents as primary violations of the federal

22   securities laws. Defendants, by virtue of their receipt or access to information reflecting the true

23   facts regarding Unity, their control over, or receipt, or modification of Unity's allegedly materially

24   misleading misstatements, were active and culpable participants in the fraudulent scheme alleged

25   herein.

26         231.    Defendants knew or recklessly disregarded the false and misleading nature of the

27   information which they caused to be disseminated to the investing public. The ongoing fraudulent

28

1  scheme described herein could not have been perpetrated during the Class Period without the

2  knowledge and complicity, or at least, the reckless disregard, of Unity personnel at the highest

3  levels of the Company.

4       232.  The Individual Defendants permitted Unity to release these false and misleading

5  statements and failed to file the necessary corrective disclosures, which artificially inflated or

6  artificially maintained the price of the Company's securities.

7       233.  As set forth herein, the Individual Defendants, by virtue of their receipt of

8  information reflecting the true facts regarding Unity, their control over, receipt, and/or modification

9  of Unity's allegedly materially misleading statements and omissions, and/or their positions with the

10 Company that made them privy to confidential information concerning Unity, participated in the

11 fraudulent scheme alleged herein.

12      234.  The Individual Defendants are liable as participants in a fraudulent scheme and

13 course of conduct that operated as a fraud or deceit on purchasers of Unity securities by

14 disseminating materially false and misleading statements and/or concealing material adverse facts.

15 The scheme deceived the investing public regarding Unity's business, operations, and management

16 as well as the intrinsic value of Unity securities, and caused Plaintiffs and members of the Class to

17 purchase Unity securities at artificially inflated or artificially maintained prices.

18      235.  The following allegations all support a strong inference of scienter:

19        (a)  The sudden decline in quarter-over-quarter revenue growth within the

20 previously profitable Operate segment starting no later than July 2021;

21        (b)  Core Operations: the majority of Unity's revenues during the Class Period

22 came from the Operate segment, and its monetization of ad placement;

23        (c)  The Individual Defendants spoke frequently about the importance of

24 Audience Pinpointer during the Class Period;

25        (d)  Statements by former Unity employees corroborate that Defendants knew or

26 were reckless in not knowing about the serious problems with ad product Audience Pinpointer

27 during the Class Period;

28

(e)    The Individual Defendants' stock sales during the Class Period were highly unusual and suspicious in timing and amount; and

(f)    Challenges posed by Apple's privacy changes announced in 2020 but not implemented until April 2021 were discussed regularly among senior officers and directors at IDFA Preparation Meetings.

**A.    Sudden Decline in Quarter-Over-Quarter Revenue Growth Within the Operate Segment Starting No Later than July 2021**

236.    During the Q1 2022 Earnings Call, CEO Riccitiello explained that management first became aware of the negative financial impact from the Pinpointer issues when "we saw less revenue" from advertisers "spending less because they're getting less performance out of our Audience Pinpointer."

237.    Yet, there was a clear-cut slowdown in revenue growth within the Operate segment starting as early as July 2021, when quarterly growth went from 25% to 1% (see table below).

| Fiscal Quarter | Operate Revenue | Growth from prior Q |
|---|---|---|
| Q4 2020 (Oct. 2020 to Dec. 2020) | $134.2M | 12% |
| Q1 2021 (Jan. 2021 to Mar. 2021) | $146.6M | 9% |
| Q2 2021 (Apr. 2021 to June 2021) | $182.9M | 25% |
| Q3 2021 (July 2021 to Sep. 2021) | $185.0M | 1% |
| Q4 2021 (Oct. 2021 to Dec. 2021) | $194.6M | 5% |
| Q1 2022 (Jan. 2022 to Mar. 2022) | $184.0M | -5% |
| Q2 2022 (Apr. 2022 to June 2022) | $158.5M | -14% |

238.    When Unity started to experience a huge slowdown in advertiser spending in mid-2021, the Company Defendants knew or recklessly disregarded the scope and severity of the Audience Pinpointer accuracy issues.

239.    This stepdown in advertiser spending, along with CEO Riccitiello's admission as to how the Company was alerted to the problem (a decrease in revenue by Unity's ad customers

75

1  "because they're getting less performance out of our Audience Pinpointer" which was, for Unity, a

2  "revenue expensive" issue) provides evidence of scienter.

3  **B.    The Majority of Unity's Revenues During the Class Period Came From Its**
   **Operate Segment, and Its Monetization of Ad Placement, and the Individual**

4  **Defendants Spoke Frequently About the Importance of Audience Pinpointer**

5        240.    As discussed above, Unity's revenue primarily comes from two segments: (1) Create

6  and (2) Operate.  Within the Create segment, Unity generates 30% of its overall revenue by

7  charging subscription fees to developers for access to its tools for creating video game content.

8  Within its Operate segment, Unity generates 65% of its overall revenue by primarily facilitating the

9  placement of display ads within the developers' games through revenue-sharing contracts with the

10  developers.

11        241.    Apple's privacy changes, enacted weeks before the start of the Class Period but

12  announced to the market in June 2020, posed a serious threat to the majority of Unity's revenues.

13  Audience Pinpointer, which was only in beta before the start of the Class Period, but which

14  Defendants claimed did not use IDFA data, was Unity's only supposed answer to that threat.  The

15  fact that Audience Pinpointer was having algorithm and other critical problems that caused it not to

16  work and caused countless customer complaints of poor ROI is something that the senior executives

17  of the Company, including the Individual Defendants, would have been alerted to. Indeed, the

18  severity of the problems with Audience Pinpointer were of such prominence that it would be absurd

19  to suggest that Unity's management was without knowledge of the matters. This is especially true

20  since two of the Individual Defendants (Riccitiello and Visoso) were speaking frequently to

21  investors about the very effectiveness of Audience Pinpointer, and the third Individual Defendant

22  (Lestiyo) headed up the Operate Segment in which Audience Pinpointer was flailing.

23        242.    Moreover, during the Class Period, the Individual Defendants spoke frequently about

24  the importance of Audience Pinpointer and ROIs for Unity's ad customers and made crystal clear to

25  investors that they had intimate and detailed knowledge of Audience Pinpointer and its

26  functionality.

27

28

243. For example, on August 10, 2021, Defendant Riccitiello represented:

(a)    "*We provide a growing suite of services that content creators can use to acquire new users, optimize user engagement and LTV by our monetization platform*" and boasted about Unity's "*ability to leverage contacts and data insights effectively through ML-driven optimization from a reach of 3.4 billion monthly active users as of June '21… [to] deliver the best ROI for our customers*."

(b)    "*we've got tools like Audience Pinpointer that allows advertisers to find what ROAS they'd like to target or based on retention or [IAP] or ad revenues, so they can get a guaranteed return regardless of what's happening or changes in attribution. That's what we're delivering*."

(c)    that Audience Pinpointer was "*proving to be a competitive advantage*" and that "*we apply advanced analytics and machine learning algorithms to create and manage a true ROI on behalf of our customers*;" and

(d)    "*we apply advanced analytics and machine learning algorithms to create and manage a true ROI on behalf of our customers. So what we're optimizing for is engagement in LTV, not spread. It's a really different business.*"

244. On November 9, 2021, Defendant Riccitiello stated:

(a)    "*Most ad networks, their business is based on the identity, the specific identity of the user interacting with the application. Ours is not, ours is based on understanding contextually where they are and what they're doing and what they've done before and what they're going to do next using predictive models based on AI on the 50 billion-plus data events we adjust per day*;" and

(b)    "*Ours is a better way to monetize even absent the changes that were introduced by Apple with IDFA and choice are on privacy. And on a relative basis, we gained advantage to all those who use identity, individual identity, they know you and your brother, whose birthday it is that became relatively weaker, and we became relatively stronger, and we have the single largest data insight based on the largest MAU count for anybody in our world.*"

245.     On February 3, 2022, Defendant Visoso stated: "*We also saw strong performance from our sophisticated analytics tools and products such as Audience Pinpointer that deliver strong return on investment to our customers without manual guesswork. To win in a highly competitive market, we're constantly innovating, optimizing our machine learning models, improving our campaign and performance models and generating actionable insights for our customers' campaigns and enabling them to make informed decisions*."

246.     Under the core operations theory, these facts collectively help demonstrate that the Company Defendants knew or recklessly disregarded the negative impact that the Pinpointer issues were having on Unity's revenues.

**C.     Statements By Former Unity Employees Corroborate That Defendants Knew or Recklessly Disregarded the Serious Problems With Audience Pinpointer During the Class Period and Customer Complaints About Poor ROI**

247.     Former Unity employees confirm that Audience Pinpointer, which was "absolutely rushed" to market after the Apple privacy changes were announced, experienced problems throughout the Class Period, as customers from small clients to larger enterprise clients reported complaints to Unity about declining returns on their ad spend, since many of them monitored success and revenue from their in-app ads in real-time.  Indeed, there was a "tonal shift" following the broader rollout of Audience Pinpointer when customer feedback turned exclusively negative. Former Unity employees describe customer complaints increasing "fivefold." Moreover, profits were declining for ad solutions as customers complained about issues with the accuracy of the Audience Pinpointer tool which was not working as intended. Certain of the former Unity employees cited herein summarized these complaints in monthly reports that went directly to Unity leadership, including Defendant Lestiyo and non-defendant senior executive Jules Shumaker (then SVP of Revenue, Operate Solutions), both of whom reported to Defendant Riccitiello. Other witnesses described weekly or biweekly meetings with Lestiyo and Shumaker that would almost always be entirely about Unity's ads business.

248.     Former Unity employees also confirm that the algorithms responsible for showcasing ads on Unity games had "backfired" and had "stopped working." As a result, Unity began losing

customers to ad competitors ironSource and Facebook. Rather than fix Audience Pinpointer and clean up Unity's data problems, Unity tried to address the problems on an ad hoc basis without success. Eventually, after the Class Period, Unity announced it would acquire one of its competitors in the ad space, ironSource. The witnesses cited herein provide factual support for the falsity of the Company Defendants' statements during the Class Period and for a strong inference of scienter on the Company Defendants' part regarding the problems with the Company's ad products – problems which existed throughout the Class Period.

### D. The Individual Defendants' Stock Sales During the Class Period Were Unusual and Suspicious in Timing and Amount

249.    Defendants Riccitiello, Visoso, and Lestiyo engaged in stock sales during the Class Period that were suspiciously timed and out of line with their prior trading practices. As a result of these Class Period trades, the Individual Defendants profited from the artificial inflation embedded in the trading price of Unity stock caused by their false and misleading statements and omissions to investors during the Class Period. These insider sales occurred before the corrective disclosure and before the substantial decline in the price of Unity's stock on May 11, 2022.

### 1. The Amount and Value of Trading by These Defendants During the Class Period Were Unusual

250.    The Class Period sales of Defendants Riccitiello, Visoso, and Lestiyo was unusual and suspicious as measured by (i) the total amount of shares sold, (ii) the percentage of shares sold compared to the number of total shares available for sale during the Class Period, (iii) the contrast with these Individual Defendants' own pre and post Class Period trading history, and (iv) the timing of the sales. Such sales therefore raise a strong inference of scienter.

251.    To evaluate the Individual Defendants' selling activity, Plaintiffs used the publicly available trading data that the Individual Defendants are required to report to the SEC on Form 4. Plaintiffs analyzed the trading by the Individual Defendants during the Class Period and in a period

1  preceding the Class Period beginning on the IPO date of September 18, 2020 and ending May 10,

2  2021 ("Preceding Period").[49]

3      252.    To analyze the Individual Defendants' sales, Plaintiffs calculated the total sales by

4  each of the Individual Defendants, together with the cash proceeds from such sales, during the Class

5  Period, during the Preceding Period, and even after the Class Period.  Those totals were then

6  compared to identify whether Individual Defendants' sales during the Class Period were consistent

7  with their sales during the Preceding Period.  The Individual Defendants' specific trading data were

8  also evaluated compared to the price of Unity's common stock after the corrective disclosure on

9  May 10, 2022.  This analysis reveals that the Class Period Unity stock sales of Defendants

10 Riccitiello, Visoso, and Lestiyo were large, unusual, and suspicious.

### CLASS PERIOD TRADING BY INDIVIDUAL DEFENDANTS

| Unity Insider | Shares Sold | Proceeds |
|---|---|---|
| John Riccitiello (CEO/Chairman | 1,834,506 | $ 232 M |
| Ingrid Lestiyo (SVP/GM of the Operate segment) | 105,924 | $14.1 M |
| Luis Visoso (CFO) | 52,314 | $ 5.8 M |
| **TOTAL** | **1,992,744** | **$251.9 M** |

---

[49] The Class Period is 365 days in length. Normally, Plaintiffs would compare trading in the Class Period with trading in an equally long period preceding the Class Period (often called a "Control Period").  However, there are only 235 days between September 18, 2020, the date of Unity's IPO, and May 10, 2021, the day preceding the start of the Class Period.  A comparison analysis of trading in the Preceding Period is further affected by a Lockup Agreement detailed in Unity's Registration Statement on Form S-1/A, filed on September 16, 2020 which allowed trading during the Preceding Period by the Individual Defendants and the Controlling Shareholder Defendants, but capped the volume of that trading until the earlier of: (i) the expiration of the Lockup Agreement on March 15, 2021 which was 180 days after the filing date of the IPO Registration Statement and Prospectus; or (ii) the "second trading day immediately following our release of earnings for the quarter ending December 31, 2020," which was March 8, 2021. Thus, Plaintiffs also have analyzed trading by the Individual Defendants in the Post Class Period time frame (May 11, 2022 – February 28, 2023) to put the Individual Defendants' Class Period trading in further context.

**2.    The Nominal Amount and Percentage of Unity Stock Sold During the Class Period Were Extremely Large**

253.    The proceeds from shares sold during the Class Period by Defendants Riccitiello, Visoso, and Lestiyo were large.

254.    Defendant Riccitiello sold 1,834,506 shares of Unity stock during the Class Period for proceeds of approximately $232 million. Through these transactions, ***Defendant Riccitiello disposed of approximately 38% of the total shares, including options, he had available for sale during the Class Period***.

255.    Defendant Lestiyo, who heads the Operate segment, sold 105,924 shares of her Unity stock during the Class Period for proceeds of $14.1 million.  ***Through these transactions, Defendant Lestiyo disposed of approximately 34% of the total shares, including options, she had available for sale during the Class Period***.

256.    Defendant Visoso sold 52,314 shares of his Unity stock during the Class Period for proceeds of approximately $5.8 million. ***Through these transactions, Defendant Visoso disposed of approximately 15% of the total shares, including options, he had available for sale during the Class Period***. Visoso's sales do not appear to have been made pursuant to any pre-arranged trading plan. Further, CFO Visoso's did not have any pre-Class Period sales as a point of comparison.

**3.    The Individual Defendants' Stock Sales During the Class Period Were Inconsistent With Their Trading Practices in Both the Preceding Period and Post-Class Period**

257.    Defendants Visoso's and Lestiyo's Class Period stock sales were not only large in terms of proceeds, but also inconsistent with their own prior selling activity during the Preceding Period.

258.    In fact, Defendant Visoso sold ***zero*** shares of stock during the Preceding Period, but sold ***52,314*** shares during the Class Period.  The proceeds of Defendant Visoso's Class Period stock sales amount to more than $5.8 million.

259.    Similarly, Defendant Lestiyo increased her total stock sales by approximately ***355%,*** from **23,270** shares sold during the Preceding Period to **105,924** shares sold during the Class Period.  The contrast between Defendant Lestiyo's stock sales during the Preceding Period and the

81

Class Period is also striking when measured in dollars.  Specifically, the proceeds from Defendant Lestiyo's stock sales increased approximately **435%**, from **$2,642,970** during the Preceding Period to **$14,129,269** during the Class Period.

260.    Defendant Riccitiello's unloading of his Unity stock started right when Apple announced the IDFA changes in June 2020 and continued unabated throughout the Class Period while Riccitiello was in possession of materially non-public information about serious problems with the accuracy of Audience Pinpointer and customer complaints about poor ROI. Riccitiello sold frequently and in large amounts in the months leading up to the Class Period, and didn't stop selling Unity stock until shortly before the disclosure of the Audience Pinpointer issues on May 10, 2022, despite knowing or recklessly disregarding the issues with Unity's main monetization product.[50]

261.    The Individual Defendants' Class Period stock sales also were inconsistent with their selling activity post-Class Period (from May 11, 2022 – February 28, 2023) which, for two of the three Individual Defendants (Riccitiello and Lestiyo) was negligible compared to their trading during the Class Period.[51]

**POST-CLASS PERIOD TRADING BY INDIVIDUAL DEFENDANTS**

(May 11, 2022 – February 28, 2023)

| Unity Insider | Shares Sold | Proceeds |
|---|---|---|
| John Riccitiello (CEO/Chairman | 11,671 | $ 416,538 |
| Ingrid Lestiyo (SVP/GM of the Operate segment) | 22,524 | $ 803,882 |
| Luis Visoso (CFO) | 66,704 | $2,530,834 |
| **TOTAL** | **100,899** | **$ 3.75 M** |

262.    Through these post-Class Period transactions, Defendants Riccitiello, Lestiyo, and Visoso disposed of approximately 0.4%, 8.5%, and 8.4%, respectively, of the total shares, including options, they had available for sale in that period.

---

[50] Defendants Riccitiello and Lestiyo sold Unity stock in November 2020 before the Unity's IPO Lock Up Period even expired.

[51] There were only 293 days in the Post-Class Period timeframe analyzed (May 11, 2022 – February 28, 2023).

### 4. The Timing of the Individual Defendants' Stock Sales Was Suspicious

263. Defendants, Riccitiello, Visoso, and Lestiyo's Class Period stock sales were suspiciously timed in that these defendants sold a vast number of shares *after* learning of materially non-public information about serious problems with Unity's Pinpointer platform, *but before* the public disclosure of that same adverse information on May 10, 2022.

264. Further, during the Class Period, the Individual Defendants' stock sales were timed such that they sold at prices as high as $180 per share, or nearly six (6) times more than Unity's share price after Defendants' fraud was revealed after the market closed on May 10, 2022 (Unity's stock closed at $30.30 per share the next trading day, on May 11, 2022).

### 5. The Presence of 10b5-1 Trading Plans Adopted by the Individual Defendants Does Not Absolve Them of Liability

265. Rule 10b5-1 (17 C.F.R. § 240.10b5-1) provides that a person will be deemed to have traded "on the basis of" material nonpublic information if the person engaging in the transaction was "aware of" that information at the time of the trade. To provide a safe harbor under the "aware of" standard, the SEC created an affirmative defense to insider trading claims for trades made pursuant to a binding agreement or plan ("10b5-1 Plans" or "Plans"). *See Selective Disclosure and Insider Trading,* 65 Fed. Reg. 51,716, at 51,727-28 (Aug. 24, 2000). Pursuant to SEC Rule 10b5-1(c), a 10b5-1 Plan is a defense to insider trading liability **only** if it is entered into by an insider "**[b]efore becoming aware**" of inside information, and was established "in good faith and not as part of a plan or scheme to evade the prohibitions" against insider trading.

266. Because of this, insiders are advised to "design a trading plan with the intention that it will not be modified or amended frequently, since changes to the plan will raise issues as to a person's good faith." Thomson Reuters, *Corporate Counsel's Guide to Insider Trading and Reporting,* Ch. 12:26 (2018). Conversely, the adoption and/or modification of these Plans while in possession of material non-public information is highly suspicious and supports a strong inference of scienter.

267. Further, although some of the Individual Defendants' stock sales may have been made pursuant to 10b5-1 Plans, the circumstances of those sales are sufficiently suspicious to

overwhelm any exculpatory inference that might otherwise have been available to pre-planned sales based on such Plans. Indeed, even if the Individual Defendants had entered into 10b5-1 Plans prior to the Class Period and traded within those same plans throughout the Class Period, **which Plaintiffs cannot ascertain at this time as the Individual Defendants' trading plans themselves are not public**, such plans are under heavy SEC scrutiny in light of a *Wall Street Journal* investigation that found that insiders who were trading pursuant to 10b5-1 Plans were still trading at opportune times and reaping better-than-expected results. According to the November 27, 2012 *Wall Street Journal* article titled "Executives' Good Luck in Trading Own Stock," executives trading pursuant to 10b5-1 Plans are still able to time their trades to avoid losses and increase earnings because trading plans are not public and can be canceled or amended at any time without disclosure.[52]

268.    Accordingly, the trading behavior of Defendants Riccitiello, Visoso, and Lestiyo during the Class Period raises a strong inference of suspicious and unusual trading activity and their trading plans, if any, do not provide these Defendants with a safe harbor.

E.    **Challenges Posed by Apple's Privacy Changes Were Discussed Regularly Among Senior Unity Officers and Directors at IDFA Preparation Meetings**

269.    As soon as Apple announced its privacy changes, and maybe even earlier, Unity data scientists attempted to develop solutions to replace the data that would be lost once the Apple privacy changes went into effect, such as trying to track users through analyzing behavioral patterns. But those efforts could not replicate the data lost by Apple's privacy changes.

270.    For example, on May 11, 2021, during Unity's Q1 2021 Earnings Call, CFO Visoso described the preparation he had been involved in for the rollout of the privacy changes. Visoso stated, in relevant part:

---

[52] Defendant Riccitiello appears to have had multiple trading plans in effective during the Class Period, including one entered into on November 18, 2020 (days after the release of Unity's Q3 2020 financial results <u>and five months after Apple announced its anticipated privacy changes</u>) and another trading plan entered into on February 9, 2021 (days after the release of Unity's Q4/FY 2020 financial results and <u>two months before Apple's privacy changes went into effect</u>). Some of Defendant Lestiyo's many trades during the Class Period appear to have been made pursuant to a trading plan. But for most of Lestiyo's Class Period trades, Plaintiffs were not able to locate a Report on Form 144 indicating the date of such trading plan was entered into. Defendant Visoso's sales do not appear to have been made pursuant to any pre-arranged trading plan.

The team has been preparing for IDFA for at least the last two years. I was part of several of these conversations as a Board member before joining Unity, and I was always very impressed by the quality of the thinking. But now that I'm on the other side, I've been even more impressed and see the plans in detail.

271.     Based on Visoso's statement, it is apparent that even before the Class Period started, CFO Visoso, along with Unity's other senior officers and directors (which included CEO Riccitiello) were planning for, and likely monitoring, the Company's strategies to address the Apple privacy changes, including the broader rollout of Audience Pinpointer, Unity's only purported solution to the loss of IDFA data.

272.     Therefore, during the Class Period, the Individual Defendants were undoubtedly kept regularly advised on the serious problems with Audience Pinpointer's algorithms and lack of accuracy and customer complaints about poor ROI.

**F.     Post-Class Period Admissions by the Individual Defendants Demonstrate They Knew or Recklessly Disregarded that Audience Pinpointer Was Not Working Properly During the Class Period**

273.     In the wake of the disclosures on May 10, 2022 of the severe problems with the functionality and accuracy of Audience Pinpointer, a problem Defendants described as "revenue expensive," internally the Individual Defendants admitted the problems were self-inflicted.

274.     Former employees, including CW-6, describe post-Class Period Operate segment meetings and Company-wide Town Halls run by the Individual Defendants where the problems with Audience Pinpointer failing to properly analyze personalized data and appropriately target ads were extensively discussed. In at least one of these Town Hall meetings, CW-7 noted that the general tone of the discussion was that the Company's mistakes had led to the problems. CW-2 also describes discussions at these Town Hall meetings. CW-1 opined that part of the problem was that the fixes for the Audience Pinpointer problems were instituted by the Company too late.

275.     Further, by the Company's own admissions in the earnings call on May 10, 2022, the problems were easily identifiable because of significantly decreased revenues from Audience Pinpointer, a critical source of revenue in the Operate segment.

## IX.    LOSS CAUSATION/ECONOMIC LOSS

276.    During the Class Period, as detailed herein, Unity and the Individual Defendants engaged in a course of conduct that artificially inflated or artificially maintained the price of Unity securities and operated as a fraud or deceit on the Class Period purchasers of Unity securities by making the materially false and misleading statements and omissions recited above.

277.    When the truth was revealed and became known to the market, the price of Unity securities declined precipitously as the prior artificial inflation was removed from the price of the stock. As a result of their purchases of Unity securities at artificially inflated or artificially maintained prices during the Class Period, Plaintiffs and other members of the Class suffered a substantial economic loss (i.e., damages under the federal securities laws). The price decline in Unity securities was a direct result of the nature and extent of the materially false and misleading statements and omissions revealed to investors and the market. Thus, the Defendants' wrongful conduct, as alleged herein, directly and proximately caused the damages suffered by Plaintiffs and the Class.

278.    The truth about the problems with Unity's Audience Pinpointer ad monetization tool were fully revealed on May 10, 2022, *after the market closed*, when Unity revealed weakening Operate trends that the Company expected to linger through the remainder of 2022.  The problems in the Operate segment purportedly were twofold—one related to coding and another more substantial one related to "bad" customer data Unity ingested in their central pool that led to problematic algorithm adjustments than ultimately negatively affected customer ROIs. The Company also lowered its full-year 2022 revenue guidance to a range of $1.35 and $1.425 billion from its earlier estimate of $1.50 billion, citing "challenges with monetization products."  Unity attributed these reduced revenues to "a fault in [Unity's] platform . . . result[ing] in reduced accuracy for [its] Audience Pinpointer tool, a revenue expensive issue given that [the] Pinpointer tool experienced significant growth post the IDFA changes."

279. On this news, Unity's stock price plunged $17.83 per share, or approximately 37%, from $48.13 per share at the market's close on May 10, 2022, to $30.30 per share at the market's close on May 11, 2022.

280. Defendants' conduct resulted in Class Members, including Lead Plaintiff, selling their shares of Unity securities for less than fair value, which caused them to suffer injury and loss.

## X.    PLAINTIFFS' CLASS ACTION ALLEGATIONS

281. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (g) on behalf of a Class, consisting of all those who purchased or otherwise acquired the publicly traded securities of Unity during the Class Period (the "Class"); and were damaged upon the revelation of the alleged disclosure on May 10, 2022. Excluded from the Class are: (i) Defendants; (ii) members of the immediate family of any Defendant who is an individual; (iii) any person who was an officer, director, and/or control person of Unity during the Class Period; (iv) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest; (v) Unity's employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); and (vi) the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person or entity, in their capacities as such.

282. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Unity securities were actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Unity or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

283. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

284. Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

285. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;
- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Unity;
- whether the Individual Defendants caused Unity to issue false and misleading financial statements during the Class Period;
- whether Defendants acted knowingly or recklessly in issuing false and misleading statements and omissions;
- whether the prices of Unity securities during the Class Period were artificially inflated and/or artificially maintained because of the Defendants' conduct complained of herein; and
- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

286. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

287. Plaintiffs are entitled to a presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

88

- the omissions and misrepresentations were material;

- Unity's common stock is traded in an efficient market;

- the Company's common stock was liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NYSE and was covered by multiple analysts including: Piper Sandler & Co., Stifel, Nicolaus & Company, Inc., D.A. Davidson & Co., Barclays Bank PLC, Oppenheimer & Co., Inc.

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiffs and members of the Class purchased, acquired and/or sold Unity securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

288.    Based upon the foregoing, Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

289.    Alternatively, Plaintiffs allege that throughout the Class Period, Defendants omitted material information of which Defendants were aware or reckless in not knowing. Such statements artificially inflated or artificially maintained the price of Unity's publicly traded securities and operated as a fraud or deceit on all persons and entities who purchased or otherwise acquired those securities during the Class Period. Because Defendants chose to speak on the issues described in Section V, it was important that Defendants not mislead investors or withhold material information. To the extent that the Defendants concealed or improperly failed to disclose material facts with respect to Unity, specifically concerning problems with Unity's Operate products including Pinpointer, Plaintiffs are entitled to a presumption of reliance in accordance with *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128, 153 (1972).

## XI.    CLAIMS FOR RELIEF

### COUNT I

**For Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against the Company Defendants**

290.    Plaintiffs repeat and re-allege each allegation contained above as if fully set forth herein.

89

1    291.    This Count is asserted against the Company Defendants and is based upon Section

2    10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

3    292.    During the Class Period, the Company Defendants engaged in a plan, scheme,

4    conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts,

5    transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiffs

6    and the other members of the Class; made various untrue statements of material facts and omitted to

7    state material facts necessary in order to make the statements made, in light of the circumstances

8    under which they were made, not misleading; and employed devices, schemes and artifices to

9    defraud in connection with the purchase and sale of securities. Such scheme was intended to, and,

10   throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other

11   Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Unity

12   securities; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire

13   Unity securities and options at artificially inflated prices. In furtherance of this unlawful scheme,

14   plan and course of conduct, the Company Defendants, and each of them, took the actions set forth

15   herein.

16   293.    Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the

17   Individual Defendants participated directly or indirectly in the preparation and/or issuance of the

18   quarterly and annual reports, SEC filings, press releases and other statements and documents

19   described above, including statements made to securities analysts and the media that were designed

20   to influence the market for Unity securities. Such reports, filings, releases and statements were

21   materially false and misleading in that they failed to disclose material adverse information and

22   misrepresented the truth about Unity's finances and business prospects.

23   294.    By virtue of their positions at Unity, the Individual Defendants had actual knowledge

24   of the materially false and misleading statements and material omissions alleged herein and

25   intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, the

26   Company Defendants acted with reckless disregard for the truth in that they failed or refused to

27   ascertain and disclose such facts as would reveal the materially false and misleading nature of the

28

statements made, although such facts were readily available to the Company Defendants. Said acts and omissions of the Company Defendants were committed willfully or with reckless disregard for the truth. In addition, each Company Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

295.    Information showing that the Company Defendants acted knowingly or with reckless disregard for the truth is peculiarly within the Company Defendants' knowledge and control. As the senior managers and/or directors of Unity, the Individual Defendants had knowledge of the details of Unity's internal affairs.

296.    The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of Unity. As officers and/or directors of a publicly held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Unity's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading public statements, the market price of Unity securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning Unity's business and financial condition which were concealed by the Company Defendants, Plaintiffs and the other members of the Class purchased or otherwise acquired Unity securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by the Company Defendants, and were damaged thereby.

297.    During the Class Period, Unity securities were traded on an active and efficient market. Plaintiffs and the other members of the Class, relying on the materially false and misleading statements described herein, which the Company Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Unity securities at prices artificially inflated by the Company Defendants' wrongful conduct. Had Plaintiffs and the other members of the Class known the truth, they would not have purchased or

otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of Unity securities was substantially lower than the prices paid by Plaintiffs and the other members of the Class. The market price of Unity securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiffs and Class members.

298.    By reason of the conduct alleged herein, the Company Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

299.    As a direct and proximate result of the Company Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

**For Violations of Section 20(a) of the Exchange Act Against the Individual Defendants and the Controlling Shareholder Defendants**

300.    Plaintiffs repeat and re-allege each allegation contained in the foregoing paragraphs as if fully set forth herein.

301.    This count is asserted on behalf of all members of the Class against Defendants Riccitiello, Visoso, Lestiyo, Sequoia, Silver Lake, and Helgason who or which acted as controlling persons of Unity within the meaning of §20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

302.    During the Class Period, the Individual Defendants participated in the operation and management of Unity, and conducted and participated, directly and indirectly, in the conduct of Unity's business affairs. Because of their senior positions, they knew the adverse non-public information about Unity's misstatement of income and expenses and false financial statements.  As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Unity's financial condition and results

of operations, and to correct promptly any public statements issued by Unity which had become materially false or misleading.

303.    Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Unity disseminated in the marketplace during the Class Period concerning Unity's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Unity to engage in the wrongful acts complained of herein. The Individual Defendants, therefore, were "controlling persons" of Unity within the meaning of Section 20(a) of the Exchange Act. In this capacity, the Individual Defendants participated in the unlawful conduct alleged which artificially inflated the market price of Unity securities.

304.    Each of the Individual Defendants, therefore, acted as a controlling person of Unity. By reason of their senior management positions and/or being directors of Unity, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Unity to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of Unity and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

305.    Defendants Sequoia, Silver Lake, and Helgason further controlled Unity by virtue of their share ownership, power to appoint directors, and agreements with the Company. Referring to Sequoia, Silver Lake, and OTEE among others, the IPO Registration Statement stated: "[M]any of our current directors were appointed by our principal stockholders. As a result, such persons or their appointees to our board of directors, acting together, will have the ability to control or significantly influence all matters submitted to our board of directors or stockholders for approval, including the appointment of our management, the election and removal of directors and approval of any significant transaction, as well as our management and business affairs."

306.     Unity's 2021 Proxy reported that:

(a)      "Entities affiliated with Sequoia Capital" *owned more than 57.4 million shares, or 20.6%, of Unity's outstanding common stock*;

(b)      As of February 12, 2021, "Entities affiliated with Silver Lake" *owned more than 40 million shares, or 14.6%, of Unity's outstanding common stock*; and

(c)      OTEE, through Unity Board Member David Helgason and Unity CTO Joachim Ante, *owned more than 29.5 million shares, or 10.6 %, of Unity's outstanding common stock.*

307.     In addition, the Controlling Shareholder Defendants were provided with or had unlimited access to copies of, the Company's public filings and other statements alleged by Plaintiffs to be materially misleading before and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected. Indeed, the Board Members affiliated with each of the Controlling Shareholder Defendants reviewed and signed Unity's SEC filings including Unity's 2021 Form 10-K.  For example:

(a)      Roelof Botha, partner at Defendant Sequoia, signed Unity's 2021 Form 10-K which, as detailed herein, contained false and misleading statements and omissions;

(b)      Egon Durban, Managing Partner and Co-CEO of Silver Lake signed Unity's 2021 Form 10-K which, as detailed herein, contained false and misleading statements and omissions; and

(c)      David Helgason, co-owner of OTEE, signed Unity's 2021 Form 10-K which, as detailed herein, contained false and misleading statements and omissions.

308.     Further, at all relevant times, OTEE's two sole owners included two co-founders of Unity: (i) David Helgason (also a Unity Board Member throughout the Class Period) and (ii) Joachim Christoph Ante (Unity's CTO throughout the Class Period). Additionally, Board Member David Helgason was Unity's CEO before Defendant Riccitiello.  At the time he turned the reins

94

1   over to Defendant Riccitiello, Helgason stated that he planned to remain "heavily involved" in

2   Unity's future direction.[53]

3       309.    Each of the Controlling Shareholder Defendants had the ability to and did control or

4   significantly influence all matters submitted to Unity's Board of Directors, including: (i) the

5   appointment of Company management; (ii) the election and removal of directors and approval of

6   any significant transaction; and (iii) the management and business affairs of Unity, not only at the

7   time of the IPO, but throughout the Class Period. Thus, each of the Controlling Shareholder

8   Defendants

9   possessed the power to control the specific activities which comprise the primary violations about

10  which Plaintiffs and the other members of the Class complain.

11      310.    The Individual Defendants and Controlling Shareholder Defendants were culpable

12  participants in the fraud alleged herein, by acting knowingly and intentionally, or in such a

13  deliberately reckless manner as to constitute willful fraud and deceit upon Plaintiffs and the other

14  members of the Class who purchased or otherwise acquired the Company's defined securities

15  during the Class Period.

16      311.    As set forth above, Unity violated §10(b) and Rule 10b-5 promulgated thereunder by

17  its acts and omissions as alleged in this complaint.  By virtue of their positions as controlling

18  persons, and as a result of their aforementioned conduct Defendants Riccitiello, Visoso, Lestiyo,

19  Sequoia, Silver Lake, and Helgason are liable pursuant to §20(a) of the Exchange Act for the §10(b)

20  violations.  As a direct and proximate result of these defendants' wrongful conduct, Plaintiffs and

21  other members of the Class suffered damages in connection with their purchases of the Company's

22  stock during the Class Period, as evidenced by, among others, the stock price declines discussed

23  above, when the artificial inflation or artificial maintenance was released from the Company's

24  stock.

25

26

27  [53] Eric Johnson, *Unity CEO David Helgason Replaced by John Riccitiello*, Vox (Oct. 22, 2014)
    https://www.vox.com/2014/10/22/11632142/unity-ceo-david-helgason-replaced-by-john-riccitiello.

28

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD

1    **XII.    PRAYER FOR RELIEF**

2         **WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

3         A.      Determining that the instant action may be maintained as a class action under Rule

4    23 of the Federal Rules of Civil Procedure, and certifying Lead Plaintiffs as the Class

5    Representatives;

6         B.      Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason

7    of the acts and transactions alleged herein;

8         C.      Awarding Plaintiffs and the other members of the Class prejudgment and post-

9    judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

10        D.      Awarding such other and further relief as this Court may deem just and proper.

11   **XIII.    DEMAND FOR TRIAL BY JURY**

12        Plaintiffs hereby demand a trial by jury.

13   Dated: April 12, 2024                              Respectfully submitted,

14                                                      **LABATON SUCHAROW LLP**

15                                                      */s/ Carol C. Villegas*_____
                                                        Carol C. Villegas (*pro hac vice*)
16                                                      Christine M. Fox *(pro hac vice)*
                                                        James M. Fee *(pro hac vice)*
17                                                      140 Broadway
                                                        New York, NY 10005
18                                                      Tel: (212) 907-0700
                                                        Fax: (212) 818-0477
19                                                      cvillegas@labaton.com
                                                        cfox@labaton.com
20                                                      jfee@labaton.com

21

22                                                      *Lead Counsel for Lead Plaintiffs Oklahoma*
                                                        *Firefighters Pension and Retirement System*
23                                                      *and Indiana Public Retirement System and*
                                                        *the Proposed Class*
24

25                                                      **HAGENS BERMAN SOBOL**
                                                        **SHAPIRO LLP**
26                                                      Reed R. Kathrein (Bar. No. 139304)
                                                        Lucas E. Gilmore (Bar No. 250893)
27                                                      715 Hearst Avenue, Suite 300
                                                        Berkeley, CA 94710
28
                                                        96

Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL
SECURITIES LAWS, Case No. 5:22-cv-03962-EJD