**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (Bar. No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (*pro hac vice*)
Christine M. Fox (*pro hac vice*)
James M. Fee (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
jfee@labaton.com

*Lead Counsel for Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Indiana Public Retirement System and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

IN RE UNITY SOFTWARE INC. SECURITIES LITIGATION

Case No. 5:22-cv-03962-EJD

**CLASS ACTION**

**DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Date Filed:  July 1, 2024
Hearing Date:  September 12, 2024
Time:  9:00 a.m.
Judge:  Hon. Edward J. Davila
Dept.:  Courtroom 4 – 5th Floor

Second Amended Complaint Filed: April 12, 2024
Trial Date: Not yet set

DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
Case No. 5:22-cv-03962-EJD

I, Christine M. Fox, declare as follows:

1.      I am a partner at the law firm Labaton Keller Sucharow LLP and counsel for Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Indiana Public Retirement System (together, "Lead Plaintiffs").  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.  I submit this declaration in support of (i) Lead Plaintiffs' opposition to Defendants' Motions to Dismiss the Second Amended Class Action Complaint For Violations of the Federal Securities Laws (ECF Nos. 131, 132, and 133) and (ii) Lead Plaintiffs' opposition to Defendants' Request For Judicial Notice (ECF Nos. 132-1, 134).

2.      Attached as Appendix A is a chart detailing forty (40) false and misleading statements and omissions alleged in the Second Amended Class Action Complaint For Violations of the Federal Securities Laws, filed in this Action on April 12, 2024 (ECF No. 129), submitted in response to a similar chart filed the by the Unity Defendants in the above-captioned matter as an attachment to their May 22, 2024 Motion to Dismiss (ECF No. 133-1).

Executed on July 1, 2024 in New York, New York.

Date:   July 1, 2024                                    Respectfully submitted,

                                                                      Christine M. Fox (*pro hac vice*)

1

DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
Case No. 5:22-cv-03962-EJD