APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A: CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT[1]

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| 1. | …[O]ur contextual model, *which very importantly does not rely on IDFA, is working well.* We need to perform for our customers even in a more privacy-aware environment. Unity's game engine leadership is a strength, and it provides us with deep context for our ads business. (¶165)[2] | May 11, 2021 | Visoso | Q1 2021 Earnings Call  Ex. 1 | Unity Business;  Corporate Optimism | ¶171 |
| 2. | What we've done well in this market is take our data advantage to better understand and build a network around the optimization of LTV versus CAC. So, we understand the cost to acquire. *We understand the LTV of our customers.* We understand the interplay at a level of nuance, it really helps us do a better job for our customers, and that's what our network really is. (¶¶163, 166) | May 11, 2021 | Riccitiello | Q1 2021 Earnings Call  Ex. 1 | Customers;  Aspirational | ¶171 |

---

[1] Lead Plaintiffs submit this Exhibit A in response to Appendix A that Defendants submitted (ECF No. 133-1), notwithstanding that Lead Plaintiffs believe Defendants violated Local Rules 7-2 and 7-3 by circumventing the page limits for their brief by including this chart.  Lead Plaintiffs have responded by adding a column "Reason(s) for Falsity" and including the citation to the paragraph in the Second Amended Complaint the reasons for falsity for each alleged misstatement are included.

[2] Lead Plaintiffs allege as false the statement in ¶163, not this excerpted portion of ¶165.

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A: CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| 3. | *The fourth point, which is probably one of my favorites, is the customer feedback we're getting is very strong,* Chris. Let me read to you 3 quotes that I got from the team that -- which are coming from our customers.<br><br>Quote #1: "Out of all our partners, we're most happy with Unity as we're having a lot of problems with others."<br><br>Quote #2, "We partner with every single network available, and Unity's readiness and guidance are far above the rest."<br><br>Quote #3, *"We work with every network and none of them are able to compete with Unity when it comes to [iOS 14.5] readiness and reactiveness."* (¶¶164, 165) | May 11, 2021 | Visoso | Q1 2021 Earnings Call Ex. 1 | Customers; Corporate Optimism | ¶171 |
| 4. | Our Operate organization captures and analyzes 50 billion in-app events each day. If you do the math, that'[s] about 35 million in-app events every minute, and we do this across 20 platforms. This includes roughly 1 billion in-app events in iOS 14.5 each day. *We believe that the ability to analyze this data positions us very well in the industry.* (¶165) | May 11, 2021 | Visoso | Q1 2021 Earnings Call Ex. 1 | Unity Business; Corporate Optimism | ¶171 |
| 5. | There is a shift towards ROI-based campaigns on our platform through Audience Pinpointer, which | May 11, 2021 | Visoso | Q1 2021 Earnings Call | Audience Pinpointer | ¶171 |

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | this is when advertisers determine the outcome that they want from the campaign, and *we determine the right channels and price for them to achieve their KPIs.* (¶165) | | | Ex. 1 | | |
| 6. | *So IDFA will most likely impact the ads industry, but we believe that our data and analytics advantage plus this advanced preparation that I was mentioning, position us very well to manage the IDFA.* And we'll obviously keep you informed as we learn more. (¶165) | May 11, 2021 | Visoso | Q1 2021 Earnings Call Ex. 1 | Apple Change; Vague | ¶171 |
| 7. | Now earlier, Luis mentioned all those data points we have address. We understand engagement, LTV, cost to acquire. Literally, in every country in the world, minute to minute, *our data understanding is huge.* And everything I see makes me feel like a big part of the lift is permanent. People have changed their behaviors. They've changed the way they game. They've changed the way they look at gaming, people who are coming into the industry. (¶166) | May 11, 2021 | Riccitiello | Q1 2021 Earnings Call Ex. 1 | Unity Business; Corporate Optimism | ¶171 |
| 8. | Now to amplify on some of the data that Luis highlighted, we had 50 billion app events on over 20 platforms. *And that's the important reason why we're able to develop these deep insights into customer behavior. We work behind the scenes to* | May 11, 2021 | Riccitiello | Q1 2021 Earnings Call Ex. 1 | Customers; Aspirational | ¶171 |

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
## CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *recommend what would be interesting or new to an existing customer base on multiple factors. And that's the core tenet in how we built our marketplace for consumers to drive recommendations.* (¶166) | | | | | |
| 9. | It's on the basis of being competitive in the marketplace that we're going to succeed. When I was answering the last question I said, *we increase our take rate, by increasing the value we add. We're constantly focused on that.* *Short term, we can always maybe eke out a few dollars by messing around with pricing or messing around with other things that are hard to lap. Value add is easy to scale. And that's what we're investing in. And I'm highly confident in our monetization platform as part of Operate is going to continue to win.* (¶167) | May 11, 2021 | Riccitiello | Q1 2021 Earnings Call Ex. 1 | Unity Business; Aspirational | ¶171 |
| 10. | "We had another consecutive strong quarter, with revenue for the quarter at $273.6 million, up 48% year-on-year as we added new customers and expanded our business with existing customers," said Luis Visoso, Chief Financial Officer, Unity. *"While our strong performance is broad based, we are particularly proud of the performance from our Operate Solutions group that expanded* | August 10, 2021 | Visoso | Q2 2021 Financial Results Press Release Ex. 2 | Unity Business; Corporate Optimism; Vague; Forward-looking | ¶¶171, 183 |

4

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
|  | *market share in a tough environment. Our strong performance gives us confidence to raise guidance for the year, again."* (¶¶172, 178) |  |  |  |  |  |
| 11. | We generated strong growth across all our product lines and geographies with important growth in both Operate and Create. ***Within Operate, both monetization and Multiplay services posted strong growth.*** And within Create, we saw strong growth both in games and nongame verticals. (¶173) | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Unity Business; Corporate Optimism | ¶¶171, 183 |
| 12. | Now let's turn our sight to the Operate business. If I had to distill the business challenge most game developers face every day, it's one equation. It would be how to ensure that . . . the cost of user acquisition is less than his or her lifetime value to the game. That [ ] cost [has] got to be below LTV. This is not an easy equation to master. ***Our operations solutions help developers solve this vision. We offer an end-to-end platform for content creators to deliver the best player experience and build robust and profitable businesses. We provide a growing suite of services that content creators can use to acquire new users, optimize user engagement and LTV by our monetization platform.*** (¶173) | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Unity Business; Corporate Optimism | ¶¶171, 183 |

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:**
**CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| 13. | *Another critical part of this integrated system has been our ability to leverage contacts and data insights effectively through ML- driven optimization from a reach of 3.4 billion monthly active users as of June '21 and can deliver the best ROI for our customers.* This, combined with the tight linkage to our Create platform, have enabled us to gain share across these important markets. (¶173) | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Unity Business; Corporate Optimism | ¶¶171, 183 |
| 14. | While we saw a strong performance across the board, I want to especially call out the outstanding work from the Operate team. As I mentioned last quarter, *we were well prepared for the Apple's privacy changes. And as a result of excellence in execution, we build market share this quarter.* We're proud to help customers thrive during the uncertainties of our platform change. *Our advanced analytics, context and insights are proving to be a competitive advantage.* (¶174) | August 10, 2021 | Visoso | Q2 2021 Earnings Call Ex. 3 | Apple Change; Vague | ¶¶171, 183 |
| 15. | Our monetization is -- program is based on a deep, deep understanding of user-level LTV and engagement, and we succeed when we deliver superior ROI for customers. This means it's really about data. | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Unity Business; Vague | ¶¶171, 183 |

6

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | We leveraged 3 billion. You heard me announce earlier, it was 3.4 billion at the end of last quarter. 3 billion MAUs producing petabytes of data for Unity's SDKs and integration with our engine. And *we apply advanced analytics and machine learning algorithms to create and manage a true ROI on behalf of our customers. So what we're optimizing for is engagement in LTV, not spread. It's a really different business.* (¶¶175, 176) | | | | | |
| 16. | It's important to note that our monetization tools are open. We have over 50 partners at our unified [auction], and *we have the goal of maximizing revenue for publishers.* That's our North Star. And at Unity, we believe more choices are better than less, better than fewer. *And ultimately, if we optimize for the success of our creators, our publishers will be rewarded with their business growth.* We saw that this last quarter and the last several years. Our near- and long-term results have improved, but it's true so far, and we continue down that path. (¶176) | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Customers; Aspirational | ¶¶171, 183 |
| 17. | *Now our view is advertisers, publishers are going to continue to spend as long as they're getting quality payers at a positive ROI, that's what we do. In fact, we've got tools like Audience Pinpointer that allows advertisers to find what ROAS they'd* | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Audience Pinpointer; Corporate Optimism | ¶¶171, 183 |

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
## CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *like to target or based on retention or IAP or ad revenues, so they can get a guaranteed return regardless of what's happening or changes in attribution. That's what we are delivering.* Our results reflect continued increase in ad spending on the Unity network, something we've been consistent with. (¶176) | | | | | |
| 18. | The harsh reality is when you change some of the monetization mechanisms that are out there, as IDFA did and as GDPR did before, it affects the relative fortunes who's at the top of the stack, who is second, who is third. *I am happy to say through this, whether it was GDPR or IDFA, we've anticipated well enough to be net winners in those equations.* (¶176) | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Apple Change; Vague | ¶¶171, 183 |
| 19. | I think the longer term–- let me be really clear. I think the longer term for Unity is a bigger box than we're operating with in monetization. We're experimenting constantly. The–- we have a more data-centric play in advertising that all but a few of the players you learned to love and admire like a Google and a Facebook. *There are precious few companies anywhere with our sophistication around advertising and data. And those are skills that we want to apply more broadly and will.* But when you're posting 60% quarters, you're focused | August 10, 2021 | Riccitiello | Q2 2021 Earnings Call Ex. 3 | Unity Business; Vague | ¶¶171, 183 |

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A: CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | on the core, and tha[t]'s what we're doing now outside of our business. (¶176) | | | | | |
| 20. | And I mentioned that our spending across our platform was really strong, and I expected some market growth. ***And really, the reason for that is our contextual models, which actually do not rely on IDFA, [were] working very well.*** Our scale and depth provide us access to vast amounts of data, which is really based on end users' engagement and platform performance data. (¶177) | August 10, 2021 | Visoso | Q2 2021 Earnings Call Ex. 3 | Apple Change; Corporate Optimism | ¶¶171, 183 |
| 21. | ***And the feed[back] that we were getting even back then was very strong from our customers.*** ***Now I think some of our customers were saying things like, "Hey, we partner with every single network out there, and Unity's readiness and guidance are far above anybody else.*** And that allowed us a quarter ago to raise our guidance by about $50 million. (¶177) | August 10, 2021 | Visoso | Q2 2021 Earnings Call Ex. 3 | Customers; Corporate Optimism | ¶¶171, 183 |
| 22. | …And as John mentioned, IDFA is clearly having an impact in the industry, but it's impacting different players in different way. Some of them are accelerating, some of them are decelerating. ***We are fortunate to be prepared and to have the data and all of this analytics, Audience Pinpointer being one at Q1 where we're actually accelerating. And*** | August 10, 2021 | Visoso | Q2 2021 Earnings Call Ex. 3 | Audience Pinpointer; Vague | ¶¶171, 183 |

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *that is, again, allowing us to raise our guidance by this $45 million that we talked earlier.*<br><br>So it's the same message that we talked, Matt, a quarter ago, we just continue to see it play out. And it's –*we're performing very strongly in this environment.* (¶177) | | | | | |
| 23. | So on the Operate side and particularly monetization, I'd be remiss if I didn't point out that outside of monetization, the rest of our Operate stack is working extremely well. *So it's across-the-board right, inside of our Operate portfolio. So we're gaining scale everywhere.* So we feel really good about our business there. (¶185) | November 9, 2021 | Riccitiello | Q3 2021 Earnings Call<br><br>Ex. 4 | Unity Business;<br><br>Corporate Optimism | ¶¶171, 183 |
| 24. | But specifically to Operate, I think topical right now and challenging for investors is you see a lot of quarterly results and some companies pop up as a winner and some companies haven't popped up as a winner post the roll-through of the IDFA changes introduced by Apple. *Something I've been saying for a very long time is that Unity benefits from a very unique data set, driven by over 3 billion people, MAUs in our analytics platform and hundreds of millions on our IAP platform.* (¶185) | November 9, 2021 | Riccitiello | Q3 2021 Earnings Call<br><br>Ex. 4 | Apple Change;<br><br>Vague | ¶¶171, 183 |

10

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| 25. | So I'm going to introduce something that I think probably most of you think is pretty obvious, but I'm going to emphasize it again. ***Most ad networks, their business is based on the identity, the specific identity of the user interacting with the application. Ours is not, ours is based on understanding contextually where they are and what they're doing and what they've done before and what they're going to do next using predictive models based on AI on the 50 billion-plus data events we adjust per day.*** (¶185) | November 9, 2021 | Riccitiello | Q3 2021 Earnings Call Ex. 4 | Unity Business | ¶¶171, 183 |
| 26. | ***And as we intimated in the call nearly a year ago when we were talking about the early innings of IDFA, we felt that, that would lead to a relative competitive advantage for us, as one advantage for the alternative way of driving modernization became weaker, relatively weaker. And that's exactly what's happened.*** (¶185) | November 9, 2021 | Riccitiello | Q3 2021 Earnings Call Ex. 4 | Apple Change; Vague | ¶¶171, 183 |
| 27. | So I would argue that the puts and takes, it comes down to a really simple thesis. ***Ours is a better way to monetize even absent the changes that were introduced by Apple with IDFA and choice [around] on privacy. And on a relative basis, we gained advantage to all those who use identity, individual identity, they know you and your brother, whose birthday it is that became relatively*** | November 9, 2021 | Riccitiello | Q3 2021 Earnings Call Ex. 4 | Apple Change; Vague | ¶¶171, 183 |

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
## CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *weaker, and we became relatively stronger and we have the single largest data insight based on the largest MAU count for anybody in our world.* And more or less it played out to a script almost exactly as we'd hoped, but better than we were willing to forecast given how cloudy it was a year ago. (¶185) | | | | | |
| 28. | Since becoming a public company in September 2020, Unity has averaged 43% revenue growth. Customers contributing $100,000 or more in revenue in the trailing 12 months increased 33%, from 793 as of December 31, 2020 to 1,052 as of December 31, 2021.<br><br>"We are encouraged by our performance in 2021 with strong results across Create and Operate Solutions . . . *The business momentum coupled with the quality of our innovation plans gives us confidence to guide to a revenue growth range of 34% to 36% in 2022 as we continue to improve margins.*" (¶189) | February 3, 2022 | Visoso | Q4 2021 Financial Results Press Release Ex. 5 | Unity Business; Forward-looking | ¶¶171, 183 |
| 29. | Unity is an innovation machine. Monetization is a great example. We entered this business in 2014 and have not stopped innovating ever since. We hire the best and brightest product leaders, engineers, data scientists and focus on improving player experience. *We operate with the developer's* | February 3, 2022 | Riccitiello | Q4 2021 Earnings Call Ex. 6 | Customers; Aspirational | ¶¶171, 183 |

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *interest in mind and ensure our products contribute to the long-term success.* As a result, we have consistently gained market share, including this last year, when we executed with excellence in an IDFA-challenged environment. This is one of many examples where Unity's innovation is making a significant difference for creators. (¶190) | | | | | |
| 30. | Now I'm proud of what we've achieved so far at Unity and I'm excited about the future that we can and will create. We are executing with excellence in a large and growing market that we are strategically expanding through internal innovation and acquisition. *We have a defensible platform that adds significant value to our customers and keeps on getting better*. (¶190) | February 3, 2022 | Riccitiello | Q4 2021 Earnings Call Ex. 6 | Unity Business; Aspirational | ¶¶171, 183 |
| 31. | Operate had a terrific year. We're passionate about partnering with our customers from the 2-person development team who pursue their passion of making games to the large game publishers with millions of players who need to constantly innovate to stay competitive and keep their players engaged. . . *We also saw strong performance from our sophisticated analytics tools and products such as Audience Pinpointer that deliver strong return* | February 3, 2022 | Visoso | Q4 2021 Earnings Call Ex. 6 | Audience Pinpointer; Corporate Optimism | ¶¶171, 183 |

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *on investment to our customers without manual guesswork.* (¶191) | | | | | |
| 32. | ***To win in a highly competitive market, we're constantly innovating, optimizing our machine learning models, improving our campaign and performance models and generating actionable insights for our customers' campaigns and enabling them to make informed decisions. As a result, we estimate that our monetization business has been over each of the last 5 years, including 2021, consistently growing about twice as fast as the market.*** In addition, we're focused on providing infrastructure for synchronous multiplayer experiences and community service for vibrant social interactions. (¶191) | February 3, 2022 | Visoso | Q4 2021 Earnings Call Ex. 6 | Customers; Corporate Optimism | ¶¶171, 183 |
| 33. | [Davis] So the first question comes from Kash Rangan at Goldman Sachs. It might almost be an understatement to say that there's a lot of transitions happening in the software world, 2D to 3D across multiple industries, new business models and so on. And of course, that's probably a 2-hour conversation, but we'll keep it much shorter. But this is a good question, I think, for John to just kind of quickly frame kind of the cross currents, how | February 3, 2022 | Riccitiello | Q4 2021 Earnings Call Ex. 6 | Unity Business | ¶¶171, 183 |

14

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
## CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | they're playing out and where Unity can capitalize on these trends.<br><br>* * *<br><br>[Riccitiello] … if I want to think about it as a steam engine, but every one of these websites needs an engine. ***An engine for monetization, for analytics, for streaming, for the build process. That's what our Operate team does. And so we're not necessarily out there with picks and shovels looking for nuggets of gold, we are serving the entire collection of multiple industry companies that are building and deploying products both to create those products and to help those products operate. We generate money in both ways.*** (¶192) | | | | | |
| 34. | So our contextual approach provides numerous advantages. Even the largest game companies out there have a few hundred million DAUs or so. We reached more than 3 billion devices. And unlike any other ad tech companies, the majority of mobile games out there are made with Unity, using our engine and our game services, that's not quite the same as an ad tech company claiming a 3 billion reach. ***We have deep, deep context about game play, what the players like to play, when and how they play the game. And in gaming, that has*** | February 3, 2022 | Lestiyo | Q4 2021 Earnings Call<br><br>Ex. 6 | Unity Business;<br><br>Aspirational | ¶¶171, 183 |

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A: CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *proven to be the most relevant data for advertising. And it's going to take quite a while for anyone even to get to 1/4 of the context we bring to our developer audiences every day.*<br><br>\* \* \*<br><br>. . . John talked about the next rendition of metaverse destination. If we think about it, all of those renditions will have one thing that's true, which it will be some form of multiplayer experiences. With, at times, millions of concurrent users. . . *All of those experience will need monetization, and that requires, obviously, some intelligence and data to be able to serve the most relevant monetization solution.* And engagement, whatever -- whoever is the creator of that experience would need to engage with their users and they want to run engagement campaigns, et cetera, that requires a similar set of data that we use today to make sure that our developers are successful in running their games. (¶193) | | | | | |
| 35. | Our user acquisition products enable advertisers to efficiently acquire new end-users at scale. Our focus and strength are in pay-for-performance end-user acquisition, where advertisers pay us based on a tangible outcome or set goal, such as number of | February 22, 2022 | Unity Software Inc. | 2021 10-K<br><br>Ex. 7 | Unity Business | ¶¶171, 183 |

APPENDIX A

## LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
## CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | installs, rather than on a cost-per-impression basis. As a result, a large number of our advertisers have open spending limits with us as *they can clearly measure the positive return on their spend.* (¶198) | | | | | |
| 36. | *Our algorithm maximizes reach and identifies the audience with the highest propensity to install.* (¶199) | February 22, 2022 | Unity Software Inc. | 2021 10-K Ex. 7 | Unity Business | ¶¶171, 183 |
| 37. | [O]ur *algorithm dynamically adjusts the cost per installed based on the likelihood of customer retention over 7-day, 14-day and other retention periods. . .minimize[ing] the risk that our customers will spend to acquire end-users that are unlikely to yield attractive returns, including those that churn out almost immediately.* (¶199) | February 22, 2022 | Unity Software Inc. | 2021 10-K Ex. 7 | Unity Business | ¶¶171, 183 |
| 38. | Contextual Advertising: a product *designed for cases in which our customers or their end-users opt-out of personalization within apps.* With the *depth and breadth of our in-game data*, we can *deliver highly relevant advertising* while respecting stricter privacy elections. (¶200) | February 22, 2022 | Unity Software Inc. | 2021 10-K Ex. 7 | Unity Business; Corporate Optimism | ¶¶171, 183 |
| 39. | *[Unity Ads] enables developers to seek the highest value for each impression of their inventory, through our Unified Auction*, from a broad range of advertisers including direct Unity customers as well as demand-side platforms, or DSPs. *Each time* | February 22, 2022 | Unity Software Inc. | 2021 10-K Ex. 7 | Unity Business; | ¶¶171, 183 |

APPENDIX A

**LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' APPENDIX A:
CHART CHALLENGED STATEMENTS FROM AMENDED COMPLAINT**

| Stmt. # | Statement Text (emphasis in Amended Compl.) (paragraph in Complaint) | Date of Statement | Alleged Speaker | Document/ Exhibit | Defendants' Statement Category | Reason(s) for Falsity |
|---|---|---|---|---|---|---|
| | *an event is triggered within our customer's application, our auction determines the best advertisement to show the end user.* Customers can access Unity Ads through a software development kit that enables ad delivery, rendering, and transactions. (¶201) | | | | Corporate Optimism | |
| 40. | *Our Operate Solutions offer customers the ability to grow and engage their end-user base, as well as run and monetize their content with the goal of optimizing end-user acquisition and operational costs, while increasing the lifetime value of their end users.* (¶202) | February 22, 2022 | Unity Software Inc. | 2021 10-K Ex. 7 | Unity Business; Corporate Optimism | ¶¶171, 183 |