UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNITY SOFTWARE INC. SECURITIES LITIGATION, | Case No. 22-cv-03962-EKL |
| | **JUDGMENT** |

On March 12, 2025, the Court granted motions to dismiss the second amended complaint with prejudice as to Defendants Unity Software, Inc., John S. Riccitiello, Luis Felipe Visoso, Ingrid Lestiyo, Sequoia Capital Operations, LLC, SC US SSF 2013 (TTGP), and Silver Lake Group, LLC (collectively, "Defendants"). ECF No. 161. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing by the complaint herein.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 14, 2025

_____

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California